UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

L.I.S.T., Inc., et al.,

      Plaintiffs,      05-md-1695 (CM)(GAY)

 -against-

Veeco Instruments, Inc., et al.,     CALENDAR NOTICE

      Defendant(s).

------------------------------------------------------X

 Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference  ___ Conference  ___ Oral argument
___ Settlement conference  ___ Plea Hearing   (Bankruptcy Appeal)
✓ Rule (16) conference  ___ Final pre-trial conference
___ Telephone Conference  ___ Jury Selection and Trial
___ Non-Jury Trial    ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Thursday, October 6, 2005 at 10:30 a.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

 Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: September 16, 2005
   White Plains, New York

            So Ordered

            _____
            Colleen McMahon, U.S.D.J

MICROFILM
SEP 1 6 2005
USDC SD NY WP

20