William Bernarduci (WB 5785)
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel: (860) 493-6292
Fax: (860) 493-6290

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re VEECO INSTRUMENTS INC.        :        MDL No: 7:05-md-1695-CM
      SECURITIES LITIGATION        :
-------------------------------------------------------x

## NOTICE OF MOTION TO ADMIT ANDREW M. SCHATZ PRO HAC VICE

PLEASE TAKE NOTICE that, upon Plaintiff's Motion and the Declaration of Andrew M. Schatz, Plaintiff will move this Court, before the Honorable Colleen McMahon as soon as counsel can be heard, for an Order, pursuant to Local Rule 1.3(c), admitting Andrew M. Schatz *pro hac vice* to represent Ratan LalChandani in connection with the above-captioned action and all action.

Dated: October 4, 2005

Respectfully submitted,

SCHATZ & NOBEL, P.C.

*/s/*

William Bernarduci (WB 5785)
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel: (860) 493-6292
Fax: (860) 493-6290

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2005, a copy of the foregoing was sent by U.S. Mail, postage prepaid, to:

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett, Esq.
Phyllis M. Parker, Esq.
Douglas M. Risen, Esq.
1622 Locust Street
Philadelphia, PA 19103

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman, Esq.
Peter E. Seidman, Esq.
Sharon M. Lee, Esq.
One Pennsylvania Plaza
New York, New York 10119

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Jr. Esq.
200 Broadhollow Road, Suite 406
Melville, NY 11747

**BRODSKY & SMITH, LLC**
Evan J. Smith, Esq.
Marc L. Ackerman, Esq
240 Mineola Boulevard
Mineola, NY 11501

**COHEN, MILSTEIN, HAUSFELD & TOLL**
Catherine A. Torell, Esq.
150 East 52nd Street, 30th Floor
New York, NY 10022

**GIBSON, DUNN & CRUTCHER, LLP** Robert F. Serio, Esq.
200 Park Avenue
47th Floor
New York, NY 10166

**GOODKIND LABATON RUDOFF & SUCHAROW**
Jonathan M. Plasse, Esq.
Christopher J. Keller, Esq
Shelly Thompson, Esq.
100 Park Avenue
New York, NY 10017

**STULL STULL & BRODY**
Jules Brody, Esq.
Aaron Brody, Esq.
Tzvia Brody, Esq.
6 East 45th Street
New York, NY 10017

**ABBEY GARDY, LLP**
Mark C. Gardy, Esq
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

**MURRAY, FRANK & SAILER LLP**
Eric J. Belfi, Esq.
275 Madison Avenue, 8th Floor
New York, NY 10016

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP**
Fred T. Isquith, Esq.
Christopher S. Hinton, Esq.
270 Madison Avenue, 11th Floor
New York, NY 10016

_____
William Bernarduci