UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS INC.        :        MDL No: 7:05-md-1695-CM
   SECURITIES LITIGATION            :
--------------------------------------------------------x

## DECLARATION OF ANDREW M. SCHATZ FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 1.3(c), Andrew M. Schatz respectfully requests this Court's permission to represent Plaintiff Ratan LalChandani in the above-captioned action and, in support thereof, declares as follows:

1. I am an attorney at law duly licensed to practice in the State of Connecticut. I am a partner with the firm of Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

2. As is shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Connecticut, where I regularly practice law.

3. I have never been held in contempt of court nor have I been censured, suspended or disbarred by any court.

4. I have read and am familiar with the Local Rules of the United States District Court for the Southern District of New York, and I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2005

_____
Andrew M. Schatz



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Do hereby certify** that, in the Superior Court at ......Hartford......, on the ......ninth......, day of ......April......, 1980,

......Andrew Michael Schatz......

of

......West Hartford, Connecticut......

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

**In Testimony Whereof**, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this ......third...... day of ......October......, 20 05.

*Michele T. Angers*

Michele T. Angers

*Chief Clerk*



## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2005, a copy of the foregoing was sent by U.S. Mail, postage prepaid, to:

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett, Esq.
Phyllis M. Parker, Esq.
Douglas M. Risen, Esq.
1622 Locust Street
Philadelphia, PA 19103

**MILBERG WEISS BERSHAD & SCHULMAN LLP**
Steven G. Schulman, Esq.
Peter E. Seidman, Esq.
Sharon M. Lee, Esq.
One Pennsylvania Plaza
New York, New York 10119

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Jr. Esq.
200 Broadhollow Road, Suite 406
Melville, NY 11747

**BRODSKY & SMITH, LLC**
Evan J. Smith, Esq.
Marc L. Ackerman, Esq
240 Mineola Boulevard
Mineola, NY 11501

**COHEN, MILSTEIN, HAUSFELD & TOLL**
Catherine A. Torell, Esq.
150 East 52nd Street, 30th Floor
New York, NY 10022

**GIBSON, DUNN & CRUTCHER, LLP** Robert F. Serio, Esq.
200 Park Avenue
47th Floor
New York, NY 10166

**GOODKIND LABATON RUDOFF & SUCHAROW**
Jonathan M. Plasse, Esq.
Christopher J. Keller, Esq
Shelly Thompson, Esq.
100 Park Avenue
New York, NY 10017

**STULL STULL & BRODY**
Jules Brody, Esq.
Aaron Brody, Esq.
Tzvia Brody, Esq.
6 East 45th Street
New York, NY 10017

**ABBEY GARDY, LLP**
Mark C. Gardy, Esq
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

**MURRAY, FRANK & SAILER LLP**
Eric J. Belfi, Esq.
275 Madison Avenue, 8th Floor
New York, NY 10016

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP**
Fred T. Isquith, Esq.
Christopher S. Hinton, Esq.
270 Madison Avenue, 11th Floor
New York, NY 10016

_____
William Bernarduci