UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re VEECO INSTRUMENTS INC.  :
    SECURITIES LITIGATION  :

---------------------------------------x

MDL No: 7:05-md-1695-CM

## [PROPOSED] ORDER ADMITTING ANDREW M. SCHATZ PRO HAC VICE

WHEREAS Plaintiff Ratan Lalchandani has moved, pursuant to Local Rule 1.3(c), for the admission of Andrew M. Schatz *pro hac vice*; and

WHEREAS Andrew M. Schatz is duly qualified for admission *pro hac vice*;

IT IS HEREBY ORDERED that Andrew M. Schatz is admitted *pro hac vice* to represent Ratan LalChandani in connection with the above-captioned action.

DATED: 5 Oct, 2005

SO ORDERED:

_____
HONORABLE COLLEEN McMAHON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____