**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:  Case No. 7:05-MD-01695 (CM)
:
IN RE: VEECO INSTRUMENTS INC.                            : **NOTICE OF MOTION TO ADMIT**
SECURITIES LITIGATION                                    : **COUNSEL *PRO HAC VICE***
:
:
:
---------------------------------------------------------x

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that upon the annexed affidavit of Peter E. Seidman, a member of the law firm of Milberg Weiss Bershad & Schulman LLP, in support of this motion, and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Colleen McMahon at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Sherrie R. Savett, a member of the law firm of Berger & Montague, P.C., and a member in good standing of the bar of the State of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against applicant in any State or Federal court.

Dated: October 4, 2005

                                                MILBERG WEISS BERSHAD
                                                & SCHULMAN LLP

                                                Steven G. Schulman (SS-2561)
                                                Peter E. Seidman (PS-8769)
                                                Sharon Lee (SL-1172)
                                                One Pennsylvania Plaza
                                                New York, New York 10119
                                                Telephone: (212) 594-5300
                                                Facsimile: (212) 868-1229

                                                **Attorneys for Plaintiff**

UUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE: VEECO INSTRUMENTS INC.      : Case No. 7:05-MD-01695 (CM)
SECURITIES LITIGATION              :
                                   : [PROPOSED] ORDER ON
                                   : ADMISSION TO PRACTICE *PRO*
                                   : *HAC VICE*
                                   :
------------------------------------x

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney Sherrie R. Savett is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

DATED: _____        _____
                                      THE HONORABLE COLLEEN McMAHON
                                      UNITED STATES DISTRICT JUDGE

314412_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :   Case No. 7:05-MD-01695 (CM)
                                                               :
IN RE: VEECO INSTRUMENTS INC.                                  :   **AFFIDAVIT OF PETER E. SEIDMAN**
SECURITIES LITIGATION                                          :   **IN SUPPORT OF MOTION TO**
                                                               :   **ADMIT COUNSEL *PRO HAC VICE***
                                                               :
                                                               :
---------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

      I, Peter E. Seidman, being, being duly sworn, deposes and says:

      1.     I am an attorney duly admitted to practice before the Courts of the State of New York and before the United States District Court for the Southern District of New York. I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP, counsel for plaintiff in this action. I submit this affidavit in support of its motion to Admit Counsel *Pro Hac Vice* for attorney Sherrie R. Savett to appear and practice in this Court in this matter on behalf of plaintiff.

      2.     Sherrie R. Savett, of the office of Berger & Montague, P.C., is a member of the bar in good standing in every jurisdiction where she has been admitted to practice. Annexed hereto is a copy of Ms. Savett's Certificate of Good Standing from the State of Pennsylvania Supreme Court.

      3.     There are no disciplinary proceedings pending against Ms. Savett as member of the bar in any jurisdiction.

4. Ms. Savett has read and is familiar with the Local Rules of the United States District Court for the Southern District of New York.

_____
Peter E. Seidman (PS-8769)

Sworn to before me this
5th day of October, 2005

_David J. Sclafani_
Notary Public

DAVID J. SCLAFANI
NOTARY PUBLIC, State of New York
No. 01SC6057709
Qualified in Kings County
Commission Expires April 23, 2007

- 2 -

DOCS\314405v1

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

  I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

  DO HEREBY CERTIFY That Sherrie R. Savett, Bar # 17646, was duly admitted to practice in said Court on November 15, 1973, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on October 4, 2005.

MICHAEL E. KUNZ
Clerk of Court

BY  *Leesa B. Erickson*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE: VEECO INSTRUMENTS INC.
SECURITIES LITIGATION
: Case No. 7:05-MD-01695 (CM)
:
: **CERTIFICATE OF SERVICE**
:
------------------------------------------------------------x

      I, Peter E. Seidman, hereby certify that on October 5, 2005, I caused a true and correct copy of the foregoing Notice of Motion Admit Counsel *Pro Hac Vice*, Affidavit of Peter E. Seidman in Support of Motion to Admit Counsel Pro Hac Vice, and [Proposed] Order on Admission to Practice *Pro Hac Vice* via first class mail on defense counsel listed on the attached service list.

                                           /s/ Peter E. Seidman
                                           Peter E. Seidman (PS-8769)
                                           MILBERG WEISS BERSHAD
                                             & SCHULMAN LLP
                                           One Pennsylvania Plaza
                                           New York, New York 10119
                                           Telephone: (212) 594-5300
                                           Facsimile: (212) 868-1229

**VEECO INSTRUMENTS, INC.**
**SERVICE LIST**

*Counsel for Plaintiffs*

Jonathan M. Plasse, Esq.
Christopher J. Keller, Esq.
Shelly Thompson, Esq.
**LABATON SUCHAROW RUDOFF & LLP**
100 Park Avenue
New York, NY 10017-5563
Tel: (212) 907-0700
Fax: (212) 818-0477

Eric J. Belfi, Esq.
**MURRAY, FRANK & SAILOR LLP**
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892

Evan J. Smith, Esq.
Marc L. Ackerman, Esq.
**BRODSKY & SMITH, LLC**
240 Mineola Boulevard
Mineola, NY 11501
Tel: (516) 741-4977
Fax: (610) 667-9029

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 617-7056

Marc C. Gardy, Esq.
**ABBEY GARDY, LLP**
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

Samuel H. Rudman, Esq.
David H. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road., Suite 406
Melville, NY 11747
Tel.: (631) 367-7100
Fax: (631) 367-1173

Charles J. Piven, Esq.
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
Tel: (410) 332-0030
Fax: (410) 685-1300

Catherine A. Torell, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, NY 10022-6017
Tel: (212) 838-7797
Fax: (212) 838-7745

Steven J. Toll, Esq.
Daniel S. Sommers, Esq.
Julie Goldsmith Reiser, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Brian M. Felgoise, Esq.
**LAW OFFICES OF BRIAN M. FELGOISE, P.C.**
261 Old York Road - Suite 423
Jenkintown, PA 19046
Tel: (215) 886-1900
Fax: (215) 886-1909

Jules Brody, Esq.
Aaron Brody, Esq.
Tzvia Brody, Esq.
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Curtis V. Trinko, Esq.
**LAW OFFICES OF CURTIS V. TRINKO, LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

Fred T. Isquith, Esq.
Christopher S. Hinton, Esq.
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue, 11th Floor
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653

Marc Henzel, Esq.
**LAW OFFICES OF MARC HENZEL**
273 Montgomery Avenue, Suite 202
Bala Cynwd, PA 19004
Tel: (610) 660-8000
Fax: (610) 660-8080

Joseph H. Weiss, Esq.
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010

Alfred G. Yates, Esq.
**LAW OFFICES OF ALFRED G. YATES, JR.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 391-5164
Fax: (412) 471-1033

*Counsel for Defendants*

Robert F. Serio, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035