# EXHIBIT I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
EDWARD J. HUNEKE, derivatively on behalf
of VEECO INSTRUMENTS, INC.,

                Plaintiff(s),

vs.

EDWARD H. BRAUN, et al.,

                Defendant(s),
---------------------------------------------------------------x

**CV-05-1384 (LDW) (ETB)**

**CONSOLIDATED AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

---------------------------------------------------------------x
AUGUST SCHUPP, III, derivatively on behalf
of VEECO INSTRUMENTS, INC.,

                Plaintiff(s),

vs.

EDWARD H. BRAUN, et al.,

                Defendant(s),
---------------------------------------------------------------x

**CV-05-1624 (LDW) (ETB)**

---------------------------------------------------------------x
DAVID ALTMAN, derivatively on behalf
of VEECO INSTRUMENTS, INC.,

                Plaintiff(s),

vs.

EDWARD H. BRAUN, et al.,

                Defendant(s),
---------------------------------------------------------------x

**CV-05-1986 (LDW) (ETB)**

## NOTICE OF FILING

Please take notice that the undersigned has filed with the Judicial Panel on Multidistrict Litigation ("MDL Panel") a Notice of Potential Tag-Along Actions submitted on behalf of

defendants Veeco Instruments Inc., Edward H. Braun, and John F. Rein, Jr. The Notice is attached hereto as Exhibit I.

DATED:  October 11, 2005

Respectfully submitted,

_____/s/_____
Robert F. Serio (RS-2479)
John A. Herfort (JH-1460)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

***Counsel for Defendants Veeco Instruments Inc.,
Edward H. Braun, and John F. Rein, Jr.***

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 11th day of October, 2005, I caused true and correct copies of a Notice of Potential Tag-Along Actions to be filed with the clerk of each district court in which an action is pending that will be affected by the Notice, and to be served by first class mail on the counsel listed on the attached MDL Panel Service List and by Federal Express on the counsel listed on the attached Supplemental Service List.

_____ (cm)
J. Ross Wallin

MAY. 24. 2005  1:13PM     JPML                                              NO. 3836   P. 3

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                                    Page 1

Docket: 1695 - In re Veeco Instruments Inc. Securities Litigation
Status: Pending on / /
Transferee District:        Judge:                                                    Printed on 05/24/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Belfi, Eric J.<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 | ⇒ Kershaw, Roy P. |
| Brody, Jules<br>Stull, Stull & Brody<br>6 East 45th Street<br>Suite 500<br>New York, NY 10017 | ⇒ Capitanio Group; Vogt, Eleanor L.; Vogt, Gerald J. |
| Gardy, Mark C.<br>Abbey Gardy, L.L.P.<br>212 East 39th Street<br>New York, NY 10016 | ⇒ Linzer, Barry |
| Isquith, , Sr, Fred T.<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>270 Madison Avenue<br>11th Floor<br>New York, NY 10016 | ⇒ Holthuizen, Servaas |
| Plasse, Jonathan M.<br>Goodkind, Labaton, Rudoff & Sucharow, LLP<br>100 Park Avenue<br>12th Floor<br>New York, NY 10017-5563 | ⇒ L.I.S.T., Inc. |
| Rudman, Samuel H.<br>Lerach, Coughlin, Stoia, Geller, Rudman, et al.<br>200 Broadhollow Road<br>Suite 406<br>Melville, NY 11747 | ⇒ Kantor, Bruce*; NECA-IBEW Pension Fund (The Decatur Plan)* |
| Savett, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | ⇒ Steelworkers Pension Trust* |
| Schatz, Andrew M.<br>Schatz & Nobel<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202 | ⇒ LalChandani, Ratan |
| Seidman, Peter E.<br>Milberg, Weiss, Bershad & Schulman, LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | ⇒ Walker, George* |
| Serio, Robert F.<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>47th Floor<br>New York, NY 10166-0193 | ⇒ Braun, Edward H.; Rein, Jr., John F.; Veeco Instruments Inc. |

(Panel Attorney Service List for MDL 1,695 Continued)                    Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Smith, Evan J.<br>Brodsky & Smith<br>240 Mineola Boulevard, 1st Floor<br>New York, NY 11501 | ⇒ McIntosh, Andrew |
| Torell, Catherine A.<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>150 East 52nd Stret.<br>30th Floor<br>New York, NY 10022-6017 | ⇒ Collins, Philip G.; Mandel, Joel |
| Yates, , Jr., Alfred G.<br>Law Office of Alfred G. Yates, Jr.<br>429 Forbes Avenue<br>519 Allegheny Building<br>Pittsburgh, PA 15219-1649 | ⇒ Grove, Timothy Joe" |

## SUPPLEMENTAL SERVICE LIST

Brian D. Penny (BP-4301)
Mark S. Goldman (MG-4683)
Paul J. Scarlato (PS-3007)
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700

*Attorneys for Consolidated Plaintiffs*

Leigh Lasky (LL-6919)
**LASKY & RIFKIND, LTD.**
100 Park Avenue, 12th Floor
New York, NY 10017
Telephone: (212) 907-0700

*Attorneys for Plaintiff Huneke*

Robert I. Harwood (RH-3286)
Samuel K Rosen (SR-3287)
Joshua D. Glatter (JG-0184)
**WECHSLER HARWOOD LLP**
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400

Robert B. Weiser (*Of Counsel*)
**THE WEISER LAW FIRM, P.C.**
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2616

*Attorneys for Plaintiff Schupp*

Nadeem Faruqi (NF-1184)
Shane Rowley (SR-0740)
Beth A. Keller (BK-9421)
**FARUQI & FARUQI**
320 East 39th Street
New York, NY 10016
Telephone: (212) 983-9330

*Attorneys for Plaintiff Altman*

80342803_1.DOC