# EXHIBIT I

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|   |   |   |
|---|---|---|
| IN RE VEECO INSTRUMENTS INC. SECURITIES LITIGATION | ) ) ) ) | MDL Docket No. 1695 |

**RULE 7.5(e) NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

Pursuant to Rule 7.5(e) of the Judicial Panel on Multidistrict Litigation Rules of Procedure, Veeco Instruments Inc., Edward H. Braun, and John F. Rein, Jr., hereby notify the Clerk of the Panel of the following potential tag-along actions:

1. *Edward J. Huneke v. Edward H. Braun, Peter J. Simone, Richard A. D'Amore, Joel A. Elftmann, Heins K. Fridrich, Douglas A. Kingsley, Dr. Paul R. Low, Roger D. McDaniel, Irwin H. Pfister, and Walter J. Scherr*, filed in the Eastern District of New York under Civil Action No. 05-1384;

2. *August Schupp, III v. Edward H. Braun, Richard A. D'Amore, Joel A. Elftmann, Heinz K. Fridrich, Douglas A. Kingsley, Paul R. Low, Roger D. McDaniel, Irwin H. Pfister, Walter J. Scherr, Peter J. Simone, John P. Kiernan, and John F. Rein, Jr.*, filed in the Eastern District of New York under Civil Action No. 05-1624; and

3. *David Altman v. Edward H. Braun, John F. Rein, Jr., Walter J. Scherr, Irwin H. Pfister, Roger D. McDaniel, Paul R. Low, Douglas A. Kingsley, Heinz K.*

*Fridrich, Joel A. Elftmann, Richard A. D'Amore, and Peter J. Simone*, filed in the Eastern District of New York under Civil Action No. 05-1986 (collectively, the "Shareholder Derivative Actions").

True and correct copies of the complaints filed in the Shareholder Derivative Actions are attached as Exhibits A-C.

The Shareholder Derivative Actions allege in part that the Company sustained damages because of a restatement that resulted in the filing of securities fraud class action lawsuits. The Actions involve common questions of fact with the numerous cases consolidated into *In re Veeco Instruments Inc. Securities Litigation*, MDL Docket No. 1695 (the "Veeco MDL"), including, but not limited to, *L.I.S.T., Inc. v. Veeco Instruments, Inc. et al.*, Civil Action No. 05-2189, the lead case in the Veeco MDL.

Each of the Shareholder Derivative Actions was filed in the Eastern District of New York. The Shareholder Derivative Actions were consolidated by court order on July 29, 2005, for purposes of discovery up to the date of trial and are now styled as Civil Action No. 05-1384. A consolidated amended complaint was filed under Civil Action No. 05-1384 on September 26,

2005. A true and correct copy of the consolidated amended complaint is attached hereto as Exhibit D.

Dated: New York, New York
       October 11, 2005

                                         Respectfully submitted,

                                         *Robert F. Serio* (cy)
                                         John A. Herfort (JH-1460)
                                         Robert F. Serio (RS-2479)
                                         J. Ross Wallin (JW-3911)
                                         Gibson, Dunn & Crutcher LLP
                                         200 Park Avenue
                                         New York, New York 10166
                                         (212) 351-4000

                                         ***Counsel for Defendants Veeco Instruments Inc.,***
                                         ***Edward H. Braun, and John F. Rein, Jr.***

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE VEECO INSTRUMENTS INC. SECURITIES LITIGATION | ) ) ) ) ) | MDL Docket No. 1695 |

CERTIFICATE OF SERVICE

I, J. Ross Wallin, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 11th day of October, 2005, I caused true and correct copies of Defendants' Rule 7.5(e) Notice of Potential Tag-Along Actions to be filed with the clerk of each district court in which an action is pending that will be affected by the Notice, and to be served by first class mail on the counsel listed on the attached MDL Panel Service List and by Federal Express on the counsel listed on the attached Supplemental Service List.

J. Ross Wallin

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List                  Page 1

Docket: 1695 - In re Veeco Instruments Inc. Securities Litigation
Status: Pending on / /
Transferee District:        Judge:                                          Printed on 05/24/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Belfi, Eric J.<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 | Kershaw, Roy P. |
| Brody, Jules<br>Stull, Stull & Brody<br>6 East 45th Street<br>Suite 500<br>New York, NY 10017 | Capitanio Group; Vogt, Eleanor L.; Vogt, Gerald J. |
| Gardy, Mark C.<br>Abbey Gardy, L.L.P.<br>212 East 39th Street<br>New York, NY 10016 | Linzer, Barry |
| Isquith, , Sr, Fred T.<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>270 Madison Avenue<br>11th Floor<br>New York, NY 10016 | Holthuizen, Servaas |
| Plasse, Jonathan M.<br>Goodkind, Labaton, Rudoff & Suchsrow, LLP<br>100 Park Avenue<br>12th Floor<br>New York, NY 10017-5563 | L.I.S.T., Inc. |
| Rudman, Samuel H.<br>Lerach, Coughlin, Stoia, Geller, Rudman, et al.<br>200 Broadhollow Road<br>Suite 406<br>Melville, NY 11747 | Kantor, Bruce*; NECA-IBEW Pension Fund (The Decatur Plan)* |
| Savett, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Steelworkers Pension Trust* |
| Schatz, Andrew M.<br>Schatz & Nobel<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202 | LalChandani, Ratan |
| Seidman, Peter E.<br>Milberg, Weiss, Bershad & Schulman, LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | Walker, George* |
| Serio, Robert F.<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>47th Floor<br>New York, NY 10166-0193 | Braun, Edward H.; Rein, Jr., John F.; Veeco Instruments Inc. |

MAY. 24. 2005  1:13PM    JPML                                    NO. 3836   P. 4
*(Panel Attorney Service List for MDL 1,695 Continued)*                    Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Smith, Evan J.<br>Brodsky & Smith<br>240 Mineola Boulevard, 1st Floor<br>New York, NY 11501 | ⇒ McIntosh, Andrew |
| Torell, Catherine A.<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>150 East 52nd Street.<br>30th Floor<br>New York, NY 10022-6017 | ⇒ Collins, Philip G.; Mandel, Joel |
| Yates, , Jr, Alfred G.<br>Law Office of Alfred G. Yates, Jr.<br>429 Forbes Avenue<br>519 Allegheny Building<br>Pittsburgh, PA 15219-1649 | ⇒ Grove, Timothy Joe" |

**SUPPLEMENTAL SERVICE LIST**

Brian D. Penny (BP-4301)
Mark S. Goldman (MG-4683)
Paul J. Scarlato (PS-3007)
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700

*Attorneys for Consolidated Plaintiffs*

Leigh Lasky (LL-6919)
**LASKY & RIFKIND, LTD.**
100 Park Avenue, 12th Floor
New York, NY 10017
Telephone: (212) 907-0700

*Attorneys for Plaintiff Huneke*

Robert I. Harwood (RH-3286)
Samuel K Rosen (SR-3287)
Joshua D. Glatter (JG-0184)
**WECHSLER HARWOOD LLP**
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400

Robert B. Weiser (*Of Counsel*)
**THE WEISER LAW FIRM, P.C.**
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2616

*Attorneys for Plaintiff Schupp*

Nadeem Faruqi (NF-1184)
Shane Rowley (SR-0740)
Beth A. Keller (BK-9421)
**FARUQI & FARUQI**
320 East 39th Street
New York, NY 10016
Telephone: (212) 983-9330

*Attorneys for Plaintiff Altman*