# SCHATZ & NOBEL, P.C.

ATTORNEYS AT LAW

One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Phone: (860) 493-6292
Fax: (860) 493-6290

Email: firm@snlaw.net
Web Site: SNLAW.net

RECEIVED OCT - 7 2005 CHAMBERS OF COLLEEN McMAHON

October 7, 2005

DOCKET IN CASE #
AS:
DATE,                CM

**By Fax**

Honorable Colleen McMahon
United States District Judge
U.S. Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

Re:    In re Veeco Instruments Securities Litigation, MDL No. 7:05-MD-1695 (CM)

Dear Judge McMahon:

This is to inform the Court (and all counsel of record) of the withdrawal of the motion for lead plaintiff filed by Ratan Lalchandani.

Following the hearing yesterday, I spoke with Mr. Lalchandani about the reference to an "insurance fraud scheme" concerning Mr. Lalchandani and a Mr. Rajeev Dhingra, the appellant in International Business Machines Corp. v. Brown, 1998 U.S. App. LEXIS 483 (9th Cir. 1998), which Sherrie Savett presented in court yesterday. I understand from Mr. Lalchandani that although Mr. Dhingra was a former employee of a company owned by Mr. Lalchandani, the insurance fraud charges which had been brought against Mr. Lalchandani were dismissed. Nonetheless, Mr. Lalchandani no longer wishes to serve as lead plaintiff.

Respectfully submitted,

Andrew M. Schatz

cc.    All counsel of record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____