*U.S. DISTRICT COURT FILED OCT 17 2005 S.D. OF N.Y.*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :      MDL No.: 7:05-md-1695 (CM)
SECURITIES LITIGATION                  :
---------------------------------------------------------- x
---------------------------------------------------------- x
THIS DOCUMENT RELATES TO               :   **Lead Plaintiff's Unopposed Motion for**
ALL ACTIONS                            :   **Extension of Time to File Consolidated**
                                       :   **Amended Class Action Complaint**
                                       :
---------------------------------------------------------- x

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Lead Plaintiff, The Steelworkers Pension Trust, respectfully requests a small extension of time to file the Consolidated Amended Class Action Complaint (the "Consolidated Amended Complaint"), and states as follows.

1. On October 6, 2005, this Court held an Interim Pretrial Conference wherein it notified all proposed lead plaintiffs and lead counsel that the Court would designate Lead Plaintiff and Lead Counsel within one week's time, and that Lead Plaintiff and Lead Counsel would then have ten (10) days after their designation to file a Consolidated Amended Complaint. The Court entered an Order with that schedule on October 7, 2005.

2. On October 12, 2005, the Court entered a Decision and Order selecting Steelworkers Pension Trust as Lead Plaintiff and appointed its counsel, Berger Montague, as Lead Counsel ("Lead Counsel"). Based on the Court's October 7, 2005 Scheduling Order, the Consolidated Amended Complaint is due on October 26, 2005.

3. Lead Counsel was notified of the Court's October 12, 2005 Order appointing Lead Plaintiff at approximately 4:45 p.m. that same day. The Yom Kippur holiday, observed by Lead Counsel, began at sundown that evening and Lead Counsel's offices were closed on October 13, 2005 in observance of that holiday. Accordingly, Lead Counsel lost an entire working day. This is Lead Counsel's first opportunity after the holiday to file this request for an extension of time.

4. Lead Plaintiff has been diligently conducting its investigation of several issues relating to the allegations in this action to prepare an Amended Complaint.

5. Due to the upcoming series of Jewish Holidays taking place at this time of year, Lead Plaintiff respectfully requests a ten (10) day extension of time to Monday, November 7, 2005, to file the Consolidated Amended Class Action Complaint.

6. Lead Counsel has conferred with counsel for Defendants, who indicate that Defendants have no objection to this requested extension.

7. For the Court's convenience, Lead Plaintiff respectfully attaches a Proposed Order granting this relief.

Dated: October 14, 2005

Respectfully submitted,

/s/ Sherrie R. Savett
Sherrie R. Savett
**BERGER & MONTAGUE, PC**
1622 Locust Street
Philadelphia, PA 19103
Tel: (800) 424-6690
Fax: (215) 875-4604

**Lead Counsel for Lead Plaintiff
The Steelworkers Pension Trust**

399427.wpd

## CERTIFICATE OF SERVICE

I, Phyllis M. Parker, of the law firm Berger & Montague, PC, hereby certifies that on October 14, 2005, I caused a true and correct copy of the attached Unopposed Motion for Extension of Time to Serve Consolidated Amended Class Action Complaint to be served via facsimile upon the following:

GIBSON, DUNN & CRUTCHER, LLP

Robert F. Serio, Esq.

200 Park Avenue, 47th Floor

New York, NY 10166

Telephone: (212) 351-4000

Facsimile: (212) 351-4035

*Counsel for Defendants Veeco Instruments, Inc., Edward H. Braun and John F. Rein, Jr.*

Phyllis M. Parker