UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :   MDL No.: 7:05-md-1695 (CM)
SECURITIES LITIGATION                          :
---------------------------------------------------- x
---------------------------------------------------- x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                                             :
---------------------------------------------------- x

### [PROPOSED] ORDER

**WHEREAS**, Lead Plaintiff Steelworkers Pension Trust has moved to extend the time in which Lead Plaintiff has to file and serve a Consolidated Amended Complaint until, and including, November 7, 2005, from the original due date of October 26, 2005;

**WHEREAS**, defendants have consented to Lead Plaintiff's request for an extension;

**IT IS HEREBY ORDERED** that the date by which Lead Plaintiff shall file and serve a Consolidated Amended Complaint shall be extended to November 7, 2005.

Dated: October 17, 2005
New York, New York

SO ORDERED:

_____
Honorable Colleen McMahon
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```