UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**
*fee paid*
*$2500*
*# 60769*

------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.          :    MDL No.: 7:05-md-1695 (CM)
  SECURITIES LITIGATION                :
------------------------------------------------ x
------------------------------------------------ x
THIS DOCUMENT RELATES TO              :    NOTICE OF MOTION TO ADMIT
ALL ACTIONS                            :    COUNSEL *PRO HAC VICE*
------------------------------------------------ x

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Benjamin Y. Kaufman, Esquire dated October 12, 2005, the undersigned will move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing Phyllis M. Parker to appear as counsel on behalf of plaintiff Steelworkers Pension Trust *Pro Hac Vice* for all purposes in this proceeding.

DATED: October 12, 2005

Benjamin Y. Kaufman (BK-1868)
MILBERG WEISS BERSHAD
& SCHULMAN LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300
(212) 868-1229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.      :    MDL No.: 7:05-md-1695 (CM)
     SECURITIES LITIGATION         :
---------------------------------------------------------- x
---------------------------------------------------------- x
THIS DOCUMENT RELATES TO           :    **AFFIDAVIT OF BENJAMIN Y. KAUFMAN**
ALL ACTIONS                        :    **IN SUPPORT OF MOTION TO**
                                   :    **TO ADMIT COUNSEL *PRO HAC VICE***
---------------------------------------------------------- x

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

I, Benjamin Y. Kaufman, being duly sworn, deposes and says:

1. I am local counsel for the plaintiff Steelworkers Pension Trust, and am a member in good standing of the bar of this Court. I submit this affidavit in support of the motion of the plaintiff Steelworkers Pension Trust that Phyllis M. Parker be permitted to appear, together with myself, as counsel on behalf of plaintiff Steelworkers Pension Trust *Pro Hac Vice* for all purposes in this action, including, but not limited to, conferences, pleadings, motion practice, arguments and trial.

2. I am informed and believe that Phyllis M. Parker is a member in good standing of the bar of Pennsylvania. Phyllis M. Parker is a senior associate of Berger & Montague, P.C. which has its office at 1622 Locust Street, Philadelphia, PA 19103-6365.

3. A letter of good standing from Pennsylvania, is annexed as Exhibit A.

4. It is my belief that the requirements of Local Civil Rule 1.3(c) of this Court are fully satisfied.

5. Accordingly, I respectfully request that the motion be granted and the Court sign the proposed order annexed as Exhibit B. The $25.00 fee will be paid upon presentation of the order to the Clerk.

Benjamin Y. Kaufman (BK-1863)

Sworn to before me this
12th day of October, 2005

Notary Public

DAVID B. MANNO
Notary Public, State Of New York
No. 02MA6006233
Qualified In Queens County
Commission Expires April 27, 2006

# Exhibit A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Phyllis M. Parker, Bar # 77336, was duly admitted to practice in said Court on July 14, 1997, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania        MICHAEL E. KUNZ
                                                                  Clerk of Court

on October 6, 2005.                        BY _____
                                                                 Leesa B. Erickson
                                                                 Deputy Clerk

# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------x
In re VEECO INSTRUMENTS, INC.        :     MDL No.: 7:05-md-1695-CM
    SECURITIES LITIGATION            :
--------------------------------------------------x
--------------------------------------------------x     ORDER OF ADMISSION TO PRACTICE
THIS DOCUMENT RELATES TO:            :     PRO HAC VICE
ALL ACTIONS                          :
--------------------------------------------------x
```

The motion for admission to practice *Pro Hac Vice* in the above captioned matter is granted. The admitted attorney, Phyllis M. Parker, is permitted to argue or try this particular case in whole or in part as counsel.

Such attorney admitted to practice *Pro Hac Vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office within 10 business days.

This Order confirms her appearance as counsel in this case, and this Order will be entered on the Court's docket. A notation of this admission *Pro Hac Vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *Pro Hac Vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____

cc:   *Pro Hac Vice* Attorneys
      Court File

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.         :    MDL No.: 7:05-md-1695-CM
    SECURITIES LITIGATION              :
---------------------------------------------------------- x
---------------------------------------------------------- x    **AFFIDAVIT OF PHYLLIS M. PARKER**
THIS DOCUMENT RELATES TO:              :    **IN SUPPORT OF MOTION TO ADMIT**
ALL ACTIONS                            :    **COUNSEL PRO HAC VICE**
----------------------------------------------------------x

Commonwealth of Pennsylvania   )
                               )   ss:
County of Philadelphia         )

PHYLLIS M. PARKER, being duly sworn, hereby deposes and says:

1. I am an associate with the law firm of Berger & Montague, P.C.

2. I submit this affidavit in support of the motion for my admission to practice *Pro Hac Vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bars of the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case.

_____
Phyllis M. Parker

Subscribed and sworn to before me
this 3rd day of October, 2005.

_____
Notary Public, Commonwealth of Pennsylvania
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARY ANN GATTER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 6, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VEECO INSTRUMENTS INC.
SECURITIES LITIGATION

Case No. 7:05-md-1695 (CM)

## CERTIFICATE OF SERVICE

I, Shannon McKenna, an associate of the law firm Milberg Weiss Bershad & Schulman, LLP, hereby certify that on October 12, 2005, I caused a copy of the attached Notice of Motion to Admit Pro Hac Vice to be served on the persons identified on the attached service list via regular U.S. Mail:

*Shannon McKenna*

DOCS\316745v1

VEECO INSTRUMENTS, INC.
SERVICE LIST

*Counsel for Plaintiffs*

Jonathan M. Plasse, Esq.
Christopher J. Keller, Esq.
Shelly Thompson, Esq.
**LABATON SUCHAROW RUDOFF & LLP**
100 Park Avenue
New York, NY 10017-5563
Tel: (212) 907-0700
Fax: (212) 818-0477

Eric J. Belfi, Esq.
**MURRAY, FRANK & SAILOR LLP**
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892

Evan J. Smith, Esq.
Marc L. Ackerman, Esq.
**BRODSKY & SMITH, LLC**
240 Mineola Boulevard
Mineola, NY 11501
Tel: (516) 741-4977
Fax: (610) 667-9029

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 617-7056

Marc C. Gardy, Esq.
**ABBEY GARDY, LLP**
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road., Suite 406
Melville, NY 11747
Tel.: (631) 367-7100
Fax: (631) 367-1173

Charles J. Piven, Esq.
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
Tel: (410) 332-0030
Fax: (410) 685-1300

Catherine A. Torell, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, NY 10022-6017
Tel: (212) 838-7797
Fax: (212) 838-7745

Steven J. Toll, Esq.
Daniel S. Sommers, Esq.
Julie Goldsmith Reiser, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Brian M. Felgoise, Esq.
**LAW OFFICES OF BRIAN M. FELGOISE, P.C.**
261 Old York Road - Suite 423
Jenkintown, PA 19046
Tel: (215) 886-1900
Fax: (215) 886-1909

Jules Brody, Esq.
Aaron Brody, Esq.
Tzvia Brody, Esq.
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Curtis V. Trinko, Esq.
**LAW OFFICES OF CURTIS V. TRINKO, LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
Tel: (212) 490-9550
Fax: (212) 986-0158

Andrew M. Schatz, Esq.
William Edward Bernarduci, Esq.
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street
Suite 1700
Hartford, CT 06106
Tel: (860) 493-6292
Fax: (860) 493-6290

Fred T. Isquith, Esq.
Christopher S. Hinton, Esq.
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue, 11th Floor
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653

Marc Henzel, Esq.
**LAW OFFICES OF MARC HENZEL**
273 Montgomery Avenue, Suite 202
Bala Cynwd, PA 19004
Tel: (610) 660-8000
Fax: (610) 660-8080

Joseph H. Weiss, Esq.
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010

Alfred G. Yates, Esq.
**LAW OFFICES OF ALFRED G. YATES, JR.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 391-5164
Fax: (412) 471-1033

*Counsel for Defendants*

Robert F. Serio, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035