CLOSED

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:05-cv-01552-LDW-ETB
### Internal Use Only

Grove v. Veeco Instruments, Inc. et al
Assigned to: Senior-Judge Leonard D. Wexler
Referred to: Magistrate-Judge E. Thomas Boyle
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 03/24/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Timothy Joe Grove**
*On Behalf of Himself and All Others Similarly Situated*

represented by **Alfred G. Yates**
Law Offices of Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 391-5164
Email: yateslaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Curtis V. Trinko**
Law Offices of Curtis V. Trinko
16 West 46th Street
7th Floor
New York, NY 10036
(212) 490-9550
Fax: 212-986-0158
Email: ctrinko@trinko.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Veeco Instruments, Inc.**

**Defendant**

**Edward H. Braun**

**Defendant**

**John F. Rein, Jr.**



U.S. DISTRICT COURT FILED OCT 24 2005 S.D. OF N.Y.

| Date Filed | # | Docket Text |

| | | |
|---|---|---|
| 03/24/2005 | ●1 ✓ | COMPLAINT against all defendants filing fee $ 250.00, receipt number 307629, filed by Timothy Joe Grove. (Attachments: # 1 Civil Cover Sheet)(Basile, Antonietta) (Entered: 03/31/2005) |
| 03/24/2005 | ● | Summons Issued as to Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr. (Basile, Antonietta) (Entered: 03/31/2005) |
| 03/29/2005 | ●2 ✓ | Notice of Related Case Assignment forwarded to chambers. (Basile, Antonietta) (Entered: 03/31/2005) |
| 04/21/2005 | ●3 ✓ | ORDER An initial conference will be held in this case at 11:00 A.M. on October 17, 2005 before Mag. Judge E. Thomas Boyle. (see order for further instructions) Counsel for plaintiff(s) or plaintiff pro-se is obligated to serve a copy of this order on each defendant.. Ordered by Judge E. Thomas Boyle on 4/21/05. (Lundy, Lisa) (Entered: 04/22/2005) |
| 04/29/2005 | ●4 ✓ | STIPULATION re 1 Complaint *to be amended within sixty (60) days of the appointment of lead plaintiff. Defendants must answer, move or otherwise respond to the consolidated amended complaint forty-five (45) days after the filing of the consolidatd amended complaint with the court. Service of Plaintiff's Original Class Action Complaint accepted* by Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr. (Serio, Robert) (Entered: 04/29/2005) |
| 04/29/2005 | ●5 ✓ 2,3,4 | NOTICE by Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr *have filed with the Judicial Panel on Multidistrict Litigation ("MDL Panel") a Motion to Transfer and Consolidate Actions ("Motion") pursuant to 28 U.S.C. sect. 1407* (Attachments: # 1 Exhibit A - Notice of Motion# 2 Exhibit B - Memorandum of Law# 3 Exhibit C - Declaration) (Serio, Robert) (Entered: 04/29/2005) |
| 05/10/2005 | ●6 ✓ 2,3 | SUMMONS Returned Executed by Timothy Joe Grove. Veeco Instruments, Inc. served on 4/1/2005, answer due 4/21/2005; Edward H. Braun served on 4/1/2005, answer due 4/21/2005; John F. Rein, Jr served on 4/1/2005, answer due 4/21/2005. (Attachments: # 1 Affidavit of Service on John F. Rein, Jr.# 2 Affidavit of Service on Edward H. Braun) (Trinko, Curtis) (Entered: 05/10/2005) |
| 05/11/2005 | ●7 ✓ | Letter from Wm. Terrell Hodges, Chairman, JPMDL, to Involved Judges dated 5/4/05 re: presently before the Panel pursuant to 28:1407 is a motion to transfer which includes at least one action before you re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel become effective. (Mahon, Cinthia) (Entered: 05/16/2005) |
| 06/06/2005 | ●8 ✓ | NOTICE by Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr *of Filing with MDL Panel of Reply Memorandum in Support of the Motion to Transfer and Consolidate Actions* (Serio, Robert) (Entered: 06/06/2005) |
| 06/17/2005 | ●9 ✓ | Letter from Michael J. Beck, Clerk, JPMDL, dated 6/14/05 re: Notice of |

|  |  |  |
|---|---|---|
|  |  | Hearing Session on 7/28/05 at the Alfred A. Arraj U.S. Courthouse in Denver, Colorado 80202 at 9:30 a.m. re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. (Mahon, Cinthia) (Entered: 06/23/2005) |
| 08/25/2005 | 11 | Letter from Dorothy Guranich, Deputy Clerk, SDNY, to Clerk, EDNY, dated 8/23/05 re: enclosing a cert. copy of the transfer order of the JPMDL transferring this action to the SDNY and assigning it to Judge McMahon for coordinated or consolidated pretrial proceedings pursuant to 28:1407. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation SDNY Case # 05cv7453. (Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 | 12 | TRANSFER ORDER (cert. copy) pursuant to 28:1407 this action is transferred to the SDNY, with the consent of that court, and assigned to the Hon. Colleen McMahon. Issued by the JPMDL on 8/22/05. Re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. (Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 |  | ***Civil Case Terminated. (Mahon, Cinthia) (Entered: 10/11/2005) |
| 08/26/2005 | 10 | Letter from Clerk, JPMDL, to J. Michael McMahon, Clerk, SDNY, dated 8/22/05 re: enclosing a cert. copy of a transfer order filed today by the Panel in this matter. The Panel's governing statute 28:1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation (Mahon, Cinthia) (Entered: 09/14/2005) |
| 10/07/2005 | 13 | ORDER. The initial conference scheduled for October 17, 2005 at 9:30 a.m. is canceled, based on the MDL Panel Transfer Order, dated August 22, 2005. Defendants' counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case. Ordered by Judge E. Thomas Boyle on 10/7/05. (Joy, Dolores) (Entered: 10/07/2005) |

A TRUE COPY
ATTEST
DATED Oct. 11, 2005
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK