Clerk's Office
United States District Court
Eastern District of New York

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 29 2005 ★

LONG ISLAND OFFICE

## NOTICE OF RELATED CASE ASSIGNMENT

Civil action __05__ CV __1552__ was assigned to Judge __Wexler__ and Magistrate Judge __Boyle__ as related to __05 CV 889__ on __3/24__, 2005.

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
Case File