UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorneys: CURTIS V. TRINKO, ESQ.

TIMOTHY JOE GROVE, ON BEHALF OF HIMSELF, ETAL

Plaintiff(s)

- against -

VEECO INSTRUMENTS, INC., ETAL

Defendant(s)

Index # CV 05 1552

Purchased March 24, 2005

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2005 at 01:10 PM at

CORPORATE HEADQUARTERS, INC
100 SUNNYSIDE BLVD, STE B
WOODBURY, NY11797-2902

deponent served the within SUMMONS AND COMPLAINT;JUGDE LEONARD D. WEXLER'S INDIVIDUAL PRACTICES AND MAGISTRATE JUDGE E. THOMAS BOYLE'S INDIVIDUAL PRACTICES on VEECO INSTRUMENTS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MARGARET AKERLEY personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT;JUGDE LEONARD D. WEXLER'S INDIVIDUAL PRACTICES AND MAGISTRATE JUDGE E. THOMAS BOYLE'S INDIVIDUAL PRACTICES as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|------------|------------|---------------|------------------|-----------------|
| FEMALE | WHITE | BROWN | 45 | 5'6 | 130 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  April 5, 2005

JOE KNIGHT
Notary Public, State of New York
No. 01KN4808827
Qualified in New York County
Comm. Expires September 30, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2006

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2006

**DAVID KLEINBERG**

Invoice #: 386360

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007