UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK

TIMOTHY JOE GROVE, ON BEHALF OF HIMSELF, ETAL

Plaintiff(s)

Index # CV 05 1552

- against -

Purchased March 24, 2005

VEECO INSTRUMENTS, INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 1, 2005 at 01:10 PM at

CORPORATE HEADQUARTERS, INC
100 SUNNYSIDE BLVD, STE B
WOODBURY, NY 11797-2902

deponent served the within SUMMONS AND COMPLAINT;JUGDE LEONARD D. WEXLER'S INDIVIDUAL PRACTICES AND MAGISTRATE JUDGE E. THOMAS BOYLE'S INDIVIDUAL PRACTICES on JOHN F. REIN, JR. therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to MARGARET AKERLEY a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 45 | 5'6 | 130 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

CORPORATE HEADQUARTERS, INC
100 SUNNYSIDE BLVD, STE B
WOODBURY, NY 11797-2902

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 5, 2005 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 5, 2005

JOE KNIGHT
Notary Public, State of New York
No. 01KN4808827
Qualified in New York County
Comm. Expires September 30, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2006

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2006

DAVID KLEINBERG

Invoice #: 386360

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007