# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Robert A. Cahn
Executive Attorney

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 4, 2005

TO INVOLVED JUDGES

Re: MDL-1695 -- In re Veeco Instruments Inc. Securities Litigation

(See Attached Schedule of Actions)

Dear Judges:

    Presently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes at least one action before you in the above-described docket. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel becomes effective.

    If you have a motion pending – such as a motion to remand to state court (if the action was removed to your court) – you are free to rule on the motion, of course, or wait until the Panel has decided the transfer issue. The latter course may be especially appropriate if the motion raises questions likely to arise in other actions in the transferee court and, in the interest of uniformity, might best be decided there if the Panel orders centralization.

    Please feel free to contact our staff in Washington with any questions.

Kindest regards,

*Wm. Terrell Hodges*
Wm. Terrell Hodges
Chairman

[Handwritten notations:]
2:05 CV 889 (LDW)
2:05 CV 957 (DRH)
2:05 CV 967 (LDW)
2:05 CV 1003 (JS)
2:05 CV 1277 (LDW)
2:05 CV 1337 (LDW)
2:05 CV 1430 (LDW)
2:05 CV 1552 (LDW)

# SCHEDULE OF ACTIONS
# DOCKET NO. 1695
# IN RE VEECO INSTRUMENTS INC. SECURITIES LITIGATION

### Eastern District of New York

*Andrew McIntosh, et al. v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-889 (Judge Leonard D. Wexler)
*Barry Linzer v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-957 (Judge Denis R. Hurley)
*Bruce Kantor v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-967 (Judge Leonard D. Wexler)
*George Walker v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1003 (Judge Joanna Seybert)
*Philip G. Collins v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1277 (Judge Leonard D. Wexler)
*Servaas Holthuizen v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1337 (Judge Leonard D. Wexler)
*Gerald J. Vogt, et al. v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1430 (Judge Leonard D. Wexler)
*Timothy Joe Grove v. Veeco Instruments Inc., et al.*, C.A. No. 2:05-1552 (Judge Leonard D. Wexler)

### Southern District of New York

*L.I.S.T., Inc. v. Veeco Instruments Inc., et al.*, C.A. No. 7:05-2189 (Judge Colleen McMahon)
*Roy P. Kershaw v. Veeco Instruments Inc., et al.*, C.A. No. 7:05-2929 (Judge Colleen McMahon)