UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
ANDREW MCINTOSH,

                              Plaintiff,        <u>ORDER</u>

          -against-                                 CV 05-0889 (LDW) (ETB)

VEECO INSTRUMENTS INC., et al.,

                              Defendant(s).
--------------------------------------------------------------------------X
BARRY LINZER,

                              Plaintiff,

          -against-                                 CV 05-0957 (DRH) (ETB)

VEECO INSTRUMENTS INC., et al.,

                              Defendant(s).
--------------------------------------------------------------------------X
BRUCE KANTOR,

                              Plaintiff,

          -against-                                 CV 05-0967 (LDW) (ETB)

VEECO INSTRUMENTS INC., et al.,

                              Defendant(s).
--------------------------------------------------------------------------X
GEORGE WALKER,

                              Plaintiff,

          -against-                                 CV 05-1003 (JS) (ETB)

VEECO INSTRUMENTS INC., et al.,

                              Defendant(s).
--------------------------------------------------------------------------X
PHILIP G. COLLINS,

                              Plaintiff,

          -against-                                 CV 05-1277 (LDW) (ETB)

VEECO INSTRUMENTS, INC., et al.,

                              Defendant(s).
--------------------------------------------------------------------------X
SERVAAS HOLTHUIZEN,

                              Plaintiff,

          -against-                                 CV 05-1337 (LDW) (ETB)

VEECO INSTRUMENTS, INC., et al.,

            Defendant(s).

------------------------------------------------------------------------------X


------------------------------------------------------------------------------X

TIMOTHY JOE GROVE,

            Plaintiff,

   -against-              CV 05-1552 (LDW) (ETB)

VEECO INSTRUMENTS, INC., et al.,

            Defendant(s).

------------------------------------------------------------------------------X


  The initial conference scheduled for October 17, 2005 at 9:30 a.m. is canceled, based on the MDL Panel Transfer Order, dated August 22, 2005.

  Defendants' counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case.


**SO ORDERED:**

Dated: Central Islip, New York
    October 7, 2005

                 /s/ E. Thomas Boyle
                 E. THOMAS BOYLE
                 United States Magistrate Judge