UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ANDREW MCINTOSH, Individually and On  :
Behalf of All Others Similarly Situated, : Civil Action No.: 05-CV-889 (LDW)
 :
 : Senior-Judge Leonard D. Wexler
                Plaintiff, :
 :
  - v. - :
 :
VEECO INSTRUMENTS, INC., EDWARD :
BRAUN and JOHN REIN, JR., :
 :
                Defendants. :
---------------------------------------------------------------x

*(Additional captions on following pages)*

**DECLARATION OF CHRISTOPHER KELLER IN SUPPORT OF MOTION OF
RATAN LALCHANDANI FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL**

-----------------------------------------------------------------x
BARRY LINZER, On Behalf of Himself and All : 
Others Similarly Situated, : Civil Action No.: 05-CV-957 (DRH)
 :
 : Senior-Judge Denis R. Hurley
 :
                      Plaintiff, :
 :
   - v. - :
 :
VEECO INSTRUMENTS, INC., EDWARD H. :
BRAUN and JOHN F. REIN, JR., :
 :
                      Defendants. :
-----------------------------------------------------------------x
BRUCE KANTOR, On Behalf of Himself and All :
Others Similarly Situated, : Civil Action No.: 05-CV- 967 (LDW)
 :
 : Senior-Judge Leonard D. Wexler
 :
                      Plaintiff, :
 :
   - v. - :
 :
VEECO INSTRUMENTS, INC., EDWARD H. :
BRAUN and JOHN F. REIN, JR., :
 :
                      Defendants. :
-----------------------------------------------------------------x
GEORGE WALKER, Individually and On Behalf :
of All Others Similarly Situated, : Civil Action No.: 05-CV-1003 (JS)
 :
 : Judge Joanna Seybert
 :
                      Plaintiff, :
 :
   - v. - :
 :
VEECO INSTRUMENTS, INC., EDWARD :
BRAUN and JOHN REIN, JR., :
 :
                      Defendants. :
-----------------------------------------------------------------x

```
-----------------------------------------------------------------x
PHILIP G. COLLINS, On Behalf of Himself and      :
All Others Similarly Situated,                   :    Civil Action No.: 05-CV-1277 (LDW)
                                                 :
                                                 :    Senior-Judge Leonard D. Wexler
                                                 :
                      Plaintiff,                 :
                                                 :
                                                 :
     - v. -                                      :
                                                 :
VEECO INSTRUMENTS, INC., EDWARD H.               :
BRAUN and JOHN F. REIN, JR.,                     :
                                                 :
                      Defendants.                :
-----------------------------------------------------------------x
SERVAAS HOLTHUIZEN, Individually and On          :
Behalf of All Others Similarly Situated,         :    Civil Action No.: 05-CV-1337 (LDW)
                                                 :
                                                 :    Senior-Judge Leonard D. Wexler
                      Plaintiff,                 :
                                                 :
                                                 :
     - v. -                                      :
                                                 :
VEECO INSTRUMENTS, INC., EDWARD H.               :
BRAUN and JOHN F. REIN, JR.,                     :
                                                 :
                      Defendants.                :
-----------------------------------------------------------------x
GERALD J. VOGT AND ELEANOR L. VOGT,              :
On Behalf of Themselves and All Others Similarly :    Civil Action No.: 05-CV-1430 (LDW)
Situated,                                        :
                                                 :    Senior-Judge Leonard D. Wexler
                                                 :
                      Plaintiff,                 :
                                                 :
     - v. -                                      :
                                                 :
VEECO INSTRUMENTS, INC., EDWARD H.               :
BRAUN and JOHN F. REIN, JR.,                     :
                                                 :
                      Defendants.                :
-----------------------------------------------------------------x
```

```
-----------------------------------------------------------x
TIMOTHY JOE GROVE, On Behalf of Himself    :
and All Others Similarly Situated,         :   Civil Action No.: 05-CV-1552 (LDW)
                                           :
                                           :   Senior-Judge Leonard D. Wexler
                       Plaintiff,          :
                                           :
                                           :
   - v. -                                  :
                                           :
                                           :
VEECO INSTRUMENTS, INC., EDWARD H.         :
BRAUN and JOHN F. REIN, JR.,               :
                                           :
                       Defendants.         :
-----------------------------------------------------------x
```

CHRISTOPHER KELLER hereby declares as follows:

1. I am a partner with the law firm of Goodkind Labaton Rudoff & Sucharow LLP, counsel for Ratan LalChandani ("Movant" or "LalChandani").

2. I respectfully submit this declaration in support of LalChandani's motion for consolidation of the related actions, appointment of Movant as Lead Plaintiff, and approval of the selection of the firm of Goodkind Labaton Rudoff & Sucharow LLP and Schatz & Nobel P.C. as Co-Lead Counsel.

3. Annexed hereto as Exhibit A is a true and correct copy of the certification and loss analysis of Mr. LalChandani.

4. Annexed hereto as Exhibit B is a true and correct copy of the February 15, 2005 notice of filing a class action against Veeco Instruments, Inc. ("Veeco" or the "Company").

5. Annexed hereto as Exhibit C is a true and correct copy of the firm resumes of Goodkind Labaton Rudoff & Sucharow LLP and Schatz & Nobel P.C.

I declare, under penalty of perjury, this 18th day of April, 2005.

s/ Christopher Keller
Christopher J. Keller (CK-2347)

622869