UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ANDREW MCINTOSH, Individually and On : Civil Action No. 2:05-CV-00889-LDW-ETB
Behalf of All Others Similarly Situated, :
: **ELECTRONICALLY FILED**
Plaintiff, :
: CLASS ACTION
vs. :
:
VEECO INSTRUMENTS, INC., et al., :
:
Defendants. :
---------------------------------------------------------------
BARRY LINZER, On Behalf of Himself and : Civil Action No. 2:05-CV-00957-DRH-ETB
All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
VEECO INSTRUMENTS, INC., et al., :
:
Defendants. :
---------------------------------------------------------------
BRUCE KANTOR, On Behalf of Himself and : Civil Action No. 2:05-CV-00967-LDW-ETB
All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
VEECO INSTRUMENTS, INC., et al., :
:
Defendants. :
---------------------------------------------------------------x

[Caption continued on following page.]

DECLARATION OF MARIO ALBA, JR. IN SUPPORT OF MOTION TO APPOINT NECA-
IBEW PENSION FUND (THE DECATUR PLAN) AS LEAD PLAINTIFF, TO APPROVE
LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL PURSUANT TO §21D(A)(3)(B) OF
THE SECURITIES EXCHANGE ACT OF 1934, AND TO CONSOLIDATE RELATED
ACTIONS PURSUANT TO RULE 42 OF THE FEDERAL RULES OF CIVIL PROCEDURE

|  | x |  |
|---|---|---|
| GEORGE F. WALKER, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 2:05-CV-01003-JS-ETB |
|  | : | CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| VEECO INSTRUMENTS, INC., et al., | : : |  |
| Defendants. | : : |  |
| PHILIP G. COLLINS, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 2:05-CV-01277-LDW-ETB |
|  | : | CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| VEECO INSTRUMENTS, INC., et al., | : : |  |
| Defendants. | : : |  |
| SERVAAS HOLTHUIZEN, Individually and On Behalf of All Others Similarly Situated, | : : : | Civil Action No. 2:05-CV-01337-LDW-ETB |
|  | : | CLASS ACTION |
| Plaintiff, | : : |  |
| vs. | : : |  |
| VEECO INSTRUMENTS, INC., et al., | : : |  |
| Defendants. | : : |  |
| GERALD J. VOGT, et al., On Behalf of Themselves and All Others Similarly Situated, | : : : | Civil Action No. 2:05-CV-01430-LDW-ETB |
|  | : | CLASS ACTION |
| Plaintiffs, | : : |  |
| vs. | : : |  |
| VEECO INSTRUMENTS, INC., et al., | : : |  |
| Defendants. | : : |  |
|  | x |  |

[Caption continued on following page.]

|  | x |  |
|---|---|---|
| TIMOTHY JOE GROVE, On Behalf of Himself and All Others Similarly Situated, | :<br>: | Civil Action No. 2:05-CV-01552-LDW-ETB |
|  | : | CLASS ACTION |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| VEECO INSTRUMENTS, INC., et al., | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |
|  | x |  |

I, Mario Alba, Jr., declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, counsel for NECA-IBEW Pension Fund (The Decatur Plan) ("NECA") and proposed lead counsel for the class. I make this declaration in support of the Motion to Appoint NECA-IBEW Pension Fund (The Decatur Plan) as Lead Plaintiff and to Approve Lead Plaintiff's Choice of Lead Counsel Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, and to Consolidate Related Actions Pursuant to Rule 42 of the Federal Rules of Civil Procedure. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Sworn Certification executed by NECA;

Exhibit B: Chart of NECA's Purchases and Losses;

Exhibit C: Notice of class action filed against Veeco Instruments, Inc., published on *PrimeZone Media Network* on February 15, 2005; and

Exhibit D: Lerach Coughlin Stoia Geller Rudman & Robbins LLP Firm Resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of April, 2005, at Melville, New York.

                                                           /s/ Mario Alba, Jr.
                                                           MARIO ALBA, JR.

S:\CasesSD\Veeco Instruments\DEC00020330_EDNY.doc

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 401 B Street, Suite 1600, San Diego, California 92101.

2. That on April 18, 2005, declarant served the **DECLARATION OF MARIO ALBA, JR. IN SUPPORT OF MOTION TO APPOINT NECA-IBEW PENSION FUND (THE DECATUR PLAN) AS LEAD PLAINTIFF, TO APPROVE LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL PURSUANT TO §21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934, AND TO CONSOLIDATE RELATED ACTIONS PURSUANT TO RULE 42 OF THE FEDERAL RULES OF CIVIL PROCEDURE** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2005, at San Diego, California.

                                                                */s/ Diana L. Houck*
                                                                DIANA L. HOUCK

VEECO INSTRUMENTS (EDNY)

Service List - 4/18/2005   (05-0043)

Page 1 of 3

**Counsel For Defendant(s)**

Robert F. Serio
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193
  212/351-4000
  212/351-4035 (Fax)

**Counsel For Plaintiff(s)**

Mark C. Gardy
Abbey Gardy, LLP
212 East 39th Street
New York, NY  10016
  212/889-3700
  212/684-5191 (Fax)

Evan J. Smith
Marc L. Ackerman
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
  516/741-4977
  610/667-9029 (Fax)

Steven J. Toll
Daniel S. Sommers
Julie Goldsmith Reiser
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
  202/408-4600
  202/408-4699 (Fax)

Catherine A. Torell
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 13th Floor
New York, NY  10022
  212/838-7797
  212/838-7745 (Fax)

Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
  412/391-5164
  412/471-1033 (Fax)

Brian M. Felgoise
Law Offices of Brian M. Felgoise, P.C.
261 Old York Road, Suite 423
Jenkintown, PA  19046
  215/886-1900
  215/886-1909 (Fax)

VEECO INSTRUMENTS (EDNY)

Service List - 4/18/2005   (05-0043)

Page 2 of 3

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/332-0030
   410/685-1300 (Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
   610/660-8000
   610/660-8080 (Fax)

Steven G. Schulman
Peter E. Seidman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
   212/594-5300
   212/868-1229 (Fax)

Jules  Brody
Aaron  Brody
Tzivia  Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
   212/687-7230
   212/490-2022 (Fax)

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY  10036
   212/490-9550
   212/986-0158 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario  Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Joseph H. Weiss
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY  10176
   212/682-3025
   212/682-3010 (Fax)

VEECO INSTRUMENTS (EDNY)

Service List - 4/18/2005    (05-0043)

Page 3 of 3

Fred T. Isquith
Christopher S. Hinton
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653(Fax)