UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ANDREW MCINTOSH, Individually and On : 
Behalf of All Others Similarly Situated, : 05 CV 889 (LDW)
 :
 Plaintiffs, :
 :
 vs. :
 :
VEECO INSTRUMENTS, INC., EDWARD :
BRAUN, and JOHN REIN, JR., :
 :
 Defendants. :
---------------------------------------------------------------X

[Additional Captions Set Forth Below]

**MOTION OF THE CAPITANIO GROUP FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

```
------------------------------------------------------------X
BARRY LINZER, on behalf of himself and all      :
others similarly situated,                      :        05 CV 957 (DRH)
                                                :
                Plaintiffs,                     :
                                                :
        vs.                                     :
                                                :
VEECO INSTRUMENTS, INC., EDWARD                 :
BRAUN, and JOHN REIN, JR.,                      :
                                                :
                Defendants.                     :
------------------------------------------------------------X
BRUCE KANTOR, On Behalf of Himself and          :
All Others Similarly Situated,                  :        05 CV 967 (LDW)
                                                :
                Plaintiffs,                     :
                                                :
        vs.                                     :
                                                :
VEECO INSTRUMENTS, INC., EDWARD                 :
BRAUN, and JOHN REIN, JR.,                      :
                                                :
                Defendants.                     :
------------------------------------------------------------X
GEORGE F. WALKER, Individually And On           :
Behalf Of All Others Similarly Situated,        :        05 CV 1003 (JS)
                                                :
                Plaintiffs,                     :
                                                :
        vs.                                     :
                                                :
VEECO INSTRUMENTS, INC., EDWARD                 :
BRAUN, and JOHN REIN, JR.,                      :
                                                :
                Defendants.                     :
------------------------------------------------------------X
```

------------------------------------------------------------X

| | | |
|---|---|---|
| PHILIP G. COLLINS, on behalf of himself and all others similarly situated, | : | 05 CV 1277 (LDW) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| VEECO INSTRUMENTS, INC., EDWARD BRAUN, and JOHN REIN, JR., | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| SERVAAS HOLTHUIZEN, individually and on behalf of all others similarly situated, | : | 05 CV 1337 (LDW) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| VEECO INSTRUMENTS, INC., EDWARD BRAUN, and JOHN REIN, JR., | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| GERALD J. VOGT AND ELEANOR L. VOGT, On Behalf Of Themselves and All Others Similarly Situated, | : | 05 CV 1430 (LDW) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| VEECO INSTRUMENTS, INC., EDWARD BRAUN, and JOHN REIN, JR., | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

| | |
|---|---|
| TIMOTHY JOE GROVE, On Behalf of Himself | : |

and All Others Similarly Situated,  : 05 CV 1552 (LDW)
                                    :
               Plaintiffs,  :
                                    :
       vs.                  :
                                    :
VEECO INSTRUMENTS, INC., EDWARD     :
BRAUN, and JOHN REIN, JR.,          :
                                    :
               Defendants.  :
-------------------------------------------------------------X

Case 2:05-cv-10685-CM-GAY Document 27-3 Filed 04/18/2005 Page 4 of 5

Movants, (as defined in the accompanying Memorandum of Law), upon the Declaration of Aaron L. Brody, dated April 18, 2005, and the exhibits annexed thereto, the accompanying Memorandum of Law, all of the prior pleadings and proceedings had herein, and such other evidence as the Court may consider at the hearing on this motion, hereby respectfully move this Court for an order in the form filed herewith: (i) consolidating all of the above referenced actions; (ii) appointing the Capitanio Group as lead plaintiff in the above-referenced action pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (iii) approving Movants' selection of Lead Counsel.

Dated: April 18, 2005

Respectfully submitted,

**STULL, STULL & BRODY**

By: /s/ Aaron Brody
Jules Brody (JB-9151)
Aaron L. Brody (AB-5850)
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Proposed Lead Counsel For Plaintiffs and The Class**