**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW MCINTOSH, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>VEECO INSTRUMENTS, INC., EDWARD BRAUN and JOHN REIN, JR.,<br><br>          Defendants. | Civil Action No. 2:05-cv-889 (LDW) |
| BARRY LINZER, On behalf himself and all others similarly situated,<br><br>          Plaintiff<br><br>  v.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>          Defendants. | Civil Action No. 2:05-cv-957 (DRH) |

[*Captions continued on the following page*]

**CERTIFICATE OF SERVICE**

1

| | |
|---|---|
| BRUCE KANTOR, On behalf himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>        Defendants. | Civil Action No. 2:05-cv-967 (LDW) |
| GEORGE WALKER, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>VEECO INSTRUMENTS, INC., EDWARD BRAUN and JOHN REIN, JR.,<br><br>        Defendants. | Civil Action No. 2:05-cv-1003 (JS) |
| PHILLIP G. COLLINS, On behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>        Defendants. | Civil Action No. 2:05-cv-1277 (LDW) |

[*Captions continued on the following page*]

Case 2:05-cv-16959-LDW Document 29-3 Filed 05/02/2005 Page 2 of 7

| | |
|---|---|
| SERVAAS HOLTHUIZEN, Individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>      v.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>                        Defendants. | Civil Action No. 2:05-cv-1337 (LDW) |
| GERALD J. VOGT and ELEANOR L. VOGT, On behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>      v.<br><br>VEECO INSTRUMENTS, INC., EDWARD BRAUN and JOHN REIN, JR.,<br><br>                        Defendants. | Civil Action No. 2:05-cv-1430 (LDW) |
| TIMOTHY JOE GROVE, On behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>      v.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>                        Defendants. | Civil Action No. 2:05-cv-1552 (LDW) |

Case 2:05-cv-01695-LDW Document 22-3 Filed 05/27/2005 Page 3 of 7
Case 2:05-cv-01339-LDW Document 17-3 Filed 05/02/2005 Page 3 of 7

## CERTIFICATE OF SERVICE

I, Sharon M. Lee, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the following to be served by regular U.S. Mail to all parties listed on the attached service list on this 2nd day of May 2005.

1. The Steelworkers Pension Trust's Memorandum Of Law In Further Support Of Its Motion For Appointment As Lead Plaintiff And In Opposition To The Competing Motions For Appointment As Lead Plaintiff; and

2. Declaration Of Peter E. Seidman In Further Support Of Motion By The Steelworkers Pension Trust For Consolidation, For Its Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel.

    /s/ Sharon M. Lee
Sharon M. Lee

## SERVICE LIST

Evan J. Smith, Esq.
Marc L. Ackerman, Esq.
**BRODSKY & SMITH, LLC**
240 Mineola Boulevard
Mineola, NY 11501
Tel: (516) 741-4977
Fax: (610) 667-9029
Email: Esmith@brodsky-Smith.com

*Counsel for Plaintiff Andrew McIntosh*

Marc C. Gardy, Esq.
**ABBEY GARDY, LLP**
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191
Email: Mgardy@abbeygardy.com

*Counsel for Plaintiff Barry Linzer*

Charles J. Piven, Esq.
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
Tel: (410) 332-0030
Fax: (410) 685-1300

*Counsel for Plaintiff George Walker*

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 617-7056

*Counsel for Plaintiff Andrew McIntosh*

Samuel H. Rudman, Esq.
David H. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
**LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
200 Broadhollow Road., Suite 406
Melville, NY 11747
Tel.: (631) 367-7100
Fax: (631) 367-1173
Email: Drosenfeld@lerachlaw.com

*Counsel for Plaintiff Bruce Kantor*

Catherine A. Torell, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL,
 P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, NY 10022-6017
Tel: (212) 838-7797
Fax: (212) 838-7745
Email: Ctorell@cmht.com

*Counsel for Plaintiff Phillip G. Collins*

5

Steven J. Toll, Esq.
Daniel S. Sommers, Esq.
Julie Goldsmith Reiser, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: Stoll@cmht.com

*Counsel for Plaintiff Phillip G. Collins*

Brian M. Felgoise, Esq.
**LAW OFFICES OF BRIAN M. FELGOISE, P.C.**
261 Old York Road - Suite 423
Jenkintown, PA 19046
Tel: (215) 886-1900
Fax: (215) 886-1909
Email: FelgoiseLaw@aol.com

*Counsel for Plaintiff Servaas Holthuizen*

Jules Brody, Esq.
Aaron Brody, Esq.
Tzvia Brody, Esq.
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
Email: Ssbny@aol.com

*Counsel for Plaintiffs Gerald J. Vogt and Eleanor L. Vogt*

Fred T. Isquith, Esq.
Christopher S. Hinton, Esq.
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue, 11th Floor
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653
Email: Isquith@whafh.com

*Counsel for Plaintiff Servaas Holthuizen*

Marc Henzel, Esq.
**LAW OFFICES OF MARC HENZEL**
273 Montgomery Avenue, Suite 202
Bala Cynwd, PA 19004
Tel: (610) 660-8000
Fax: (610) 660-8080
Email: mhenzel182@aol.com

*Counsel for Plaintiff Servaas Holthuizen*

Joseph H. Weiss, Esq.
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010

*Counsel for Plaintiffs Gerald J. Vogt and Eleanor L. Vogt*

6

Curtis V. Trinko, Esq.
**LAW OFFICES OF CURTIS V. TRINKO, LLP**
16 West 46th Street, 7th Floor
New York, NY 10036
Tel: (212) 490-9550
Fax: (212) 986-0158
Email: Ctrinko@trinko.com

*Counsel for Plaintiff Timothy Joe Grove*


Jonathan M. Plasse, Esq.
Christopher J. Keller, Esq.
Shelly Thompson, Esq.
**GOODKIND LABATON RUDOFF**
 **& SUCHAROW LLP**
100 Park Avenue
New York, NY 10017-5563
Tel: (212) 907-0700
Fax: (212) 818-0477
Email: jplasse@glrslaw.com

*Counsel for Plaintiff L.I.S.T., Inc. -*
*No. 05-cv-2189 (S.D.N.Y.)*


Robert F. Serio, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
Email: rserio@gibsondunn.com

*Counsel for Defendants Veeco Instruments,*
*Inc., Edward H. Braun, and John F. Rein, Jr.*

Alfred G. Yates, Esq.
**LAW OFFICES OF ALFRED G. YATES, JR.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 391-5164
Fax: (412) 471-1033
Email: Yateslaw@aol.com

*Counsel for Plaintiff Timothy Joe Grove*

Eric J. Belfi, Esq.
**MURRAY, FRANK & SAILOR LLP**
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892
Email: ebelfi@murrayfrank.com

*Counsel for Plaintiff Roy P. Kershaw -*
*No. 05-cv-2929 (S.D.N.Y.)*