# EXHIBIT D

# EXHIBIT D

VECO: Historical Prices for VEECO INSTRUMENT - Yahoo! Finance 5/4/2005 Page 1 of 3

Case 2:05-cv-00555-LEGAY Document 35-6 Filed 05/20/2005 Page 2 of 16

**Yahoo!**   **My Yahoo!**   **Mail**

# YAHOO! FINANCE

**Sign In**
New User? Sign Up

Search the Web [                    ]  **Search**

Finance Home - Help

Wednesday, May 4, 2005, 2:16PM ET - U.S. Markets close in 1 hour and 44 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s): [                    ] **GO**  Symbol Lookup | Finance Searc
e.g. YHOO, ^DJI

# Veeco Instruments Inc (VECO)

At 2:00PM ET: **13.41** ↑

Active Trader     No Inactivity Fees!     Free Trades     $100 Cash Bonus

## Historical Prices

Get **Historical Prices** for: [          ] **GO**

### SET DATE RANGE

**Start Date:** Nov  1  2003   Eg. Jan 1, 2003
**End Date:** Feb  11  2005

- ● Daily
- ○ Weekly
- ○ Monthly
- ○ Dividends Only

**Get Prices**

ADVERTISEMENT

While the Fed keeps raising their rates,

Schwab can help lower yours.

Margin rates as low as 3.99%

1. Enter your total margin balance: $[        ]
2. Enter your current interest rate: [        ]%
3. Calculate your savings: **Calculate**

SCHWAB

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| 11-Feb-05 | 17.33 | 17.48 | 16.23 | 16.96 | 5,679,200 | 16.96 |
| 10-Feb-05 | 18.73 | 19.00 | 18.37 | 18.86 | 822,900 | 18.86 |
| 9-Feb-05 | 18.99 | 19.10 | 18.65 | 18.73 | 733,100 | 18.73 |
| 8-Feb-05 | 18.30 | 18.99 | 18.30 | 18.84 | 978,100 | 18.84 |
| 7-Feb-05 | 18.30 | 18.80 | 18.25 | 18.37 | 1,002,500 | 18.37 |
| 4-Feb-05 | 17.49 | 18.28 | 17.35 | 18.20 | 543,800 | 18.20 |
| 3-Feb-05 | 17.45 | 17.63 | 17.19 | 17.44 | 398,800 | 17.44 |
| 2-Feb-05 | 17.22 | 17.53 | 17.21 | 17.42 | 354,000 | 17.42 |
| 1-Feb-05 | 17.31 | 17.50 | 17.10 | 17.24 | 566,400 | 17.24 |
| 31-Jan-05 | 17.41 | 17.61 | 17.25 | 17.49 | 375,900 | 17.49 |
| 28-Jan-05 | 17.70 | 17.70 | 17.01 | 17.14 | 428,600 | 17.14 |
| 27-Jan-05 | 17.40 | 17.94 | 17.24 | 17.61 | 397,700 | 17.61 |
| 26-Jan-05 | 17.20 | 17.50 | 16.91 | 17.43 | 498,800 | 17.43 |
| 25-Jan-05 | 16.95 | 17.32 | 16.70 | 16.96 | 652,900 | 16.96 |
| 24-Jan-05 | 17.96 | 17.96 | 16.93 | 17.08 | 914,800 | 17.08 |
| 21-Jan-05 | 18.78 | 18.78 | 17.74 | 17.83 | 754,600 | 17.83 |

