UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW MCINTOSH, Individually and On Behalf of All Others Similarly Situated, | ) ) ) **CIVIL ACTION NO. 2:05cv889-LTB** ) |
| Plaintiff, | ) ) ) |
| vs. | ) **CLASS ACTION COMPLAINT** ) |
| VEECO INSTRUMENTS INC., EDWARD BRAUN, and JOHN REIN, JR., | ) ) ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

### DECLARATION OF RICHARD MANISKAS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, RICHARD MANISKAS, declare:

1. I am employed by the law firm of Schiffrin & Barroway, LLP. My firm filed an action on behalf of Andrew Macintosh, the plaintiff in the above captioned action.

2. I submit this declaration in support of the Notice of Withdrawal of myself, Marc Topaz and Schiffrin & Barroway as counsel of record for Mr. McIntosh.

3. This matter is one of several related Federal Securities actions pending against the named defendants in this district which are all subject to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA").

4. Pursuant to the provisions of the PSLRA, these cases will soon be consolidated as related actions and the Court will appoint a lead plaintiff and lead counsel to represent the proposed class in further proceedings.

5. Schiffrin & Barroway, LLP, counsel retained by Mr. McIntosh to represent his interests in this matter, retained Brodsky & Smith, LLC to act in the capacity of local counsel. Brodsky & Smith, LLC will remain plaintiff's counsel following the withdrawal of Schiffrin & Barroway, LLP.

6. In light of the above circumstances, it is respectfully submitted that Mr. McIntosh will suffer no prejudice as a result of the withdrawal of Schiffrin & Barroway as counsel of record.

I have personal knowledge of the facts stated in this declaration and, if called upon as a witness, could competently testify to them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 11, 2005
        Radnor, PA

_____
Richard Maniskas, Esquire