**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW MCINTOSH, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| VEECO INSTRUMENTS INC., EDWARD BRAUN, and JOHN REIN, JR., | ) ) ) ) |
| Defendants. | ) ) |

**CIVIL ACTION NO. 2:05cv889-LTB**

**CLASS ACTION COMPLAINT**

**JURY TRIAL DEMANDED**

## ORDER

Upon consideration of the motion and supporting declaration, and it being shown that no prejudice will result to the Plaintiff Andrew MacIntosh, it is hereby Ordered and Decreed that the motion to withdraw as counsel by Marc A. Topaz, Esquire, Richard Maniskas, Esquire and the law firm of Schiffrin & Barroway, LLP is GRANTED.

_____
U.S.D.C., J.