# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW MCINTOSH, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) **CIVIL ACTION NO. 2:05cv889-LTB** |
| Plaintiff, | ) ) ) |
| vs. | ) **CLASS ACTION COMPLAINT** ) |
| VEECO INSTRUMENTS INC., EDWARD BRAUN, and JOHN REIN, JR., | ) ) ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) |

## PROOF OF MAILING

I, Evan J. Smith, Esquire, hereby certify that I have filed this document electronically on May, 11, 2005 and all counsel of record will receive this document via efiling through the court system pursuant to the efiling rules of the Court..

        /s/ Evan J. Smith, Esquire (ES3254)
        Evan J. Smith, Esquire (ES3254