## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
ANDREW MCINTOSCH, Individually and on         :
behalf of all others similarly situated,      :
                                              :
                    Plaintiff,                :    Civil Action No. 2:05-cv889
                                              :    Senior-Judge Leonard D. Wexler
          v.                                  :
                                              :
VEECO INSTRUMENTS, INC., EDWARD               :
BRAUN and JOHN REIN, JR.                      :
                                              :
                                              :
                    Defendants.               :
-----------------------------------------------------------x

-----------------------------------------------------------x
BARRY LINZER, Individually and on             :
behalf of all others similarly situated,      :
                                              :
                    Plaintiff,                :    Civil Action No. 2:05-cv957
                                              :    Senior-Judge Denis R. Hurley
          v.                                  :
                                              :
VEECO INSTRUMENTS, INC., EDWARD               :
BRAUN and JOHN REIN, JR.                      :
                                              :
                                              :
                    Defendants.               :
-----------------------------------------------------------x
```

[Captions continued on the following page]

## **CERTIFICATE OF SERVICE**

```
------------------------------------------------------------x
BRUCE KANTOR, Individually and on            :
behalf of all others similarly situated,     :
                                             :
                    Plaintiff,               :    Civil Action No. 2:05-cv967
                                             :    Senior-Judge Leonard D. Wexler
           v.                                :
                                             :
VEECO INSTRUMENTS, INC., EDWARD              :
BRAUN and JOHN REIN, JR.                     :
                                             :
                    Defendants.              :
------------------------------------------------------------x
------------------------------------------------------------x
GEORGE WALKER, Individually and on           :
behalf of all others similarly situated,     :
                                             :
                    Plaintiff,               :    Civil Action No. 2:05-cv1003
                                             :    Judge Joanna Seybert
           v.                                :
                                             :
VEECO INSTRUMENTS, INC., EDWARD              :
BRAUN and JOHN REIN, JR.                     :
                                             :
                    Defendants.              :
------------------------------------------------------------x
------------------------------------------------------------x
PHILLIP G. COLLINS, Individually and on      :
behalf of all others similarly situated,     :
                                             :
                    Plaintiff,               :    Civil Action No. 2:05-cv1277
                                             :    Senior-Judge Leonard D. Wexler
           v.                                :
                                             :
VEECO INSTRUMENTS, INC., EDWARD              :
BRAUN and JOHN REIN, JR.                     :
                                             :
                    Defendants.              :
------------------------------------------------------------x
```

---------------------------------------------------------------x
SERVAAS HOLTHUIZEN, Individually and on :
behalf of all others similarly situated, :
 :
                Plaintiff, :   Civil Action No. 2:05-cv1337
 :   Senior-Judge Leonard D. Wexler
        v. :
 :
VEECO INSTRUMENTS, INC., EDWARD :
BRAUN and JOHN REIN, JR. :
 :
              Defendants. :
---------------------------------------------------------------x

---------------------------------------------------------------x
GERALD J. VOGT and ELEANOR L. VOGT, :
Individually and on behalf of themselves and :
all others similarly situated, :
 :
              Plaintiffs, :   Civil Action No. 2:05-cv1430
 :   Senior-Judge Leonard D. Wexler
        v. :
 :
VEECO INSTRUMENTS, INC., EDWARD :
BRAUN and JOHN REIN, JR. :
 :
              Defendants. :
---------------------------------------------------------------x

---------------------------------------------------------------x
TIMOTHY JOSE GROVE, Individually and on :
behalf of all others similarly situated, :
 :
              Plaintiff, :   Civil Action No. 2:05-cv1552
 :   Senior-Judge Leonard D. Wexler
        v. :
 :
VEECO INSTRUMENTS, INC., EDWARD :
BRAUN and JOHN REIN, JR. :
 :
              Defendants. :
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Sharon M. Lee, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the following to be served by regular U.S. Mail to all parties listed on the attached service list on this 12th day of May 2005.

1. THE STEELWORKERS PENSION TRUST'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION TO THE COMPETING MOTIONS FILED BY RATAN LALCHANDANI AND NECA-IBEW PENSION FUND (THE DECATUR PLAN); and

2. DECLARATION OF PETER E. SEIDMAN IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF STEELWORKERS PENSION TRUST MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION TO THE COMPETING MOTIONS FILED BY RATAN LALCHANDANI AND NECA-IBEW PENSION FUND (THE DECATUR PLAN).

