## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
ANDREW MCINTOSCH, Individually and on          :
behalf of all others similarly situated,       :
                                               :
                Plaintiff,                     :   Civil Action No. 2:05-cv889
                                               :   Senior-Judge Leonard D. Wexler
        v.                                     :
                                               :
VEECO INSTRUMENTS, INC., EDWARD                :
BRAUN and JOHN REIN, JR.                       :
                                               :
                Defendants.                    :
-----------------------------------------------------------x

-----------------------------------------------------------x
BARRY LINZER, Individually and on              :
behalf of all others similarly situated,       :
                                               :
                Plaintiff,                     :   Civil Action No. 2:05-cv957
                                               :   Senior-Judge Denis R. Hurley
        v.                                     :
                                               :
VEECO INSTRUMENTS, INC., EDWARD                :
BRAUN and JOHN REIN, JR.                       :
                                               :
                Defendants.                    :
-----------------------------------------------------------x
```

[Captions continued on the following page]

**DECLARATION OF PETER E. SEIDMAN IN SUPPORT OF REPLY
MEMORANDUM OF LAW IN FURTHER SUPPORT OF STEELWORKERS
PENSION TRUST MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND IN
OPPOSITION TO THE COMPETING MOTIONS FILED BY
<u>RATAN LALCHANDANI AND NECA-IBEW PENSION FUND (THE DECATUR PLAN)</u>**

```
------------------------------------------------------------x
BRUCE KANTOR, Individually and on              :
behalf of all others similarly situated,       :
                                               :
                    Plaintiff,                 :   Civil Action No. 2:05-cv967
                                               :   Senior-Judge Leonard D. Wexler
          v.                                   :
                                               :
VEECO INSTRUMENTS, INC., EDWARD                :
BRAUN and JOHN REIN, JR.                       :
                                               :
                    Defendants.                :
------------------------------------------------------------x
------------------------------------------------------------x
GEORGE WALKER, Individually and on             :
behalf of all others similarly situated,       :
                                               :
                    Plaintiff,                 :   Civil Action No. 2:05-cv1003
                                               :   Judge Joanna Seybert
          v.                                   :
                                               :
VEECO INSTRUMENTS, INC., EDWARD                :
BRAUN and JOHN REIN, JR.                       :
                                               :
                    Defendants.                :
------------------------------------------------------------x
------------------------------------------------------------x
PHILLIP G. COLLINS, Individually and on        :
behalf of all others similarly situated,       :
                                               :
                    Plaintiff,                 :   Civil Action No. 2:05-cv1277
                                               :   Senior-Judge Leonard D. Wexler
          v.                                   :
                                               :
VEECO INSTRUMENTS, INC., EDWARD                :
BRAUN and JOHN REIN, JR.                       :
                                               :
                    Defendants.                :
------------------------------------------------------------x
```

-----------------------------------------------------------x
SERVAAS HOLTHUIZEN, Individually and on  :
behalf of all others similarly situated,  :
  :
                Plaintiff,  :  Civil Action No. 2:05-cv1337
  :  Senior-Judge Leonard D. Wexler
       v.  :
  :
VEECO INSTRUMENTS, INC., EDWARD  :
BRAUN and JOHN REIN, JR.  :
  :
                Defendants.  :
-----------------------------------------------------------x

-----------------------------------------------------------x
GERALD J. VOGT and ELEANOR L. VOGT,  :
Individually and on behalf of themselves and  :
all others similarly situated,  :
  :
                Plaintiffs,  :  Civil Action No. 2:05-cv1430
  :  Senior-Judge Leonard D. Wexler
       v.  :
  :
VEECO INSTRUMENTS, INC., EDWARD  :
BRAUN and JOHN REIN, JR.  :
  :
                Defendants.  :
-----------------------------------------------------------x

-----------------------------------------------------------x
TIMOTHY JOSE GROVE, Individually and on  :
behalf of all others similarly situated,  :
  :
                Plaintiff,  :  Civil Action No. 2:05-cv1552
  :  Senior-Judge Leonard D. Wexler
       v.  :
  :
VEECO INSTRUMENTS, INC., EDWARD  :
BRAUN and JOHN REIN, JR.  :
  :
                Defendants.  :
-----------------------------------------------------------x

Peter E. Seidman, hereby declares as follows:

1. I am a partner at the law firm of Milberg Weiss Bershad & Schulman LLP and I submit this Declaration for its Reply Memorandum of Law in Further Support of the Motion of Steelworkers Pension Trust for Appointment as Lead Plaintiff and in Opposition to the Competing Motions Filed by Ratan LalChandani and NECA-IBEW Pension Fund (The Decatur Plan).

2. Attached hereto as Exhibits are true and correct copies of the following:

| Exhibit No. | Description |
| --- | --- |
| A | Letter dated May 2, 2005 from Steven G. Schulman to Honorable Sidney H. Stein. |
| B | Press released issued by Veeco Instruments, Inc. on *Business Wire* on February 11, 2005. |
| C | Press released issued by Veeco Instruments, Inc. on *Business Wire* on March 16, 2004. |
| D | Chart showing Veeco Instruments, Inc. share price from November 3, 2003 through February 11, 2005. |
| E | Press release issued by Veeco Instruments, Inc. on *PR Newswire* on February 15, 2005. |
| F | Bloomberg report dated April 19, 2005. |
| G | Chart of Steelworkers Transactions and Losses Using FIFO. |
| H | *In re Silicon Storage Techonology, Inc., Securities Litigation*; Order Appointing Lead Plaintiffs and Lead Plaintiff's Counsel dated May 3, 2005. |
| I | Notice to members of the Class published via *Business Wire* and Complaint filed by Samuel H. Rudman of Lerach Coughlin Stoia Geller Rudman & Robbins LLP on February 18, 2005. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 12, 2005.

                                                                                            _____/s/ Peter E. Seidman_____
                                                                                                 Peter E. Seidman

Case 2:05-cv-10985-BC-MCA Document 2532-3 Filed 05/12/2005 Page 5 of 5