# EXHIBIT D



Veeco Instruments Share Price from November 3, 2003 through February 11, 2005