# EXHIBIT F

```
<HELP> for explanation.                                      P111 Equity CLAC
┌─────────────────────────────────────────────────────────────────────────────┐
│              Lawsuit List for Class Action                                  │
│ Company Name: Veeco Instruments Inc            Ticker:    VECO US           │
│ Industry:     Semiconductor Equipment          Price:     14.18 USD         │
│                                                           Page  1/1         │
│      File Date   Lawfirm                  Class Period       Plaintiff      │
│ 1)   2/15/05    Schiffrin & Barroway LLP   4/26/04- 2/10/05  Shareholders   │
│ 2)   2/15/05    Law Offices of Charles J  11/ 3/03- 2/10/05  Shareholders   │
│ 3)   2/15/05    Goodkind Labaton Rudoff   11/ 3/03- 2/10/05  Shareholders   │
│ 4)   2/15/05    Schatz & Nobel PC         11/ 3/03- 2/10/05  Shareholders   │
│ 5)   2/18/05    Brodsky & Smith LLC        4/26/04- 2/10/05  Shareholders   │
│ 6)   2/18/05    Lerach Coughlin Stoia Ge   4/26/04- 2/10/05  Shareholders   │
│ 7)   2/18/05    Abbey Gardy LLP           11/ 3/03- 2/10/05  Shareholders   │
│ 8)   2/21/05    Law Offices of Brian M F   4/26/04- 2/10/05  Shareholders   │
│ 9)   2/22/05    Stull Stull & Brody        4/26/04- 2/10/05  Shareholders   │
│ 10)  2/23/05    Milberg Weiss Bershad &    4/26/04- 2/10/05  Shareholders   │
│ 11)  3/16/05    Murray Frank & Sailer LL   4/ 6/04- 2/10/05  Shareholders   │
│ 12)  3/24/05    Law Office of Alfred Yat  11/ 3/03- 2/10/05  Shareholders   │
│                                                                             │
│                    HIT <MENU> FOR PREVIOUS PAGE                             │
│ Australia 61 2 9777 8600    Brazil 5511 3048 4500   Europe 44 20 7330 7500  Germany 49 69 920410 │
│ Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P. │
│                                                                       G621-261-0 19-Apr-05 16:51:50 │
└─────────────────────────────────────────────────────────────────────────────┘
```