# EXHIBIT G

Steelworkers Transactions in Veeco Instruments
Class Period: 11/03/2003-2/10/2005 Using FIFO

| Security | Date of Purchase | Amount Purchased | Purchase Price | Date of Sale | Amount Sold | Settle out price or sale price | Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| Veeco | | | | | | | |
| pre-class holdings | 12/4/2000 | 10,000 | 34.4563 | | | | |
| | 10/30/2001 | 5,000 | 28.1278 | | | | |
| | 9/25/2003 | 25,000 | 21.8629 | | | | |
| | | 40,000 | | | | | |
| 11/3/03-4/26/04 "class period" transactions | | | | **1/6/2004 | 40,000 | $31.421 | |
| 4/26/04-2/10/05 class period transactions | 5/19/2004 | 6,675 | $23.84000 | | | * $14.885 | ($59,776.16) |
| | 5/20/2004 | 33,325 | $23.47000 | | | * $14.885 | ($286,102.78) |
| | | | | | | Total Loss | ($345,878.94) |

* Settle-out price is the average closing price of Veeco 2/11/2005-4/15/05

** Sales during the class period are off-set against pre-class holdings utilizing the first-in, first-out (FIFO) method