# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ANDREW MCINTOSCH, Individually and on :
behalf of all others similarly situated, :
                                                          Plaintiff,     :     Civil Action No. 2:05-cv889
                                                          :     Senior-Judge Leonard D. Wexler
                   v.     :

VEECO INSTRUMENTS, INC., EDWARD :
BRAUN and JOHN REIN, JR. :
                                              Defendants. :
---------------------------------------------------------------x

---------------------------------------------------------------x
BARRY LINZER, Individually and on :
behalf of all others similarly situated, :
                                              Plaintiff,     :     Civil Action No. 2:05-cv957
                                                      :     Senior-Judge Denis R. Hurley
                   v.     :

VEECO INSTRUMENTS, INC., EDWARD :
BRAUN and JOHN REIN, JR. :
                                              Defendants. :
---------------------------------------------------------------x

[Captions continued on the following page]

**NOTICE OF FILING OF THE STEELWORKERS PENSION TRUST'S RESPONSE TO THE MOTION OF VEECO INSTRUMENTS, INC., EDWARD H. BRAUN AND JOHN F. REIN, JR., TO TRANSFER AND CONSOLIDATE ACTIONS <u>FOR PRETRIAL PROCEEDINGS</u>**

```
-----------------------------------------------------------x
BRUCE KANTOR, Individually and on              :
behalf of all others similarly situated,       :
                                               :
                Plaintiff,                     :   Civil Action No. 2:05-cv967
                                               :   Senior-Judge Leonard D. Wexler
        v.                                     :
                                               :
VEECO INSTRUMENTS, INC., EDWARD                :
BRAUN and JOHN REIN, JR.                       :
                                               :
                Defendants.                    :
-----------------------------------------------------------x
-----------------------------------------------------------x
GEORGE WALKER, Individually and on             :
behalf of all others similarly situated,       :
                                               :
                Plaintiff,                     :   Civil Action No. 2:05-cv1003
                                               :   Judge Joanna Seybert
        v.                                     :
                                               :
VEECO INSTRUMENTS, INC., EDWARD                :
BRAUN and JOHN REIN, JR.                       :
                                               :
                Defendants.                    :
-----------------------------------------------------------x
-----------------------------------------------------------x
PHILLIP G. COLLINS, Individually and on        :
behalf of all others similarly situated,       :
                                               :
                Plaintiff,                     :   Civil Action No. 2:05-cv1277
                                               :   Senior-Judge Leonard D. Wexler
        v.                                     :
                                               :
VEECO INSTRUMENTS, INC., EDWARD                :
BRAUN and JOHN REIN, JR.                       :
                                               :
                Defendants.                    :
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
SERVAAS HOLTHUIZEN, Individually and on          :
behalf of all others similarly situated,         :
                                                 :
                    Plaintiff,                   :   Civil Action No. 2:05-cv1337
                                                 :   Senior-Judge Leonard D. Wexler
          v.                                     :
                                                 :
VEECO INSTRUMENTS, INC., EDWARD                  :
BRAUN and JOHN REIN, JR.                         :
                                                 :
                    Defendants.                  :
-----------------------------------------------------------x

-----------------------------------------------------------x
GERALD J. VOGT and ELEANOR L. VOGT,              :
Individually and on behalf of themselves and     :
all others similarly situated,                   :
                                                 :
                    Plaintiffs,                  :   Civil Action No. 2:05-cv1430
                                                 :   Senior-Judge Leonard D. Wexler
          v.                                     :
                                                 :
VEECO INSTRUMENTS, INC., EDWARD                  :
BRAUN and JOHN REIN, JR.                         :
                                                 :
                    Defendants.                  :
-----------------------------------------------------------x

-----------------------------------------------------------x
TIMOTHY JOSE GROVE, Individually and on          :
behalf of all others similarly situated,         :
                                                 :
                    Plaintiff,                   :   Civil Action No. 2:05-cv1552
                                                 :   Senior-Judge Leonard D. Wexler
          v.                                     :
                                                 :
VEECO INSTRUMENTS, INC., EDWARD                  :
BRAUN and JOHN REIN, JR.                         :
                                                 :
                    Defendants.                  :
-----------------------------------------------------------x
```

Please take notice that the undersigned has filed on behalf of lead plaintiff movant, the Steelworkers Pension Trust (the "Steelworkers), Steelworkers' Response to the Motion of Veeco Instruments, Inc., Edward H. Braun and John F. Rein, Jr., to Transfer and Consolidate Actions for Pretrial Proceedings before the Judicial Panel on Multidistrict Litigation. A copy of the response is attached hereto as Exhibit A.

Date: May 24, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: ____/s/ Peter E. Seidman_____
Steven G. Schulman, Esq. (SS-2561)
Peter E. Seidman, Esq. (PS-8769)
Sharon M. Lee, Esq. (SL-5612)
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Proposed Liaison Counsel for Steelworkers Pension Trust*

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett, Esq.
Phyllis M. Parker, Esq.
Douglas M. Risen, Esq.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Proposed Lead Counsel for Steelworkers Pension Trust*

# CERTIFICATE OF SERVICE

I, Sharon M. Lee, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the following to be served by regular U.S. Mail to all parties listed on the attached service list on this 24th day of May 2005.

