UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- x
ANDREW MCINTOSH, Individually and On : Civil Action No. 2:05-CV-00889-LDW-ETB
Behalf of All Others Similarly Situated, :
: **ELECTRONICALLY FILED**
                Plaintiff, :
: <u>CLASS ACTION</u>
  vs. :
:
VEECO INSTRUMENTS, INC., et al., :
:
                Defendants. :
:
BARRY LINZER, On Behalf of Himself and : Civil Action No. 2:05-CV-00957-DRH-ETB
All Others Similarly Situated, :
: <u>CLASS ACTION</u>
                Plaintiff, :
:
  vs. :
:
VEECO INSTRUMENTS, INC., et al., :
:
                Defendants. :
:
BRUCE KANTOR, On Behalf of Himself and : Civil Action No. 2:05-CV-00967-LDW-ETB
All Others Similarly Situated, :
: <u>CLASS ACTION</u>
                Plaintiff, :
:
  vs. :
:
VEECO INSTRUMENTS, INC., et al., :
:
                Defendants. :
---------------------------------------- x

[Caption continued on following page.]

NOTICE OF FILING OF NECA-IBEW PENSION FUND'S MEMORANDUM OF LAW IN
RESPONSE TO DEFENDANTS VEECO INSTRUMENTS INC., EDWARD H. BRAUN AND
JOHN F. REIN, JR.'S MOTION TO TRANSFER AND CONSOLIDATE ACTIONS FOR
PRETRIAL PROCEEDINGS

|  | x |  |
|---|---|---|
| GEORGE F. WALKER, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 2:05-CV-01003-JS-ETB |
| | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| vs. | : | |
| VEECO INSTRUMENTS, INC., et al., | : | |
| Defendants. | : | |
| PHILIP G. COLLINS, On Behalf of Himself and All Others Similarly Situated, | : | Civil Action No. 2:05-CV-01277-LDW-ETB |
| | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| vs. | : | |
| VEECO INSTRUMENTS, INC., et al., | : | |
| Defendants. | : | |
| SERVAAS HOLTHUIZEN, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 2:05-CV-01337-LDW-ETB |
| | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| vs. | : | |
| VEECO INSTRUMENTS, INC., et al., | : | |
| Defendants. | : | |
| GERALD J. VOGT, et al., On Behalf of Themselves and All Others Similarly Situated, | : | Civil Action No. 2:05-CV-01430-LDW-ETB |
| | : | <u>CLASS ACTION</u> |
| Plaintiffs, | : | |
| vs. | : | |
| VEECO INSTRUMENTS, INC., et al., | : | |
| Defendants. | : | |
|  | x |  |

[Caption continued on following page.]

|  | x |  |
|---|---|---|
| TIMOTHY JOE GROVE, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 2:05-CV-01552-LDW-ETB |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : |  |
| VEECO INSTRUMENTS, INC., et al., | : : |  |
| Defendants. | : : |  |
|  | x |  |

PLEASE TAKE NOTICE that proposed Lead Plaintiff NECA-IBEW Pension Fund (The Decatur Plan) ("NECA") has filed its Memorandum Of Law In Response To Defendants Veeco Instruments Inc., Edward H. Braun and John F. Rein, Jr.'s Motion To Transfer And Consolidate Actions For Pretrial Proceedings before the Judicial Panel on Multidistrict Litigation. A copy of the response is attached hereto as Exhibit A.

| | |
|---|---|
| DATED: May 24, 2005 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

                                                                                                             */s/ Mario Alba Jr.*
                                                                                                          MARIO ALBA, JR.

SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)
200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba, Jr., hereby certify that on May 24, 2005, I caused a true and correct copy of the attached:

Notice Of Filing Of NECA-IBEW Pension Fund's Memorandum Of Law In Response To Defendants Veeco Instruments Inc., Edward H. Braun and John F. Rein, Jr.'s Motion To Transfer And Consolidate Actions For Pretrial Proceedings

to be served by first-class mail to all counsel on the attached service list.

                                                  /s/ Mario Alba, Jr.
                                                  Mario Alba, Jr.

VEECO INSTRUMENTS (EDNY)

Service List - 4/18/2005  (05-0043)

Page 1 of 3

**Counsel For Defendant(s)**

Robert F. Serio
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193
   212/351-4000
   212/351-4035 (Fax)

**Counsel For Plaintiff(s)**

Mark C. Gardy
Abbey Gardy, LLP
212 East 39th Street
New York, NY  10016
   212/889-3700
   212/684-5191 (Fax)

Evan J. Smith
Marc L. Ackerman
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   610/667-9029 (Fax)

Steven J. Toll
Daniel S. Sommers
Julie Goldsmith Reiser
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
   202/408-4600
   202/408-4699 (Fax)

Catherine A. Torell
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 13th Floor
New York, NY  10022
   212/838-7797
   212/838-7745 (Fax)

Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
   412/391-5164
   412/471-1033 (Fax)

Brian M. Felgoise
Law Offices of Brian M. Felgoise, P.C.
261 Old York Road, Suite 423
Jenkintown, PA  19046
   215/886-1900
   215/886-1909 (Fax)

VEECO INSTRUMENTS (EDNY)
Service List - 4/18/2005  (05-0043)
Page 2 of 3

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/332-0030
   410/685-1300 (Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
   610/660-8000
   610/660-8080 (Fax)

Steven G. Schulman
Peter E. Seidman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119
   212/594-5300
   212/868-1229 (Fax)

Jules Brody
Aaron Brody
Tzivia Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
   212/687-7230
   212/490-2022 (Fax)

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY  10036
   212/490-9550
   212/986-0158 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Marc A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Joseph H. Weiss
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY  10176
   212/682-3025
   212/682-3010 (Fax)

VEECO INSTRUMENTS (EDNY)

Service List - 4/18/2005   (05-0043)

Page 3 of 3

Fred T. Isquith
Christopher S. Hinton
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653 (Fax)