UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDREW MCINTOSH,

                                Plaintiff,                ORDER

          -against-                          CV 05-0889 (LDW) (ETB)

VEECO INSTRUMENTS INC., et al.,

                                Defendant(s).
------------------------------------------------------------------------X
BARRY LINZER,

                                Plaintiff,

          -against-                          CV 05-0957 (DRH) (ETB)

VEECO INSTRUMENTS INC., et al.,

                                Defendant(s).
------------------------------------------------------------------------X
BRUCE KANTOR,

                                Plaintiff,

          -against-                          CV 05-0967 (LDW) (ETB)

VEECO INSTRUMENTS INC., et al.,

                                Defendant(s).
------------------------------------------------------------------------X
GEORGE WALKER,

                                Plaintiff,

          -against-                          CV 05-1003 (JS) (ETB)

VEECO INSTRUMENTS INC., et al.,

                                Defendant(s).
------------------------------------------------------------------------X
PHILIP G. COLLINS,

                                Plaintiff,

          -against-                          CV 05-1277 (LDW) (ETB)

VEECO INSTRUMENTS, INC., et al.,

                                Defendant(s).
------------------------------------------------------------------------X
SERVAAS HOLTHUIZEN,

                                Plaintiff,

          -against-                          CV 05-1337 (LDW) (ETB)

VEECO INSTRUMENTS, INC., et al.,

             Defendant(s).

-------------------------------------------------------------------------------X


-------------------------------------------------------------------------------X

TIMOTHY JOE GROVE,

             Plaintiff,

    -against-             CV 05-1552 (LDW) (ETB)

VEECO INSTRUMENTS, INC., et al.,

             Defendant(s).

-------------------------------------------------------------------------------X


  The initial conference scheduled for October 17, 2005 at 9:30 a.m. is canceled, based on the MDL Panel Transfer Order, dated August 22, 2005.

  Defendants' counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case.


**SO ORDERED:**

Dated: Central Islip, New York
    October 7, 2005

                /s/ E. Thomas Boyle
                E. THOMAS BOYLE
                United States Magistrate Judge