CLOSED

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:05-cv-00957-DRH
# Internal Use Only

Linzer v. Veeco Instruments, Inc. et al
Assigned to: Senior-Judge Denis R. Hurley
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/18/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

### Plaintiff

**Barry Linzer**
*on behalf of himself and all others similarly situated*

represented by **Mark Casser Gardy**
Abbey Gardy, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700
Fax: 212-684-5191
Email: mgardy@abbeygardy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant
**Veeco Instruments, Inc.**

### Defendant
**Edward H. Braun**

### Defendant
**John F. Rein, Jr.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2005 | 1 | COMPLAINT against Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr filing fee $ 250, receipt number 306079, filed by Barry Linzer. (Attachments: # 1 Civil Cover Sheet)(Duong, Susan) (Entered: 02/23/2005) |
| 02/18/2005 |  | Summons Issued as to Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr. (Duong, Susan) (Entered: 02/23/2005) |
| 02/28/2005 |  | Case Ineligible for Arbitration(Bollbach, Jean) (Entered: 02/28/2005) |
| 04/04/2005 | 2 | ORDER This case has been referred to E. Thomas Boyle Mag. Judge for |



| | | | |
|---|---|---|---|
| | | | purposes of scheduling discovery, resolution of discovery disputes, settlement conferences. Initial Conference set for 6/28/2005 9:30 AM before Magistrate-Judge E. Thomas Boyle. (See Order for further instructions). Signed by Judge E. Thomas Boyle on 4/4/05. (Lundy, Lisa) Modified on 4/5/2005 (Lundy, Lisa). (Entered: 04/05/2005) |
| 04/13/2005 | | 3 | STIPULATION re 1 Complaint *to be amended within sixty (60) days of the appointment of lead plaintiff. Defendants must answer, move or otherwise respond to the consolidated amended complaint forty-five (45) days after the filing of the consolidatd amended complaint with the court. Service of Plaintiff's Original Class Action Complaint accepted* by Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr. (Serio, Robert) (Entered: 04/13/2005) |
| 04/21/2005 | | 4 | ORDER. The initial conferences previously set for June 28, 2005 at 9:30 a.m. before the undersigned have been rescheduled for October 17, 2005 at 9:30 a.m. at the Alfonse M. D'Amato U.S. Courthouse, Courtroom 830, Central Islip, New York. All counsel shall be present. SEE order for further details. Ordered by Judge E. Thomas Boyle on 4/21/05. Defendants' counsel is directed to serve a copy of this order on all parties upon receipt. (Joy, Dolores) (Entered: 04/21/2005) |
| 04/29/2005 | | 5 | NOTICE by Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr *have filed with the Judicial Panel on Multidistrict Litigation ("MDL Panel") a Motion to Transfer and Consolidate Actions ("Motion") pursuant to 28 U.S.C. sect. 1407* (Attachments: # 1 Exhibit A - Notice of Motion# 2 Exhibit B - Memorandum of Law# 3 Exhibit C - Declaration) (Serio, Robert) (Entered: 04/29/2005) |
| 05/11/2005 | | 6 | Letter from Wm. Terrell Hodges, Chairman, JPMDL, to Involved Judges dated 5/4/05 re: presently before the Panel pursuant to 28:1407 is a motion to transfer which includes at least one action before you re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel become effective. (Mahon, Cinthia) (Entered: 05/16/2005) |
| 06/06/2005 | | 7 | NOTICE by Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr *of Filing with MDL Panel of Reply Memorandum in Support of the Motion to Transfer and Consolidate Actions* (Serio, Robert) (Entered: 06/06/2005) |
| 06/17/2005 | | 8 | Letter from Michael J. Beck, Clerk, JPMDL, dated 6/14/05 re: Notice of Hearing Session on 7/28/05 at the Alfred A. Arraj U.S. Courthouse in Denver, Colorado 80202 at 9:30 a.m. re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. (Mahon, Cinthia) (Entered: 06/23/2005) |
| 08/25/2005 | | 10 | Letter from Dorothy Guranich, Deputy Clerk, SDNY, to Clerk, EDNY, dated 8/23/05 re: enclosing a cert. copy of the transfer order of the JPMDL transferring this action to the SDNY and assigning it to Judge |

| | | |
|---|---|---|
| | | McMahon for coordinated or consolidated pretrial proceedings pursuant to 28:1407. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation SDNY Case # 05cv7447. (Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 | ●12 | TRANSFER ORDER (cert. copy) pursuant to 28:1407 this action is transferred to the SDNY, with the consent of that court, and assigned to the Hon. Colleen McMahon. Issued by the JPMDL on 8/22/05. Re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. (Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 | | ***Civil Case Terminated. (Mahon, Cinthia) (Entered: 10/11/2005) |
| 08/26/2005 | ●9 | Letter from Clerk, JPMDL, to J. Michael McMahon, Clerk, SDNY, dated 8/22/05 re: enclosing a cert. copy of a transfer order filed today by the Panel in this matter. The Panel's governing statute 28:1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation (Mahon, Cinthia) (Entered: 09/14/2005) |
| 10/07/2005 | ●11 | ORDER. The initial conference scheduled for October 17, 2005 at 9:30 a.m. is canceled, based on the MDL Panel Transfer Order, dated August 22, 2005. Defendants' counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case. Ordered by Judge E. Thomas Boyle on 10/7/05. (Joy, Dolores) (Entered: 10/07/2005) |
| 10/07/2005 | ● | Judge E. Thomas Boyle no longer assigned to case. (Lundy, Lisa) (Entered: 10/07/2005) |

A TRUE COPY
ATTEST
DATED OCT 11 2005
ROBERT C. HEINEMANN
                                    CLERK
BY C. A. Mahon
                        DEPUTY CLERK