Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE ASSIGNMENT

Civil action __05__ CV __967__ was assigned to Judge

__Wexler__ and Magistrate Judge __Boyle__ as related to

__05 cv 889__ on __Feb 18__, 2005

A copy of the complaint is attached

A copy of this Notice will be docketed

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File