CLOSED

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:05-cv-00967-LDW
## Internal Use Only

Kantor v. Veeco Instruments, Inc. et al
Assigned to: Senior-Judge Leonard D. Wexler
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/18/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

### Plaintiff

**Bruce Kantor**
*On Behalf of Himself and All Others Similarly Situated*

represented by **David A. Rosenfeld**
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: drosenfeld@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**Mario Alba, Jr.**
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: malba@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel H. Rudman**
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@lerachlaw.com
*LEAD ATTORNEY*

https://ecf.nyed.circ2.dcn/cgi-bin/DktRpt.pl?130295680009028-L_923_0-1        10/11/2005



*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Veeco Instruments, Inc.

**Defendant**

Edward H. Braun

**Defendant**

John F. Rein, Jr.

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2005 | 1 | COMPLAINT against Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr filing fee $ 250, receipt number 15633, filed by Bruce Kantor. (Attachments: # 1 Civil Cover Sheet)(Duong, Susan) (Entered: 02/23/2005) |
| 02/18/2005 |  | Summons Issued as to Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr. (Duong, Susan) (Entered: 02/23/2005) |
| 02/18/2005 | 2 | RELATED CASE AFFIDAVIT by Bruce Kantor (Duong, Susan) (Entered: 02/23/2005) |
| 02/18/2005 | 3 | Notice of Related Case Assignment (Duong, Susan) (Entered: 02/23/2005) |
| 02/28/2005 |  | Case Ineligible for Arbitration(Bollbach, Jean) (Entered: 02/28/2005) |
| 04/04/2005 | 4 | ORDER The above captioned case has been referred to E. Thomas Boyle USMJ for pupuses of scheduling discovery, resolution of discovery disputes, settlement conference and any other purposes set forth at 28 U.S.C. 636(b)(1)(A). Initial Conference set for 6/28/2005 09:30 AM before Magistrate-Judge E. Thomas Boyle. (see order for further instructions). Signed by Judge E. Thomas Boyle on 4/4/05. (Lundy, Lisa) (Entered: 04/05/2005) |
| 04/21/2005 | 5 | ORDER. The initial conferences previously set for June 28, 2005 at 9:30 a.m. before the undersigned have been rescheduled for October 17, 2005 at 9:30 a.m. at the Alfonse M. D'Amato U.S. Courthouse, Courtroom 830, Central Islip, New York. All counsel shall be present. SEE order for further details. Ordered by Judge E. Thomas Boyle on 4/21/05. Defendants' counsel is directed to serve a copy of this order on all parties upon receipt. (Joy, Dolores) (Entered: 04/21/2005) |
| 04/29/2005 | 6 | NOTICE by Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr *have filed with the Judicial Panel on Multidistrict Litigation ("MDL Panel") a Motion to Transfer and Consolidate Actions ("Motion") pursuant to 28 U.S.C. ? 1407* (Attachments: # 1 Exhibit A - Notice of |



| | | |
|---|---|---|
| | | Motion# 2 Exhibit B - Memorandum of Law# 3 Exhibit C - Declaration) (Serio, Robert) (Entered: 04/29/2005) |
| 05/11/2005 | 8 | Letter from Wm. Terrell Hodges, Chairman, JPMDL, to Involved Judges dated 5/4/05 re: presently before the Panel pursuant to 28:1407 is a motion to transfer which includes at least one action before you re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel become effective. (Mahon, Cinthia) (Entered: 05/16/2005) |
| 05/13/2005 | 7 | STIPULATION re 1 Complaint *to be amended within sixty (60) days of the appointment of lead plaintiff and lead counsel. Defendants must answer, move or otherwise respond to the consolidated amended complaint forty-five (45) days after the filing of the consolidatd amended complaint with the court. If the Defendants file a motion to dismiss the consolidated amended complaint, Plaintiff will have forty-five (45) to oppose Defendants' motion to dismiss. Defendants will then have thirty (30) days to reply to the Plaintiff's opposition. Service of Plaintiff's Original Class Action Complaint accepted* by Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr. (Serio, Robert) (Entered: 05/13/2005) |
| 06/06/2005 | 9 | NOTICE by Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr *of Filing with MDL Panel of Reply Memorandum in Support of the Motion to Transfer and Consolidate Actions* (Serio, Robert) (Entered: 06/06/2005) |
| 06/17/2005 | 10 | Letter from Michael J. Beck, Clerk, JPMDL, dated 6/14/05 re: Notice of Hearing Session on 7/28/05 at the Alfred A. Arraj U.S. Courthouse in Denver, Colorado 80202 at 9:30 a.m. re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. (Mahon, Cinthia) (Entered: 06/23/2005) |
| 08/25/2005 | 12 | Letter from Dorothy Guranich, Deputy Clerk, SDNY, to Clerk, EDNY, dated 8/23/05 re: enclosing a cert. copy of the transfer order of the JPMDL transferring this action to the SDNY and assigning it to Judge McMahon for coordinated or consolidated pretrial proceedings pursuant to 28:1407. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation SDNY Case # 05cv7448. (Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 | 14 | TRANSFER ORDER (cert. copy) pursuant to 28:1407 this action is transferred to the SDNY, with the consent of that court, and assigned to the Hon. Colleen McMahon. Issued by the JPMDL on 8/22/05. Re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation.(Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 | | ***Civil Case Terminated. (Mahon, Cinthia) (Entered: 10/11/2005) |
| 08/26/2005 | 11 | Letter from Clerk, JPMDL, to J. Michael McMahon, Clerk, SDNY, dated 8/22/05 re: enclosing a cert. copy of a transfer order filed today by the Panel in this matter. The Panel's governing statute 28:1407, requires that |

| | | |
|---|---|---|
| | | the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation (Mahon, Cinthia) (Entered: 09/14/2005) |
| 10/07/2005 | 13 | ORDER. The initial conference scheduled for October 17, 2005 at 9:30 a.m. is canceled, based on the MDL Panel Transfer Order, dated August 22, 2005. Defendants' counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case. Ordered by Judge E. Thomas Boyle on 10/7/05. (Joy, Dolores) (Entered: 10/07/2005) |
| 10/07/2005 | | Judge E. Thomas Boyle no longer assigned to case. (Lundy, Lisa) (Entered: 10/07/2005) |
| 10/07/2005 | 15 | Letter from C. L. Mahon, Deputy Clerk, to Dorothy Guranich, Deputy Clerk, SDNY, dated 10/7/05 re: enclosing a cert. copy of the docket sheet and your transfer letter request. In re Veeco Instruments Inc. Securities Lit. MDL-1685 SDNY # 05cv7448.(Mahon, Cinthia) (Entered: 10/11/2005) |



A TRUE COPY ATTEST
DATED OCT. 11, 20 05
ROBERT C. HEINEMANN
BY [signature] CLERK
DEPUTY CLERK