CLOSED

## U.S. District Court
### Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:05-cv-01003-JS
### Internal Use Only

Walker v. Veeco Instruments, Inc. et al
Assigned to: Judge Joanna Seybert
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/23/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

### Plaintiff

**George Walker**
*individually and on behalf of all others similarly situated*

represented by **Charles J. Priven**
Law Office of Charles Priven
401 East Pratt Street
Suite 2525
Baltimore, MD 21202
410 332 0030
Fax: 410 685 1300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter E. Seidman**
Milberg, Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594 5300
Fax: (212) 868-1229
Email: pseidman@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven G. Schulman**
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
212-946-9356
Fax: 212-273-4406
Email: sschulman@milbergweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



V.



**Defendant**
Veeco Instruments, Inc.

**Defendant**
Edward Braun

**Defendant**
John Rein, Jr.

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2005 | 1 | COMPLAINT against Veeco Instruments, Inc., Edward Braun, John Rein, Jr filing fee $ 250, receipt number 306230, filed by George Walker. (Attachments: # 1 Civil Cover Sheet)(Romano, Daniel) (Entered: 03/01/2005) |
| 02/23/2005 |  | Summons Issued as to Edward Braun, Veeco Instruments, Inc., John Rein, Jr. (Romano, Daniel) Modified on 3/1/2005 (Romano, Daniel). (Entered: 03/01/2005) |
| 03/04/2005 |  | Case Ineligible for Arbitration(Bollbach, Jean) (Entered: 03/04/2005) |
| 03/15/2005 | 2 | SUMMONS Returned Executed by George Walker. Veeco Instruments, Inc. served on 3/7/2005, answer due 3/28/2005; Edward Braun served on 3/7/2005, answer due 3/28/2005; John Rein, Jr served on 3/7/2005, answer due 3/28/2005. (Lee, Sharon) (Entered: 03/15/2005) |
| 04/04/2005 | 3 | STIPULATION re 1 Complaint *to be amended within sixty (60) days of the appointment of lead plaintiff and lead counsel. Defendants must answer, move or otherwise respond to the consolidated amended complaint forty-five (45) days after the filing of the consolidatd amended complaint with the court. If Defendants move to dismiss the consolidated amended complaint, Plaintiff shall have forty-five (45) days from the date of such motion to respond. Defendants shall have thirty (30) days from the date of Plaintiff's response to reply. Service of Plaintiff's Original Class Action Complaint accepted* by Veeco Instruments, Inc., Edward Braun, John Rein, Jr. (Serio, Robert) (Entered: 04/04/2005) |
| 04/04/2005 | 4 | ORDER The above-captioned case has been referred to E. Thomas Boyle, USMJ for purposes of scheduling discovery, resolution of discovery disputes, settlement conferences and any other purposes set forth at 28 U.S.C. 636(b)(1)(A). Initial Conference set for 6/28/2005 09:30 AM before Magistrate-Judge E. Thomas Boyle. (see order for further instructions). Signed by Judge E. Thomas Boyle on 4/4/05. (Lundy, Lisa) (Entered: 04/05/2005) |
| 04/07/2005 | 5 | STIPULATION AND ORDER - Pltff and Dfts hereby agree and stipulate to the following: Dfts shall have no obligation to move, answer, or otherwise respond to Pltff's Original Class Action Complaint. Dfts shall be deemed to have accepted service of Pltff's Original Class Action Complaint. Pltff shall have 60 days from the date of appointment of lead |

