ORIGINAL

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __NEW YORK__

05 1003

GEORGE F. WALKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**SUMMONS IN A CIVIL CASE**

TO: (name and address of defendant)

Case Number:[1]

SEYBERT, J.

BOYLE, M.J.

**YOU ARE SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven G. Schulman, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, New York 10119-0165

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT C. HEINEMANN
CLERK

FEB 24 2005
DATE

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

☐    Other (specify): _____

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                                     Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 05-1003

Date Filed: 2/23/2005

Plaintiff:
**George Walker, Individually and On Behalf of All Others Similarly Situated**

vs.

Defendant:
**Veeco Instruments, Inc., Edward Braun and John Rein, Jr.,**

For:
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **VEECO INSTRUMENTS INC. located at 100 Sunnyside Boulevard, Woodbury, New York**.

I, Larry Radler, being duly sworn, depose and say that on the **7th day of March, 2005** at **8:53 am**, I:

personally served **Summons in a Civil Case, Class Action Complaint for Violations of Federal Securities Laws, Jury Trial Demanded, Civil Cover Sheet.** to Margeret Akerley, Legal Department authorized to accept on behalf of the above named Entity.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 130, Hair: Brown, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 7th day of March, 2005 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Larry Radler
0998543

Court Support
181 Hillside Ave
Williston Park, NY 11596

Our Job Serial Number: 2005000935
Ref: 050059.1

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 05-1003

Date Filed: 2/23/2005

Plaintiff:
**George Walker, Individually and On Behalf of All Others Similarly Situated**

vs.

Defendant:
**Veeco Instruments, Inc., Edward Braun and John Rein, Jr.,**

For:
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **EDWARD BRAUN c/o Veeco Instruments, Inc., located at 100 Sunnyvale Boulevard, Woodbury, New York**.

I, Larry Radler, being duly sworn, depose and say that on the **7th day of March, 2005 at 8:53 am**, I:

Served the above named person, by delivering and leaving a separate true copy of the **Summons in a Civil Case, Class Action Complaint for Violations of Federal Securities Laws, Jury Trial Demanded, Civil Cover Sheet.** with Margaret Akerley, Legal Department, who stated she was authorized to accept on behalf of Edward Braun at the above named address; the said premises being the above named party's usual place of business in the State of New York. Deponent completed service by depositing a copy of the Writ in a post paid properly addressed envelope bearing the words "Personal & Confidential" on 3/7/2005 in an official depository of the U.S.P.S.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'6, Weight: 130, Hair: Brown, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 7th day of March, 2005 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Larry Radler
0998543

Court Support
181 Hillside Ave
Williston Park, NY 11596

Our Job Serial Number: 2005000936
Ref: 050059.1

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER | |

Received From:
181 Hillside Ave
Williston Park, NY. 11596

One piece of ordinary mail addressed to:
EDWARD BRAUN
c/o Veeco Instruments, I
100 Sunnyside Blvd
Woodbury, NY. 11797

PS Form **3817**, January 2001

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 05-1003

Date Filed: 2/23/2005

Plaintiff:
**George Walker, Individually and On Behalf of All Others Similarly Situated**

vs.

Defendant:
**Veeco Instruments, Inc., Edward Braun and John Rein, Jr.,**

For:
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119

Received these papers to be served on **JOHN REIN c/o Veeco Instruments, Inc., located at 100 Sunnyside Boulevard, Woodbury, New York.**

I, Larry Radler, being duly sworn, depose and say that on the **7th day of March, 2005 at 8:53 am, I:**

Served the above named person, by delivering and leaving a separate true copy of the **Summons in a Civil Case, Class Action Complaint for Violations of Federal Securities Laws, Jury Trial Demanded, Civil Cover Sheet.** with Margaret Akerley, Legal Department, who stated she was authorized to accept on behalf of John Rein at the above named address; the said premises being the above named party's usual place of business in the State of New York. Deponent completed service by depositing a copy of the Writ in a post paid properly addressed envelope bearing the words "Personal & Confidential" on 3/7/2005 in an official depository of the U.S.P.S.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 130, Hair: Brown, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 7th day of March, 2005 by the affiant who is personally known to me.

_____
Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

_____
Larry Radler
0998543
Court Support
181 Hillside Ave
Williston Park, NY 11596

Our Job Serial Number: 2005000937
Ref: 050059.1

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
181 Hillside Avenue
Williston Park, NY 11596

[Postmark: WILLISTON PARK NY 11596, MAR 07 05, AMOUNT $0.90, 00035019-09]

One piece of ordinary mail addressed to:
JOHN Rein
c/o Veeco Instruments, Inc
100 Sunnyside Boulevard
Woodbury, NY. 11797-2902

PS Form **3817**, January 2001