## UNITED STATES DISTRICT COURT

ROBERT C. HEINEMANN
CLERK

EASTERN DISTRICT OF NEW YORK

PLEASE REPLY TO:

☐    BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☑    LONG ISLAND OFFICE
U.S. DISTRICT COURT
100 FEDERAL PLAZA
P.O. Box 9014
CENTRAL ISLIP, NEW YORK 11722-9014

October 7, 2005

J. Michael McMahon, Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Attn: Dorothy Guranich, Deputy Clerk

Re: MDL - 1685
In re Veeco Instruments Inc. Securities Lit.
EDNY #: 2:05CV1003
SDNY Number: 05cv7449

Dear Ms. Guranich:

Enclosed please find a certified copy of the docket sheet and your transfer letter request. All documents filed in this action were electronically filed and can be downloaded off of our web page.

Please acknowledge receipt of our docket sheet on the attached copy of this letter.

Sincerely yours,

ROBERT C. HEINEMANN
Clerk of the Court

By: _____
Deputy Clerk

Encs.

Received in the SDNY on:_____
Received by: _____