Clerk's Office
United States District Court
Eastern District of New York

---

NOTICE OF
RELATED CASE ASSIGNMENT

---

Civil action ___05___ CV __1277__ was assigned to Judge

___Wexler___ and Magistrate Judge ___Boyle___ as related to

___05 cv 889___ on ___March 9___, 2005

A copy of the complaint is attached

A copy of this Notice will be docketed

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File