≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | NEW YORK |

PHILIP G. COLLINS, on behalf of himself and all others similarly situated,

V.

VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-1277

WEXLER, J.

BOYLE, M.J.

TO: (Name and address of Defendant)

Veeco Instruments, Inc.
100 Sunnyside Boulevard, Suite B
Woodbury, New York 11797

Edward H. Braun (c/o Veeco Instruments)
John F. Rein, Jr. (c/o Veeco Instruments

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Catherine A. Torell, Esq.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                              MAR 0 9 2005

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | SERVED: 3/16/2005 @ 10:18 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BRUCE KUSTKA | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 100 SUNNYSIDE BLVD, SUITE B; WOODBURY, NY 11797 (LEGAL DEPT.)
DEFENDANT SERVED: VEECO INSTRUMENTS, INC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. PLACE OF BUSINESS

Name of person with whom the summons and complaint were left: MS. MARGARET AKEILEY, MANAGING AGENT
SEX: FEMALE, SKIN: WHITE, HAIR: BROWN, AGE: 38 YRS, HGT: 5'4", WGT: 140 LBS

☐ Returned unexecuted: GLASSES

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 18TH, 2005
Date            Signature of Server
BRUCE KUSTKA        NO LIC REQ.

NEW YORK
Address of Server

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2017

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**EASTERN** District of **NEW YORK**

PHILIP G. COLLINS, on behalf of himself and all others similarly situated,

V.

VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



05 1277
WEXLER, J.

BOYLE, M.J.

TO: (Name and address of Defendant)

Veeco Instruments, Inc.
100 Sunnyside Boulevard, Suite B
Woodbury, New York 11797

Edward H. Braun (c/o Veeco Instruments)
John F. Rein, Jr. (c/o Veeco Instruments)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Catherine A. Torell, Esq.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                                        MAR 0 9 2005

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE SERVED: 3/16/2005 @ 10:18 AM |
|---|---|
| NAME OF SERVER (PRINT) BRUCE KUSTKA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 100 SUNNYSIDE BLVD, STE. B; WOODBURY, NY 11797 (LEGAL DEPT)
DEFENDANT SERVED: EDWARD H. BRAUN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   PLACE OF BUSINESS

Name of person with whom the summons and complaint were left: MS. MARGARET AKEILEY, CO-WORKER
SEX: FEMALE, SKIN: WHITE, HAIR: BROWN, AGE: 38 YRS, HGT: 5'4", WGT: 140 LBS

☐ Returned unexecuted:   GLASSES

ALSO BY MAILING ON 3/18/05 AT THE ABOVE ADDRESS IN A SEALED ENVELOPE MARKED PERSONAL & CONFIDENTIAL AND NOT BEARING ANY IDENTIFICATION TO A LAW SUIT.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MARCH 18TH, 2005
    Date            Signature of Server
              BRUCE KUSTKA   NO LIC REQ.

              NEW YORK
              *Address of Server*

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 20__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

PHILIP G. COLLINS, on behalf of himself and all others similarly situated,

V.

VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 

05-1277
WEXLER, J.
BOYLE, M.J.

TO: (Name and address of Defendant)

Veeco Instruments, Inc.
100 Sunnyside Boulevard, Suite B
Woodbury, New York 11797

Edward H. Braun (c/o Veeco Instruments)
John F. Rein, Jr. (c/o Veeco Instruments)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Catherine A. Torell, Esq.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                                     MAR 0 9 2005
CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE SERVED: 3/16/2005 @ 10:18 AM |
| NAME OF SERVER *(PRINT)* BRUCE KUSTKA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 100 SUNNYSIDE BLVD, STE. B; WOODBURY, NY 11797 (LEGAL DEPT.)
DEFENDANT SERVED: JOHN F. REIN, JR.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   PLACE OF BUSINESS

Name of person with whom the summons and complaint were left: MS. MARGARET AKEILEY, CO-WORKER
SEX: FEMALE, SKIN: WHITE, HAIR: BROWN, AGE: 38 YRS, HGT: 5'4", WGT: 140 LBS

☐ Returned unexecuted:   GLASSES
ALSO BY MAILING ON 3/18/2005 AT THE ABOVE ADDRESS IN A SEALED ENVELOPE MARKED PERSONAL & CONFIDENTIAL AND NOT BEARING ANY IDENTIFICATION TO A LAW SUIT.

