UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PHILIP G. COLLINS,

                    Plaintiff,                  <u>ORDER</u>

      -against-                                CV 05-1277 (LDW) (ETB)

VEECO INSTRUMENTS INC., et al.,

                    Defendant(s).
-------------------------------------------------------------------------X
SERVAAS HOLTHUIZEN,

                    Plaintiff,

      -against-                                CV 05-1337 (LDW) (ETB)

VEECO INSTRUMENTS INC., et al.,

                    Defendant(s).
-------------------------------------------------------------------------X

      The initial conferences previously set for June 29, 2005 at 9:30 a.m. before the undersigned have been rescheduled for October 17, 2005 at 9:30 a.m. at the Alfonse M. D'Amato U.S. Courthouse, Courtroom 830, Central Islip, New York. All counsel shall be present.

      No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. All requests should be in writing, on consent of all parties, and contain at least two (2) adjourned dates on which all parties are available. In the absence of consent, an explanation of counsel's efforts to obtain agreement should be stated. All requests for adjournments should be addressed to chambers on notice to all parties.

      Defendants' counsel is directed to serve a copy of this Order on counsel for all parties appearing in this case.

**SO ORDERED:**

Dated: Central Islip, New York
       April 21, 2005

                                                  <u>/s/ E. Thomas Boyle</u>
                                                  E. THOMAS BOYLE
                                                 United States Magistrate Judge