Case 2:05-cv-01555-GLT   Document 35-6   Filed 05/27/2005   Page 3 of 16

| 20-Jan-05 | 18.78 | 18.95 | 18.50 | 18.50 | 628,000 | 18.50 |
| 19-Jan-05 | 19.08 | 19.35 | 18.78 | 18.79 | 779,800 | 18.79 |
| 18-Jan-05 | 18.43 | 18.94 | 18.34 | 18.77 | 407,800 | 18.77 |
| 14-Jan-05 | 18.36 | 18.68 | 18.29 | 18.50 | 370,900 | 18.50 |
| 13-Jan-05 | 18.50 | 18.59 | 17.97 | 18.25 | 706,600 | 18.25 |
| 12-Jan-05 | 18.31 | 18.70 | 18.19 | 18.60 | 393,700 | 18.60 |
| 11-Jan-05 | 18.17 | 18.38 | 18.01 | 18.09 | 357,100 | 18.09 |
| 10-Jan-05 | 18.52 | 18.74 | 18.25 | 18.31 | 294,600 | 18.31 |
| 7-Jan-05 | 18.60 | 18.99 | 17.94 | 18.60 | 512,300 | 18.60 |
| 6-Jan-05 | 19.20 | 19.20 | 18.30 | 18.30 | 491,300 | 18.30 |
| 5-Jan-05 | 19.10 | 19.25 | 18.74 | 18.79 | 718,500 | 18.79 |
| 4-Jan-05 | 20.60 | 20.63 | 19.04 | 19.41 | 936,900 | 19.41 |
| 3-Jan-05 | 21.27 | 21.28 | 20.22 | 20.44 | 509,400 | 20.44 |
| 31-Dec-04 | 20.62 | 21.25 | 20.55 | 21.07 | 337,300 | 21.07 |
| 30-Dec-04 | 20.32 | 20.88 | 20.32 | 20.68 | 289,200 | 20.68 |
| 29-Dec-04 | 20.65 | 20.98 | 20.33 | 20.34 | 523,700 | 20.34 |
| 28-Dec-04 | 20.43 | 20.81 | 20.43 | 20.64 | 286,800 | 20.64 |
| 27-Dec-04 | 20.98 | 21.00 | 20.43 | 20.48 | 243,900 | 20.48 |
| 23-Dec-04 | 20.92 | 21.09 | 20.62 | 20.86 | 326,000 | 20.86 |
| 22-Dec-04 | 20.90 | 21.14 | 20.77 | 21.04 | 303,400 | 21.04 |
| 21-Dec-04 | 20.30 | 21.06 | 20.30 | 20.90 | 427,700 | 20.90 |
| 20-Dec-04 | 20.74 | 20.90 | 20.21 | 20.35 | 483,100 | 20.35 |
| 17-Dec-04 | 20.28 | 20.64 | 20.00 | 20.53 | 800,600 | 20.53 |
| 16-Dec-04 | 20.84 | 20.90 | 20.25 | 20.41 | 497,300 | 20.41 |
| 15-Dec-04 | 20.51 | 20.86 | 20.28 | 20.76 | 526,700 | 20.76 |
| 14-Dec-04 | 19.98 | 20.55 | 19.85 | 20.34 | 645,200 | 20.34 |
| 13-Dec-04 | 19.48 | 19.97 | 19.32 | 19.88 | 532,800 | 19.88 |
| 10-Dec-04 | 19.57 | 19.77 | 19.37 | 19.51 | 259,800 | 19.51 |
| 9-Dec-04 | 19.21 | 19.90 | 19.03 | 19.58 | 412,800 | 19.58 |
| 8-Dec-04 | 19.91 | 19.91 | 19.31 | 19.52 | 340,700 | 19.52 |
| 7-Dec-04 | 20.82 | 20.93 | 19.79 | 19.81 | 302,900 | 19.81 |
| 6-Dec-04 | 20.82 | 20.97 | 20.50 | 20.73 | 269,000 | 20.73 |
| 3-Dec-04 | 20.74 | 21.00 | 20.55 | 20.88 | 517,700 | 20.88 |
| 2-Dec-04 | 19.87 | 20.65 | 19.76 | 20.13 | 423,900 | 20.13 |
| 1-Dec-04 | 19.60 | 20.10 | 19.54 | 20.08 | 506,200 | 20.08 |
| 30-Nov-04 | 19.93 | 19.93 | 19.30 | 19.39 | 528,400 | 19.39 |
| 29-Nov-04 | 20.09 | 20.42 | 19.65 | 19.86 | 349,200 | 19.86 |
| 26-Nov-04 | 20.16 | 20.55 | 20.01 | 20.03 | 139,400 | 20.03 |
| 24-Nov-04 | 20.05 | 20.50 | 20.05 | 20.09 | 235,200 | 20.09 |

Case 2:05-cv-00339-LDG-AY Document 35-6 Filed 05/20/2005 Page 4 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 23-Nov-04 | 20.50 | 20.60 | 20.02 | 20.17 | 259,100 | 20.17 |
| 22-Nov-04 | 20.39 | 20.48 | 20.02 | 20.48 | 161,600 | 20.48 |
| 19-Nov-04 | 20.99 | 21.22 | 20.25 | 20.32 | 342,400 | 20.32 |
| 18-Nov-04 | 20.72 | 21.25 | 20.62 | 21.20 | 241,700 | 21.20 |
| 17-Nov-04 | 20.67 | 21.29 | 20.52 | 20.95 | 349,800 | 20.95 |
| 16-Nov-04 | 20.65 | 20.65 | 20.24 | 20.42 | 250,800 | 20.42 |
| 15-Nov-04 | 19.39 | 21.00 | 19.39 | 20.66 | 848,200 | 20.66 |
| 12-Nov-04 | 19.57 | 19.60 | 19.18 | 19.50 | 375,800 | 19.50 |
| 11-Nov-04 | 19.43 | 19.65 | 19.06 | 19.55 | 424,700 | 19.55 |
| 10-Nov-04 | 19.55 | 19.74 | 19.08 | 19.09 | 374,300 | 19.09 |
| 9-Nov-04 | 19.77 | 19.97 | 19.41 | 19.48 | 479,100 | 19.48 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

🔻 Download To Spreadsheet

✉ Add to Portfolio    🔔 Set Alert    ✉ Email to a Friend

Get **Historical Prices** for Another Symbol: [       ] GO Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Case 2:05-cv-02934-LDW Document 35-6 Filed 05/20/2005 Page 5 of 16

# YAHOO! FINANCE

Wednesday, May 4, 2005, 2:22PM ET - U.S. Markets close in 1 hour and 38 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s): [                ] [GO] **Symbol Lookup | Finance Searc**
e.g. YHOO, ^DJI

## Veeco Instruments Inc (VECO)

At 2:07PM ET: **13.32** ↑


Barron's 2005 Rating
$100 Cash Bonus


Free Trades


Active Trader


$7 Online Trades
No Inactivity Fees!

## Historical Prices

Get **Historical Prices** for: [        ] [GO]

**SET DATE RANGE**

ADVERTISEMENT

**Start Date:** Nov [▼] 1 2003    Eg. Jan 1, 2003
**End Date:** Feb [▼] 11 2005

○ Daily
○ Weekly
○ Monthly
○ Dividends Only

[ Get Prices ]