       /s/ Sharon M. Lee       
        Sharon M. Lee

**SERVICE LIST**

| | |
|---|---|
| Evan J. Smith, Esq.<br>Marc L. Ackerman, Esq.<br>**BRODSKY & SMITH, LLC**<br>240 Mineola Boulevard<br>Mineola, NY 11501<br>Tel: (516) 741-4977<br>Fax: (610) 667-9029<br>Email: Esmith@brodsky-Smith.com<br><br>*Counsel for Plaintiff Andrew McIntosh* | Marc A. Topaz, Esq.<br>Richard A. Maniskas, Esq.<br>**SCHIFFRIN & BARROWAY, LLP**<br>280 King of Prussia Rd.<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 617-7056<br><br>*Counsel for Plaintiff Andrew McIntosh* |
| Marc C. Gardy, Esq.<br>**ABBEY GARDY, LLP**<br>212 East 39th Street<br>New York, NY 10016<br>Tel: (212) 889-3700<br>Fax: (212) 684-5191<br>Email: Mgardy@abbeygardy.com<br><br>*Counsel for Plaintiff Barry Linzer* | Samuel H. Rudman, Esq.<br>David H. Rosenfeld, Esq.<br>Mario Alba, Jr., Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>200 Broadhollow Road., Suite 406<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br>Fax: (631) 367-1173<br>Email: Drosenfeld@lerachlaw.com<br><br>*Counsel for Plaintiff Bruce Kantor* |
| Charles J. Piven, Esq.<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center Baltimore<br>Suite 2525<br>401 East Pratt Street<br>Baltimore, MD 21202<br>Tel: (410) 332-0030<br>Fax: (410) 685-1300<br><br>*Counsel for Plaintiff George Walker* | Catherine A. Torell, Esq.<br>**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022-6017<br>Tel: (212) 838-7797<br>Fax: (212) 838-7745<br>Email: Ctorell@cmht.com<br><br>*Counsel for Plaintiff Phillip G. Collins* |

| | |
|---|---|
| Steven J. Toll, Esq.<br>Daniel S. Sommers, Esq.<br>Julie Goldsmith Reiser, Esq.<br>**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005-3964<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: Stoll@cmht.com<br><br>*Counsel for Plaintiff Phillip G. Collins* | Fred T. Isquith, Esq.<br>Christopher S. Hinton, Esq.<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue, 11th Floor<br>New York, NY 10016<br>Tel: (212) 545-4600<br>Fax: (212) 545-4653<br>Email: Isquith@whafh.com<br><br>*Counsel for Plaintiff Servaas Holthuizen* |
| Brian M. Felgoise, Esq.<br>**LAW OFFICES OF BRIAN M. FELGOISE, P.C.**<br>261 Old York Road - Suite 423<br>Jenkintown, PA 19046<br>Tel: (215) 886-1900<br>Fax: (215) 886-1909<br>Email: FelgoiseLaw@aol.com<br><br>*Counsel for Plaintiff Servaas Holthuizen* | Marc Henzel, Esq.<br>**LAW OFFICES OF MARC HENZEL**<br>273 Montgomery Avenue, Suite 202<br>Bala Cynwd, PA 19004<br>Tel: (610) 660-8000<br>Fax: (610) 660-8080<br>Email: mhenzel182@aol.com<br><br>*Counsel for Plaintiff Servaas Holthuizen* |
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Tzvia Brody, Esq.<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022<br>Email: Ssbny@aol.com<br><br>*Counsel for Plaintiffs Gerald J. Vogt and Eleanor L. Vogt* | Joseph H. Weiss, Esq.<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY 10176<br>Tel: (212) 682-3025<br>Fax: (212) 682-3010<br><br>*Counsel for Plaintiffs Gerald J. Vogt and Eleanor L. Vogt* |
| Curtis V. Trinko, Esq.<br>**LAW OFFICES OF CURTIS V. TRINKO, LLP**<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br>Tel: (212) 490-9550<br>Fax: (212) 986-0158<br>Email: Ctrinko@trinko.com<br><br>*Counsel for Plaintiff Timothy Joe Grove* | Alfred G. Yates, Esq.<br>**LAW OFFICES OF ALFRED G. YATES, JR.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel: (412) 391-5164<br>Fax: (412) 471-1033<br>Email: Yateslaw@aol.com<br><br>*Counsel for Plaintiff Timothy Joe Grove* |

| | |
|---|---|
| Jonathan M. Plasse, Esq.<br>Christopher J. Keller, Esq.<br>Shelly Thompson, Esq.<br>**GOODKIND LABATON RUDOFF**<br>  **& SUCHAROW LLP**<br>100 Park Avenue<br>New York, NY  10017-5563<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>Email: jplasse@glrslaw.com<br><br>*Counsel for Plaintiff L.I.S.T., Inc. -*<br>*No. 05-cv-2189 (S.D.N.Y.)* | Eric J. Belfi, Esq.<br>**MURRAY, FRANK & SAILOR LLP**<br>275 Madison Avenue, 8th Floor<br>New York, NY  10016<br>Tel: (212) 682-1818<br>Fax: (212) 682-1892<br>Email: ebelfi@murrayfrank.com<br><br>*Counsel for Plaintiff Roy P. Kershaw -*<br>*No. 05-cv-2929 (S.D.N.Y.)* |
| Robert F. Serio, Esq.<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue, 47th Floor<br>New York, NY  10166<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br>Email: rserio@gibsondunn.com<br><br>*Counsel for Defendants Veeco Instruments,*<br>*Inc., Edward H. Braun, and John F. Rein, Jr.* | |