1. Notice Of Filing Of The Steelworkers Pension Trust's Response To The Motion Of Veeco Instruments, Inc., Edward H. Braun And John F. Rein, Jr., To Transfer And Consolidate Actions For Pretrial Proceedings.

                                                __/s/ Sharon M. Lee_____
                                                      Sharon M. Lee

# VEECO INSTRUMENTS INC.
## SERVICE LIST

| | |
|---|---|
| *Counsel for Plaintiffs:* | |
| Evan J. Smith, Esq.<br>Marc L. Ackerman, Esq.<br>**BRODSKY & SMITH, LLC**<br>240 Mineola Boulevard<br>Mineola, NY 11501<br>Tel: (516) 741-4977<br>Fax: (610) 667-9029<br>Email: Esmith@brodsky-Smith.com | Marc A. Topaz, Esq.<br>Richard A. Maniskas, Esq.<br>**SCHIFFRIN & BARROWAY, LLP**<br>280 King of Prussia Rd.<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 617-7056 |
| Marc C. Gardy, Esq.<br>**ABBEY GARDY, LLP**<br>212 East 39th Street<br>New York, NY 10016<br>Tel: (212) 889-3700<br>Fax: (212) 684-5191<br>Email: Mgardy@abbeygardy.com | Samuel H. Rudman, Esq.<br>David H. Rosenfeld, Esq.<br>Mario Alba, Jr., Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>200 Broadhollow Road., Suite 406<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br>Fax: (631) 367-1173<br>Email: Drosenfeld@lerachlaw.com |
| Charles J. Piven, Esq.<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center Baltimore<br>Suite 2525<br>401 East Pratt Street<br>Baltimore, MD 21202<br>Tel: (410) 332-0030<br>Fax: (410) 685-1300 | Catherine A. Torell, Esq.<br>**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022-6017<br>Tel: (212) 838-7797<br>Fax: (212) 838-7745<br>Email: Ctorell@cmht.com |
| Steven J. Toll, Esq.<br>Daniel S. Sommers, Esq.<br>Julie Goldsmith Reiser, Esq.<br>**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005-3964<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: Stoll@cmht.com | Fred T. Isquith, Esq.<br>Christopher S. Hinton, Esq.<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue, 11th Floor<br>New York, NY 10016<br>Tel: (212) 545-4600<br>Fax: (212) 545-4653<br>Email: Isquith@whafh.com |

| | |
|---|---|
| Brian M. Felgoise, Esq.<br>**LAW OFFICES OF BRIAN M. FELGOISE, P.C.**<br>261 Old York Road - Suite 423<br>Jenkintown, PA 19046<br>Tel: (215) 886-1900<br>Fax: (215) 886-1909<br>Email: FelgoiseLaw@aol.com | Marc Henzel, Esq.<br>**LAW OFFICES OF MARC HENZEL**<br>273 Montgomery Avenue, Suite 202<br>Bala Cynwd, PA 19004<br>Tel: (610) 660-8000<br>Fax: (610) 660-8080<br>Email: mhenzel182@aol.com |
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Tzvia Brody, Esq.<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022<br>Email: Ssbny@aol.com | Joseph H. Weiss, Esq.<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY 10176<br>Tel: (212) 682-3025<br>Fax: (212) 682-3010 |
| Curtis V. Trinko, Esq.<br>**LAW OFFICES OF CURTIS V. TRINKO, LLP**<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br>Tel: (212) 490-9550<br>Fax: (212) 986-0158<br>Email: Ctrinko@trinko.com | Alfred G. Yates, Esq.<br>**LAW OFFICES OF ALFRED G. YATES, JR.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel: (412) 391-5164<br>Fax: (412) 471-1033<br>Email: Yateslaw@aol.com |
| Jonathan M. Plasse, Esq.<br>Christopher J. Keller, Esq.<br>Shelly Thompson, Esq.<br>**GOODKIND LABATON RUDOFF**<br>**& SUCHAROW LLP**<br>100 Park Avenue<br>New York, NY 10017-5563<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>Email: jplasse@glrslaw.com | Eric J. Belfi, Esq.<br>**MURRAY, FRANK & SAILOR LLP**<br>275 Madison Avenue, 8th Floor<br>New York, NY 10016<br>Tel: (212) 682-1818<br>Fax: (212) 682-1892<br>Email: ebelfi@murrayfrank.com |
| Andrew M. Schatz, Esq.<br>**SCHATZ & NOBEL**<br>One Corporate Center<br>20 Church Street, Ste. 1700<br>Hartford, CT 06103-3202<br>Tel: (860) 493-6292<br>Fax: (860) 493-6290<br>Email: aschatz@snlaw.net | |

| | |
|---|---|
| *Counsel for Defendants Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr.* | |
| Robert F. Serio, Esq.<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue, 47th Floor<br>New York, NY  10166<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br>Email: rserio@gibsondunn.com | |