| | | |
|---|---|---|
| | | pltff and lead counsel to file a Consolidated Amended Complaint. The date by which Dfts must move, answer, or otherwise respond to Pltff's Amended Consolidated Complaint shall be extended until 45 days after the date on which such Amended Consolidated Complaint is filed with the Court. Ordered by Judge Joanna Seybert on 4/7/05. C/ECF - Counsel is directed to notify all parties of this Order. (Valle, Christine) (Entered: 04/08/2005) |
| 04/21/2005 | 6 | ORDER. The initial conferences previously set for June 28, 2005 at 9:30 a.m. before the undersigned have been rescheduled for October 17, 2005 at 9:30 a.m. at the Alfonse M. D'Amato U.S. Courthouse, Courtroom 830, Central Islip, New York. All counsel shall be present. SEE order for further details. Ordered by Judge E. Thomas Boyle on 4/21/05. Defendants' counsel is directed to serve a copy of this order on all parties upon receipt. (Joy, Dolores) (Entered: 04/21/2005) |
| 04/29/2005 | 7 | NOTICE by Veeco Instruments, Inc., Edward Braun, John Rein, Jr *have filed with the Judicial Panel on Multidistrict Litigation ("MDL Panel") a Motion to Transfer and Consolidate Actions ("Motion") pursuant to 28 U.S.C. sect. 1407* (Attachments: # 1 Exhibit A - Notice of Motion# 2 Exhibit B - Memorandum of Law# 3 Exhibit C - Declaration)(Serio, Robert) (Entered: 04/29/2005) |
| 05/11/2005 | 8 | Letter from Wm. Terrell Hodges, Chairman, JPMDL, to Involved Judges dated 5/4/05 re: presently before the Panel pursuant to 28:1407 is a motion to transfer which includes at least one action before you re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel become effective. (Mahon, Cinthia) (Entered: 05/16/2005) |
| 06/06/2005 | 9 | NOTICE by Veeco Instruments, Inc., Edward Braun, John Rein, Jr *of Filing with MDL Panel of Reply Memorandum in Support of the Motion to Transfer and Consolidate Actions* (Serio, Robert) (Entered: 06/06/2005) |
| 06/17/2005 | 10 | Letter from Michael J. Beck, Clerk, JPMDL, dated 6/14/05 re: Notice of Hearing Session on 7/28/05 at the Alfred A. Arraj U.S. Courthouse in Denver, Colorado 80202 at 9:30 a.m. re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. (Mahon, Cinthia) (Entered: 06/23/2005) |
| 08/25/2005 | 12 | Letter from Dorothy Guranich, Deputy Clerk, SDNY, to Clerk, EDNY, dated 8/23/05 re: enclosing a cert. copy of the transfer order of the JPMDL transferring this action to the SDNY and assigning it to Judge McMahon for coordinated or consolidated pretrial proceedings pursuant to 28:1407. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation SDNY Case # 05cv7449. (Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 | 14 | TRANSFER ORDER (cert. copy) pursuant to 28:1407 this action is |

| | | |
|---|---|---|
| | | transferred to the SDNY, with the consent of that court, and assigned to the Hon. Colleen McMahon. Issued by the JPMDL on 8/22/05. Re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. (Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 | | ***Civil Case Terminated. (Mahon, Cinthia) (Entered: 10/11/2005) |
| 08/26/2005 | ◉11 | Letter from Clerk, JPMDL, to J. Michael McMahon, Clerk, SDNY, dated 8/22/05 re: enclosing a cert. copy of a transfer order filed today by the Panel in this matter. The Panel's governing statute 28:1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation (Mahon, Cinthia) (Entered: 09/14/2005) |
| 10/07/2005 | ◉13 | ORDER. The initial conference scheduled for October 17, 2005 at 9:30 a.m. is canceled, based on the MDL Panel Transfer Order, dated August 22, 2005. Defendants' counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case. Ordered by Judge E. Thomas Boyle on 10/7/05. (Joy, Dolores) (Entered: 10/07/2005) |
| 10/07/2005 | ◉ | Judge E. Thomas Boyle no longer assigned to case. (Lundy, Lisa) (Entered: 10/07/2005) |



A TRUE COPY
ATTEST
DATED OCT 11 20 05
ROBERT C. HEINEMANN
BY _____ CLERK
DEPUTY CLERK