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MARCH 18TH, 2005
Date

Signature of Server
BRUCE KUSTKA    NO LIC REQ.
NEW YORK

Address of Server

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 20__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ABC PROCESS SERVICE INC.
Attorney:
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PHILIP G. COLLINS, ON BEHALF OF HIMSELF AND: ALL OTHERS SIMILARLY SITUATED | (PLAINTIFF) | Index No __05-1277__ |
| against | | Date Filed __03/09/2005__ |
| VEECO INSTRUMENTS, INC., ETAL; | (DEFENDANT) | Office No CMHT01100SUN |

**STATE OF NEW YORK, COUNTY OF NEW YORK**  SS:

BRUCE KUSTKA    being duly sworn, deposes and says

that he is over the age of 18 years, not a party to the action, and resides in the State of New York:

That on the   16   day of   March     2005 at 10:18 AM , at

100 SUNNYSIDE BLVD;SUITE B;WOODBURY, NY 11797 (LEGAL DEPT.)

he served the annexed  SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT  FOR VIOLATIONS OF FEDERAL SECURITIES LAWS, JURY TRIAL DEMANDED
upon VEECO INSTRUMENTS, INC.,

in this action, by delivering to and leaving with said  MS. MARGARET AKEILEY, MANAGING AGENT

a true copy thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

1. Sex __FEMALE__  Color __WHITE__  Hair __BROWN__  app.age __38 YRS__  app.ht __5'4"__   app.wt __140 LBS__

GLASSES

DEPONENT FURTHER SAYS, that  he knew the Corporation so served as aforesaid to be the Corporation mentioned and described in the said  SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT. FOR VIOLATIONS OF FEDERAL SECURITIES LAWS, JURY TRIAL DEMANDED.

SWORN to before me this __18__

day of __March  2005__                         _____
                                                 BRUCE KUSTKA
                                                 License No.:  NOT REQ.              :sb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 20__

ABC PROCESS SERVICE INC.
Attorney:
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHILIP G. COLLINS ON BEHALF OF HIMSELF AND: ALL OTHERS SIMILARLY SITUATED (PLAINTIFF) against | Index No 05 1277 Date Filed 03/09/2005 Office No CMHT01100SUNB |
| VEECO INSTRUMENTS, INC., ETAL; (DEFENDANT) | |

**STATE OF NEW YORK, COUNTY OF NEW YORK** SS:

BRUCE KUSTKA being duly sworn deposes and says:

I am over 18 years of age, not a party to this action and reside in the State of New York:

That on the 16 day of March 2005 at 10:18 AM, at

100 SUNNYSIDE BLVD, STE. B; WOODBURY, NY 11797 % VEECO INSTRUMENTS, INC (LEGAL DEPT.)

I SERVED the SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS, JURY TRIAL DEMANDED UPON EDWARD H. BRAUN

the defendant herein named by delivering to and leaving a true copy of said

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS, JURY TRIAL DEMANDED
with a Person of suitable age and discretion: to wit

MS. MARGARET AKEILEY, CO-WORKER

Deponent described Person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

1. Sex FEMALE Color WHITE Hair BROWN app.age 38 YRS app.ht 5'4" app.wt 140 LBS
GLASSES

That on the 18 day of March 2005 I deposited in the U.S. mails a true copy of the
SAID DOCUMENTS
properly enclosed and sealed in a post-paid wrapper
addressed to the said defendant at the aforementioned
(B) (place of business marked personal and confidential)
100 SUNNYSIDE BLVD, STE. B; WOODBURY, NY 11797 % VEECO INSTRUMENTS, INC (LEGAL DEPT.)

BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid, I asked Person so served or Person spoken to whether the defendant herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes or the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 18

day of March 2005

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 200_

BRUCE KUSTKA
License No.: NOT REQ. :sb

ABC PROCESS SERVICE INC.
Attorney:
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

PHILIP G. COLLINS, ON BEHALF OF HIMSELF AND:
ALL OTHERS SIMILARLY SITUATED, (PLAINTIFF)
against

VEECO INSTRUMENTS, INC., ETAL; (DEFENDANT)

Index No __05 1277__

Date Filed __03/09/2005__
Office No __CMHT01100SUNC__

**STATE OF NEW YORK, COUNTY OF NEW YORK** SS:

BRUCE KUSTKA being duly sworn deposes and says:

I am over 18 years of age, not a party to this action and reside in the State of New York:

That on the 16 day of March 2005 at 10:18 AM, at

100 SUNNYSIDE BLVD, STE. B; WOODBURY, NY 11797 % VEECO INSTRUMENTS INC. (LEGAL DEPT.)

I SERVED the SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS, JURY TRIAL DEMANDED UPON
JOHN F. REIN, JR.

the defendant herein named by delivering to and leaving a true copy of said

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS, JURY TRIAL DEMANDED
with a Person of suitable age and discretion: to wit

MS. MARGARET AKEILEY, CO-WORKER

Deponent described Person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

1. Sex __FEMALE__ Color __WHITE__ Hair __BROWN__ app.age __38 YRS__ app.ht __5'4"__ app.wt __140 LBS__
GLASSES

That on the 18 day of March 2005 I deposited in the U.S. mails a true copy of the
SAID DOCUMENTS
properly enclosed and sealed in a post-paid wrapper
addressed to the said defendant at the aforementioned
(B) (place of business marked personal and confidential)
100 SUNNYSIDE BLVD, STE. B; WOODBURY, NY 11797 % VEECO INSTRUMENTS INC. (LEGAL DEPT.)

BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid, I asked Person so served or Person spoken to whether the defendant herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes or the State of N.Y. of the Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this __18__

day of __March 2005__

BRUCE KUSTKA
License No.: NOT REQ. :sb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 20__