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| 8-Nov-04 | 19.97 | 20.21 | 19.50 | 19.75 | 510,100 | 19.75 |
| 5-Nov-04 | 19.85 | 20.20 | 19.68 | 19.91 | 338,300 | 19.91 |
| 4-Nov-04 | 19.73 | 19.77 | 19.28 | 19.71 | 381,500 | 19.71 |
| 3-Nov-04 | 20.25 | 20.28 | 19.42 | 19.71 | 302,200 | 19.71 |
| 2-Nov-04 | 19.73 | 20.07 | 19.59 | 19.72 | 256,700 | 19.72 |
| 1-Nov-04 | 19.40 | 19.76 | 19.25 | 19.61 | 306,800 | 19.61 |
| 29-Oct-04 | 19.87 | 19.95 | 19.39 | 19.54 | 442,100 | 19.54 |
| 28-Oct-04 | 19.21 | 19.94 | 19.21 | 19.88 | 655,300 | 19.88 |
| 27-Oct-04 | 18.65 | 19.45 | 18.60 | 19.28 | 663,500 | 19.28 |
| 26-Oct-04 | 18.64 | 18.93 | 18.55 | 18.69 | 494,800 | 18.69 |
| 25-Oct-04 | 18.36 | 19.20 | 18.36 | 18.71 | 405,100 | 18.71 |
| 22-Oct-04 | 18.90 | 19.06 | 18.27 | 18.39 | 531,500 | 18.39 |
| 21-Oct-04 | 18.21 | 19.00 | 17.98 | 18.81 | 718,400 | 18.81 |
| 20-Oct-04 | 18.20 | 18.36 | 17.84 | 18.04 | 699,700 | 18.04 |
| 19-Oct-04 | 18.37 | 18.84 | 18.15 | 18.33 | 802,400 | 18.33 |
| 18-Oct-04 | 17.91 | 18.29 | 17.83 | 18.13 | 1,159,500 | 18.13 |

Eligibility pricing criteria may differ among brokers. Data verified as of 6/2/04.

Case 8:05-cv-01659-LEGAY Document 35-6 Filed 05/27/2005 Page 6 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 15-Oct-04 | 17.92 | 18.18 | 17.45 | 17.59 | 668,000 | 17.59 |
| 14-Oct-04 | 19.44 | 19.50 | 17.87 | 17.89 | 1,349,100 | 17.89 |
| 13-Oct-04 | 20.17 | 20.50 | 19.50 | 19.60 | 2,230,400 | 19.60 |
| 12-Oct-04 | 21.64 | 22.00 | 21.52 | 21.83 | 351,600 | 21.83 |
| 11-Oct-04 | 22.00 | 22.18 | 21.75 | 22.16 | 270,400 | 22.16 |
| 8-Oct-04 | 22.52 | 22.68 | 21.76 | 21.87 | 736,900 | 21.87 |
| 7-Oct-04 | 22.10 | 23.04 | 22.10 | 22.73 | 628,600 | 22.73 |
| 6-Oct-04 | 22.12 | 22.21 | 21.84 | 22.16 | 235,000 | 22.16 |
| 5-Oct-04 | 22.57 | 22.81 | 22.05 | 22.28 | 384,100 | 22.28 |
| 4-Oct-04 | 22.40 | 22.97 | 22.19 | 22.63 | 449,300 | 22.63 |
| 1-Oct-04 | 21.41 | 22.10 | 21.22 | 21.93 | 306,400 | 21.93 |
| 30-Sep-04 | 21.17 | 21.60 | 20.96 | 20.97 | 221,400 | 20.97 |
| 29-Sep-04 | 20.63 | 21.45 | 20.59 | 21.16 | 267,000 | 21.16 |
| 28-Sep-04 | 20.67 | 20.95 | 20.39 | 20.82 | 354,200 | 20.82 |
| 27-Sep-04 | 20.45 | 20.87 | 20.27 | 20.49 | 418,700 | 20.49 |
| 24-Sep-04 | 20.76 | 21.10 | 20.42 | 20.45 | 353,400 | 20.45 |
| 23-Sep-04 | 20.89 | 21.17 | 20.31 | 20.82 | 235,100 | 20.82 |
| 22-Sep-04 | 21.36 | 21.44 | 20.52 | 20.57 | 295,400 | 20.57 |
| 21-Sep-04 | 21.33 | 21.63 | 20.91 | 21.24 | 257,800 | 21.24 |
| 20-Sep-04 | 20.80 | 21.58 | 20.64 | 21.32 | 358,100 | 21.32 |
| 17-Sep-04 | 20.99 | 21.20 | 20.32 | 20.94 | 313,000 | 20.94 |
| 16-Sep-04 | 20.99 | 21.10 | 20.55 | 20.77 | 534,500 | 20.77 |
| 15-Sep-04 | 21.63 | 21.63 | 20.79 | 20.96 | 324,300 | 20.96 |
| 14-Sep-04 | 21.92 | 22.06 | 21.50 | 21.84 | 270,300 | 21.84 |
| 13-Sep-04 | 21.61 | 22.35 | 21.55 | 21.87 | 694,100 | 21.87 |
| 10-Sep-04 | 20.26 | 21.50 | 20.04 | 21.45 | 599,400 | 21.45 |
| 9-Sep-04 | 19.43 | 20.36 | 19.24 | 20.19 | 518,600 | 20.19 |
| 8-Sep-04 | 19.35 | 19.88 | 19.12 | 19.24 | 319,800 | 19.24 |
| 7-Sep-04 | 19.31 | 19.70 | 19.16 | 19.29 | 229,300 | 19.29 |
| 3-Sep-04 | 19.59 | 19.75 | 18.80 | 19.15 | 411,800 | 19.15 |
| 2-Sep-04 | 19.46 | 19.81 | 19.25 | 19.70 | 255,200 | 19.70 |
| 1-Sep-04 | 19.38 | 20.20 | 19.24 | 19.46 | 387,200 | 19.46 |
| 31-Aug-04 | 19.21 | 19.53 | 18.86 | 19.36 | 324,400 | 19.36 |
| 30-Aug-04 | 19.86 | 19.95 | 19.21 | 19.21 | 207,300 | 19.21 |
| 27-Aug-04 | 19.95 | 20.04 | 19.86 | 19.95 | 181,800 | 19.95 |
| 26-Aug-04 | 20.20 | 20.49 | 19.72 | 19.95 | 219,600 | 19.95 |
| 25-Aug-04 | 19.97 | 20.33 | 19.72 | 20.12 | 255,400 | 20.12 |
| 24-Aug-04 | 20.48 | 20.55 | 19.73 | 19.97 | 329,900 | 19.97 |
| 23-Aug-04 | 20.17 | 20.82 | 20.04 | 20.38 | 536,900 | 20.38 |

Case 2:05-cv-05559-LDW Document 35-6 Filed 05/27/2005 Page 7 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 20-Aug-04 | 20.24 | 20.31 | 19.92 | 20.06 | 458,000 | 20.06 |
| 19-Aug-04 | 20.68 | 20.68 | 20.00 | 20.16 | 328,600 | 20.16 |
| 18-Aug-04 | 19.60 | 20.65 | 19.51 | 20.62 | 315,900 | 20.62 |
| 17-Aug-04 | 19.89 | 20.19 | 19.61 | 19.68 | 343,000 | 19.68 |
| 16-Aug-04 | 18.50 | 19.68 | 18.50 | 19.50 | 394,600 | 19.50 |
| 13-Aug-04 | 18.75 | 18.99 | 18.45 | 18.69 | 365,900 | 18.69 |
| 12-Aug-04 | 19.39 | 19.56 | 18.75 | 18.75 | 428,600 | 18.75 |
| 11-Aug-04 | 19.90 | 19.93 | 18.84 | 19.56 | 866,200 | 19.56 |
| 10-Aug-04 | 19.85 | 20.65 | 19.85 | 20.59 | 425,300 | 20.59 |
| 9-Aug-04 | 20.33 | 20.43 | 19.75 | 19.97 | 434,800 | 19.97 |
| 6-Aug-04 | 21.10 | 21.24 | 20.06 | 20.30 | 425,500 | 20.30 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio      Set Alert      Email to a Friend

Get **Historical Prices** for Another Symbol: [    ] GO  Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

---

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Case 2:05-cv-00659-MCGAY  Document 35-6  Filed 05/20/2005  Page 8 of 16

Yahoo!   My Yahoo!   Mail

# YAHOO! FINANCE

Sign In
New User? Sign Up

Search the Web [                    ] **Search**

Finance Home - Help

Wednesday, May 4, 2005, 2:22PM ET - U.S. Markets close in 1 hour and 38 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s):
e.g. YHOO, ^DJI [                    ] **GO**   Symbol Lookup | Finance Searc

# Veeco Instruments Inc (VECO)

At 2:07PM ET: **13.32** ↑







Barron's 2005 Rating

Free Trades          Active Trader          No Inactivity Fees!          $100 Cash Bonus

## Historical Prices

Get **Historical Prices** for: [        ] **GO**

### SET DATE RANGE

ADVERTISEMENT

Start Date: [Nov ▼] [1]  [2003]   Eg. Jan 1, 2003      ◉ Daily
End Date: [Feb ▼] [11] [2005]                          ○ Weekly
                                                       ○ Monthly
**Get Prices**                                         ○ Dividends Only

First | Prev | Next | Last

### PRICES

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| 5-Aug-04 | 21.53 | 21.94 | 21.38 | 21.54 | 315,300 | 21.54 |
| 4-Aug-04 | 21.52 | 21.82 | 20.85 | 21.51 | 516,200 | 21.51 |
| 3-Aug-04 | 22.55 | 22.65 | 21.52 | 21.60 | 339,800 | 21.60 |
| 2-Aug-04 | 22.86 | 23.25 | 22.27 | 22.50 | 341,500 | 22.50 |
| 30-Jul-04 | 21.85 | 23.13 | 21.68 | 22.75 | 641,200 | 22.75 |
| 29-Jul-04 | 21.05 | 21.80 | 20.89 | 21.80 | 483,700 | 21.80 |
| 28-Jul-04 | 21.41 | 21.41 | 20.25 | 20.85 | 605,800 | 20.85 |
| 27-Jul-04 | 20.37 | 21.59 | 20.37 | 21.36 | 841,500 | 21.36 |
| 26-Jul-04 | 20.26 | 21.89 | 19.71 | 20.38 | 1,176,100 | 20.38 |
| 23-Jul-04 | 21.39 | 21.39 | 20.06 | 20.15 | 580,500 | 20.15 |
| 22-Jul-04 | 20.67 | 21.64 | 20.35 | 21.34 | 718,100 | 21.34 |
| 21-Jul-04 | 21.98 | 22.35 | 20.50 | 20.67 | 580,700 | 20.67 |
| 20-Jul-04 | 21.42 | 21.93 | 21.07 | 21.93 | 357,700 | 21.93 |
| 19-Jul-04 | 21.00 | 21.61 | 20.93 | 21.42 | 317,900 | 21.42 |
| 16-Jul-04 | 21.90 | 22.18 | 21.00 | 21.08 | 404,800 | 21.08 |
| 15-Jul-04 | 20.89 | 22.28 | 20.55 | 21.67 | 732,900 | 21.67 |

Case 2:05-cv-01559-MGAY   Document 35-6   Filed 05/27/2005   Page 9 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 14-Jul-04 | 20.89 | 21.45 | 20.54 | 20.64 | 663,000 | 20.64 |
| 13-Jul-04 | 21.24 | 21.70 | 21.17 | 21.35 | 258,500 | 21.35 |
| 12-Jul-04 | 21.80 | 21.80 | 21.10 | 21.25 | 854,400 | 21.25 |
| 9-Jul-04 | 22.30 | 22.40 | 21.84 | 22.19 | 314,800 | 22.19 |
| 8-Jul-04 | 22.15 | 22.83 | 21.91 | 22.03 | 510,100 | 22.03 |
| 7-Jul-04 | 22.49 | 22.75 | 22.01 | 22.30 | 451,200 | 22.30 |
| 6-Jul-04 | 23.25 | 23.25 | 22.24 | 22.50 | 894,800 | 22.50 |
| 2-Jul-04 | 24.76 | 24.76 | 23.35 | 23.46 | 649,300 | 23.46 |
| 1-Jul-04 | 26.02 | 26.02 | 24.50 | 24.72 | 458,200 | 24.72 |
| 30-Jun-04 | 25.30 | 26.02 | 25.30 | 25.81 | 393,300 | 25.81 |
| 29-Jun-04 | 24.52 | 25.47 | 24.21 | 25.40 | 439,100 | 25.40 |
| 28-Jun-04 | 25.20 | 25.69 | 24.30 | 24.46 | 375,800 | 24.46 |
| 25-Jun-04 | 24.50 | 25.21 | 24.35 | 25.19 | 532,300 | 25.19 |
| 24-Jun-04 | 24.39 | 25.08 | 24.16 | 24.51 | 402,800 | 24.51 |
| 23-Jun-04 | 23.98 | 24.95 | 23.55 | 24.77 | 538,500 | 24.77 |
| 22-Jun-04 | 23.40 | 24.24 | 23.28 | 24.02 | 483,200 | 24.02 |
| 21-Jun-04 | 23.60 | 23.91 | 23.35 | 23.45 | 340,500 | 23.45 |
| 18-Jun-04 | 23.59 | 24.33 | 23.06 | 23.59 | 592,000 | 23.59 |
| 17-Jun-04 | 24.59 | 24.59 | 23.50 | 23.72 | 392,300 | 23.72 |
| 16-Jun-04 | 24.98 | 25.34 | 24.36 | 24.47 | 605,800 | 24.47 |
| 15-Jun-04 | 24.60 | 25.43 | 24.60 | 25.00 | 316,000 | 25.00 |
| 14-Jun-04 | 24.87 | 24.90 | 24.30 | 24.30 | 449,000 | 24.30 |
| 10-Jun-04 | 25.65 | 25.87 | 24.52 | 24.89 | 474,600 | 24.89 |
| 9-Jun-04 | 26.00 | 26.18 | 25.20 | 25.41 | 674,600 | 25.41 |
| 8-Jun-04 | 25.67 | 26.48 | 25.45 | 26.31 | 508,600 | 26.31 |
| 7-Jun-04 | 25.57 | 26.02 | 25.29 | 26.02 | 279,100 | 26.02 |
| 4-Jun-04 | 24.80 | 25.52 | 24.57 | 25.22 | 310,000 | 25.22 |
| 3-Jun-04 | 25.16 | 25.38 | 24.28 | 24.38 | 381,200 | 24.38 |
| 2-Jun-04 | 25.93 | 26.18 | 25.08 | 25.32 | 399,000 | 25.32 |
| 1-Jun-04 | 25.74 | 26.19 | 25.50 | 26.11 | 344,500 | 26.11 |
| 28-May-04 | 25.70 | 25.84 | 25.30 | 25.83 | 301,600 | 25.83 |
| 27-May-04 | 26.03 | 26.03 | 25.20 | 25.60 | 627,600 | 25.60 |
| 26-May-04 | 25.29 | 26.02 | 24.80 | 25.98 | 585,200 | 25.98 |
| 25-May-04 | 24.42 | 25.30 | 24.08 | 25.29 | 590,800 | 25.29 |
| 24-May-04 | 24.23 | 24.70 | 24.19 | 24.35 | 291,600 | 24.35 |
| 21-May-04 | 23.63 | 24.30 | 23.60 | 24.05 | 535,000 | 24.05 |
| 20-May-04 | 23.62 | 23.87 | 23.17 | 23.55 | 458,600 | 23.55 |
| 19-May-04 | 23.89 | 24.90 | 23.45 | 23.54 | 594,500 | 23.54 |
| 18-May-04 | 23.60 | 23.90 | 23.37 | 23.65 | 255,900 | 23.65 |

Case 2:05cv 1858 DLES A Y Document 35-6 Filed 05/05/2005 Page 10 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 17-May-04 | 23.43 | 23.78 | 23.17 | 23.19 | 301,900 | 23.19 |
| 14-May-04 | 24.25 | 24.35 | 23.50 | 23.81 | 276,400 | 23.81 |
| 13-May-04 | 24.12 | 24.56 | 23.75 | 24.00 | 450,400 | 24.00 |
| 12-May-04 | 24.86 | 25.07 | 23.21 | 24.46 | 699,800 | 24.46 |
| 11-May-04 | 24.05 | 24.85 | 23.99 | 24.83 | 521,900 | 24.83 |
| 10-May-04 | 23.56 | 24.30 | 23.15 | 23.77 | 782,100 | 23.77 |
| 7-May-04 | 23.93 | 25.08 | 23.85 | 24.00 | 629,300 | 24.00 |
| 6-May-04 | 23.73 | 24.24 | 23.32 | 23.98 | 520,300 | 23.98 |
| 5-May-04 | 24.40 | 24.49 | 23.78 | 24.10 | 386,700 | 24.10 |
| 4-May-04 | 23.60 | 24.39 | 23.30 | 23.97 | 662,000 | 23.97 |
| 3-May-04 | 23.86 | 24.05 | 22.90 | 23.28 | 996,000 | 23.28 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol: GO Symbol Lookup

- Stock Screener                                    - Splits
- Mergers & Acquisitions

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Case 2:05cv-01603-LEGA Y-Document 35-6 Filed 05/05/2005 Page 11 of 16

**YAHOO! FINANCE** **Sign In**
New User? Sign Up

Search the Web [            ] [ Search ]

Finance Home - Help

Wednesday, May 4, 2005, 2:22PM ET - U.S. Markets close in 1 hour and 38 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s): [            ] [ GO ]   Symbol Lookup | Finance Searc
e.g. YHOO, ^DJI

## Veeco Instruments Inc (VECO)

At 2:07PM ET: **13.32** ↑

  

Free Trades          Active Trader          No Inactivity Fees!          $100 Cash Bonus

## Historical Prices

Get **Historical Prices** for: [            ] [ GO ]

### SET DATE RANGE

ADVERTISEMENT

**Start Date:** [Nov ▼] [1] [2003]   Eg. Jan 1, 2003

**End Date:** [Feb ▼] [11] [2005]

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

[ Get Prices ]



First | Prev | Next | Last

### PRICES

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|------------|
| 30-Apr-04 | 23.71 | 23.74 | 22.62 | 22.75 | 991,700 | 22.75 |
| 29-Apr-04 | 25.02 | 25.06 | 23.14 | 23.35 | 1,574,800 | 23.35 |
| 28-Apr-04 | 25.50 | 25.69 | 25.00 | 25.13 | 811,800 | 25.13 |
| 27-Apr-04 | 26.08 | 26.65 | 25.44 | 25.44 | 1,423,100 | 25.44 |
| 26-Apr-04 | 26.24 | 27.61 | 26.05 | 26.74 | 1,568,500 | 26.74 |
| 23-Apr-04 | 26.74 | 27.88 | 26.74 | 27.43 | 612,100 | 27.43 |
| 22-Apr-04 | 27.57 | 27.70 | 26.60 | 26.84 | 1,134,400 | 26.84 |
| 21-Apr-04 | 27.60 | 28.46 | 27.50 | 27.98 | 521,800 | 27.98 |
| 20-Apr-04 | 28.01 | 28.64 | 27.33 | 27.40 | 402,200 | 27.40 |
| 19-Apr-04 | 27.47 | 28.17 | 27.40 | 27.97 | 408,600 | 27.97 |
| 16-Apr-04 | 28.00 | 28.05 | 27.15 | 27.65 | 524,100 | 27.65 |
| 15-Apr-04 | 29.38 | 29.58 | 28.05 | 28.15 | 1,003,700 | 28.15 |
| 14-Apr-04 | 29.56 | 30.48 | 29.14 | 29.37 | 605,300 | 29.37 |
| 13-Apr-04 | 30.68 | 30.95 | 29.30 | 29.80 | 435,600 | 29.80 |
| 12-Apr-04 | 30.82 | 31.04 | 30.22 | 30.73 | 443,800 | 30.73 |
| 8-Apr-04 | 31.34 | 31.50 | 30.52 | 30.71 | 405,100 | 30.71 |

Case 2:05c0-1636506-JBESAP Document 35-6 Filed 05/05/2005 Page 12 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 7-Apr-04 | 30.80 | 31.37 | 30.12 | 30.99 | 518,200 | 30.99 |
| 6-Apr-04 | 30.80 | 31.65 | 30.76 | 30.85 | 796,900 | 30.85 |
| 5-Apr-04 | 30.85 | 31.51 | 30.75 | 31.50 | 575,400 | 31.50 |
| 2-Apr-04 | 30.44 | 31.10 | 30.26 | 30.74 | 835,600 | 30.74 |
| 1-Apr-04 | 28.16 | 30.13 | 28.16 | 29.83 | 1,074,700 | 29.83 |
| 31-Mar-04 | 28.90 | 29.08 | 27.87 | 28.06 | 433,900 | 28.06 |
| 30-Mar-04 | 27.91 | 28.31 | 27.80 | 28.25 | 399,500 | 28.25 |
| 29-Mar-04 | 28.33 | 28.83 | 27.93 | 28.24 | 538,300 | 28.24 |
| 26-Mar-04 | 28.16 | 28.74 | 27.73 | 27.93 | 630,000 | 27.93 |
| 25-Mar-04 | 25.99 | 28.60 | 25.90 | 28.12 | 2,039,900 | 28.12 |
| 24-Mar-04 | 25.45 | 25.96 | 25.33 | 25.65 | 632,500 | 25.65 |
| 23-Mar-04 | 25.84 | 26.34 | 25.30 | 25.33 | 1,165,300 | 25.33 |
| 22-Mar-04 | 25.57 | 25.70 | 24.70 | 24.90 | 552,100 | 24.90 |
| 19-Mar-04 | 26.75 | 26.76 | 25.65 | 25.83 | 400,900 | 25.83 |
| 18-Mar-04 | 26.56 | 27.30 | 25.88 | 26.72 | 596,000 | 26.72 |
| 17-Mar-04 | 26.00 | 26.89 | 25.78 | 26.59 | 555,700 | 26.59 |
| 16-Mar-04 | 26.20 | 26.58 | 24.84 | 25.59 | 896,200 | 25.59 |
| 15-Mar-04 | 27.08 | 27.19 | 25.75 | 25.80 | 562,500 | 25.80 |
| 12-Mar-04 | 26.64 | 27.18 | 26.35 | 27.02 | 325,200 | 27.02 |
| 11-Mar-04 | 27.25 | 27.40 | 26.10 | 26.25 | 898,300 | 26.25 |
| 10-Mar-04 | 27.70 | 27.89 | 26.60 | 26.70 | 747,800 | 26.70 |
| 9-Mar-04 | 28.50 | 28.70 | 27.42 | 27.66 | 603,400 | 27.66 |
| 8-Mar-04 | 29.94 | 30.17 | 28.52 | 28.60 | 532,500 | 28.60 |
| 5-Mar-04 | 29.88 | 30.25 | 29.36 | 29.68 | 272,900 | 29.68 |
| 4-Mar-04 | 29.85 | 30.18 | 29.52 | 30.18 | 227,400 | 30.18 |
| 3-Mar-04 | 30.31 | 30.49 | 29.42 | 29.70 | 329,400 | 29.70 |
| 2-Mar-04 | 30.30 | 30.99 | 30.14 | 30.34 | 602,300 | 30.34 |
| 1-Mar-04 | 29.30 | 30.40 | 28.82 | 30.24 | 438,100 | 30.24 |
| 27-Feb-04 | 30.11 | 30.29 | 28.81 | 29.17 | 567,000 | 29.17 |
| 26-Feb-04 | 29.40 | 30.19 | 28.84 | 29.77 | 573,100 | 29.77 |
| 25-Feb-04 | 29.80 | 29.85 | 28.60 | 29.39 | 829,200 | 29.39 |
| 24-Feb-04 | 30.10 | 30.10 | 29.27 | 29.67 | 587,900 | 29.67 |
| 23-Feb-04 | 31.24 | 31.32 | 29.77 | 30.00 | 738,800 | 30.00 |
| 20-Feb-04 | 31.94 | 32.00 | 30.00 | 31.23 | 720,400 | 31.23 |
| 19-Feb-04 | 33.51 | 33.51 | 31.85 | 31.99 | 644,800 | 31.99 |
| 18-Feb-04 | 32.60 | 33.25 | 32.51 | 32.91 | 504,400 | 32.91 |
| 17-Feb-04 | 32.30 | 32.64 | 32.11 | 32.59 | 676,900 | 32.59 |
| 13-Feb-04 | 32.80 | 32.80 | 31.66 | 32.00 | 483,100 | 32.00 |
| 12-Feb-04 | 32.01 | 32.74 | 31.86 | 32.56 | 721,800 | 32.56 |

Case 2:05cv... Document 35-6 Filed 05/20/2005 Page 13 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 11-Feb-04 | 31.86 | 32.36 | 31.55 | 32.08 | 572,000 | 32.08 |
| 10-Feb-04 | 31.40 | 32.21 | 30.60 | 31.83 | 1,253,200 | 31.83 |
| 9-Feb-04 | 30.79 | 32.38 | 30.69 | 31.86 | 1,221,300 | 31.86 |
| 6-Feb-04 | 28.30 | 30.93 | 28.21 | 30.49 | 2,056,000 | 30.49 |
| 5-Feb-04 | 27.30 | 28.22 | 27.04 | 27.44 | 887,200 | 27.44 |
| 4-Feb-04 | 28.41 | 28.55 | 27.03 | 27.20 | 806,600 | 27.20 |
| 3-Feb-04 | 29.92 | 29.93 | 28.66 | 28.72 | 626,200 | 28.72 |
| 2-Feb-04 | 30.14 | 30.75 | 29.77 | 29.80 | 682,600 | 29.80 |
| 30-Jan-04 | 29.37 | 30.31 | 29.07 | 30.10 | 557,700 | 30.10 |
| 29-Jan-04 | 29.82 | 30.34 | 28.45 | 29.10 | 1,245,000 | 29.10 |
| 28-Jan-04 | 32.00 | 32.44 | 30.16 | 30.40 | 809,400 | 30.40 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol: [   ] GO  Symbol Lookup

- Stock Screener                                    • Splits
- Mergers & Acquisitions

---

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

**Yahoo!**  **My Yahoo!**  **Mail**

Search the Web [                    ] **Search**

# YAHOO! FINANCE

**Sign In**
New User? Sign Up

Finance Home - Help

Wednesday, May 4, 2005, 2:22PM ET - U.S. Markets close in 1 hour and 38 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s): [                    ] **GO**  Symbol Lookup | Finance Searc
e.g. YHOO, ^DJI

## Veeco Instruments Inc (VECO)

At 2:07PM ET: **13.31**

  

Active Trader    $100 Cash Bonus    No Inactivity Fees!    Free Trades

## Historical Prices

Get **Historical Prices** for: [        ] **GO**

### SET DATE RANGE

ADVERTISEMENT

Start Date: Nov ▼ [1] [2003]   Eg. Jan 1, 2003
End Date: Feb ▼ [11] [2005]

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

**Get Prices**

First | Prev | Next | Last

### PRICES



| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| 27-Jan-04 | 31.05 | 31.77 | 30.79 | 31.56 | 762,500 | 31.56 |
| 26-Jan-04 | 32.30 | 32.30 | 30.27 | 31.24 | 1,647,400 | 31.24 |
| 23-Jan-04 | 32.22 | 33.19 | 31.10 | 32.76 | 897,300 | 32.76 |
| 22-Jan-04 | 33.26 | 33.75 | 31.78 | 31.84 | 608,200 | 31.84 |
| 21-Jan-04 | 33.62 | 33.67 | 32.20 | 33.19 | 635,200 | 33.19 |
| 20-Jan-04 | 33.50 | 34.40 | 32.90 | 34.01 | 1,114,300 | 34.01 |
| 16-Jan-04 | 32.70 | 33.40 | 31.56 | 32.83 | 1,900,800 | 32.83 |
| 15-Jan-04 | 30.85 | 31.39 | 30.05 | 30.90 | 438,600 | 30.90 |
| 14-Jan-04 | 30.85 | 31.09 | 30.54 | 30.86 | 250,400 | 30.86 |
| 13-Jan-04 | 31.31 | 31.94 | 30.18 | 30.80 | 646,700 | 30.80 |
| 12-Jan-04 | 30.90 | 31.10 | 30.56 | 31.06 | 427,300 | 31.06 |
| 9-Jan-04 | 31.15 | 31.68 | 30.60 | 30.76 | 540,600 | 30.76 |
| 8-Jan-04 | 31.30 | 31.74 | 30.95 | 31.25 | 496,800 | 31.25 |
| 7-Jan-04 | 30.95 | 31.47 | 30.14 | 30.92 | 897,200 | 30.92 |
| 6-Jan-04 | 31.24 | 31.90 | 30.91 | 31.20 | 753,900 | 31.20 |
| 5-Jan-04 | 29.33 | 31.00 | 29.13 | 30.78 | 676,100 | 30.78 |

Case 1:05-cv-10225-SAS   Document 33-6   Filed 05/20/2005   Page 15 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 2-Jan-04 | 28.84 | 28.95 | 28.16 | 28.35 | 254,300 | 28.35 |
| 31-Dec-03 | 28.99 | 29.20 | 28.16 | 28.16 | 243,900 | 28.16 |
| 30-Dec-03 | 28.75 | 29.02 | 28.41 | 28.79 | 268,200 | 28.79 |
| 29-Dec-03 | 28.23 | 28.79 | 28.00 | 28.73 | 291,100 | 28.73 |
| 26-Dec-03 | 27.74 | 28.36 | 27.68 | 28.12 | 116,200 | 28.12 |
| 24-Dec-03 | 27.94 | 28.24 | 27.57 | 27.60 | 128,900 | 27.60 |
| 23-Dec-03 | 27.53 | 28.05 | 27.33 | 28.00 | 188,700 | 28.00 |
| 22-Dec-03 | 27.32 | 27.52 | 26.85 | 27.45 | 198,300 | 27.45 |
| 19-Dec-03 | 27.67 | 27.75 | 26.75 | 27.10 | 382,700 | 27.10 |
| 18-Dec-03 | 26.38 | 27.52 | 26.30 | 27.44 | 253,300 | 27.44 |
| 17-Dec-03 | 26.62 | 26.77 | 25.95 | 26.35 | 160,300 | 26.35 |
| 16-Dec-03 | 26.75 | 26.82 | 25.84 | 26.68 | 410,200 | 26.68 |
| 15-Dec-03 | 28.60 | 28.63 | 26.71 | 26.90 | 970,800 | 26.90 |
| 12-Dec-03 | 27.12 | 27.70 | 26.59 | 27.61 | 473,100 | 27.61 |
| 11-Dec-03 | 25.70 | 27.23 | 25.70 | 27.07 | 373,900 | 27.07 |
| 10-Dec-03 | 25.64 | 26.36 | 25.30 | 25.75 | 360,300 | 25.75 |
| 9-Dec-03 | 26.84 | 27.10 | 25.44 | 25.48 | 509,400 | 25.48 |
| 8-Dec-03 | 26.89 | 27.32 | 26.22 | 26.75 | 377,000 | 26.75 |
| 5-Dec-03 | 27.11 | 27.25 | 26.60 | 26.90 | 563,500 | 26.90 |
| 4-Dec-03 | 28.61 | 28.69 | 27.40 | 27.98 | 507,000 | 27.98 |
| 3-Dec-03 | 29.67 | 30.25 | 28.62 | 28.68 | 462,600 | 28.68 |
| 2-Dec-03 | 29.33 | 29.65 | 29.10 | 29.19 | 302,100 | 29.19 |
| 1-Dec-03 | 29.83 | 30.14 | 29.06 | 29.41 | 351,200 | 29.41 |
| 28-Nov-03 | 29.07 | 29.50 | 28.98 | 29.50 | 112,000 | 29.50 |
| 26-Nov-03 | 29.70 | 30.23 | 28.09 | 29.07 | 803,800 | 29.07 |
| 25-Nov-03 | 29.50 | 29.70 | 28.61 | 29.20 | 589,900 | 29.20 |
| 24-Nov-03 | 28.85 | 29.35 | 28.60 | 29.33 | 471,100 | 29.33 |
| 21-Nov-03 | 29.14 | 29.28 | 28.33 | 28.65 | 562,900 | 28.65 |
| 20-Nov-03 | 27.84 | 29.70 | 27.42 | 28.66 | 1,375,700 | 28.66 |
| 19-Nov-03 | 25.93 | 27.03 | 25.91 | 26.90 | 452,900 | 26.90 |
| 18-Nov-03 | 26.32 | 26.81 | 25.86 | 25.90 | 466,700 | 25.90 |
| 17-Nov-03 | 26.13 | 26.28 | 25.59 | 26.10 | 363,600 | 26.10 |
| 14-Nov-03 | 27.50 | 27.75 | 26.25 | 26.27 | 387,400 | 26.27 |
| 13-Nov-03 | 27.21 | 27.94 | 27.00 | 27.41 | 423,600 | 27.41 |
| 12-Nov-03 | 26.04 | 27.34 | 25.89 | 27.33 | 414,300 | 27.33 |
| 11-Nov-03 | 26.11 | 26.35 | 25.50 | 25.93 | 331,200 | 25.93 |
| 10-Nov-03 | 26.94 | 26.94 | 26.10 | 26.25 | 234,900 | 26.25 |
| 7-Nov-03 | 27.14 | 27.37 | 26.89 | 26.93 | 305,800 | 26.93 |
| 6-Nov-03 | 26.90 | 27.29 | 26.42 | 26.98 | 689,200 | 26.98 |

Case 2:05-cv-10380-JES Document 35-6 Filed 05/20/2005 Page 16 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 5-Nov-03 | 27.09 | 27.09 | 25.94 | 26.82 | 454,500 | 26.82 |
| 4-Nov-03 | 26.30 | 27.72 | 26.20 | 27.00 | 822,600 | 27.00 |
| 3-Nov-03 | 25.76 | 26.47 | 25.51 | 26.39 | 381,300 | 26.39 |
| 31-Oct-03 | 25.85 | 26.01 | 24.83 | 25.30 | 639,100 | 25.30 |

\* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol: [  ] GO Symbol Lookup

- Stock Screener
- Splits
- Mergers & Acquisitions

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

http://finance.yahoo.com/q/hp?s=VECO&a=10&b=1&c=2003&d=01&e=11&f=2005&g=d...    5/4/2005