# EXHIBIT A

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE VEECO INSTRUMENTS INC. ) MDL Docket No. _____
PRIVATE SECURITIES LITIGATION )

MOTION OF VEECO INSTRUMENTS INC., EDWARD H.
BRAUN, AND JOHN F. REIN, JR., TO TRANSFER AND
CONSOLIDATE ACTIONS FOR PRETRIAL PROCEEDINGS

Defendants Veeco Instruments Inc. ("Veeco"), Edward H. Braun ("Braun"), and John F. Rein, Jr. ("Rein"), hereby respectfully move the Judicial Panel on Multidistrict Litigation (the "Panel") for an Order: (a) transferring ten virtually identical putative class actions pending before two federal district courts along with any subsequently filed "tag-along" actions to a single district court, and (b) consolidating those actions for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. A list of the pending actions is attached hereto as Schedule A. Defendants Veeco, Braun, and Rein respectfully request that the Panel transfer the pending actions to the United States District Court for the Southern District of New York.

The grounds in support of the motion are set forth in the accompanying memorandum.

Dated: New York, New York
April 29, 2005

Respectfully submitted,

*Robert F. Serio / cjs*

Robert F. Serio (RS-2479)
John A. Herfort (JH-1460)
J. Ross Wallin (JW-3911)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
(212) 351-4000

***Counsel for Defendants Veeco Instruments Inc.,
Edward H. Braun, and John F. Rein, Jr.***

2

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE VEECO INSTRUMENTS INC. ) MDL Docket No. _____
PRIVATE SECURITIES LITIGATION )

## SCHEDULE A

Pursuant to Rule 7.2(a)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants Veeco, Braun, and Rein provide the following information on the actions that will be affected by this motion:

| Complete Case Name | District Where Pending | Civil Action No. | Judge Assigned | Exhibit |
|---|---|---|---|---|
| L.I.S.T., Inc., on behalf of itself and all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Southern District of New York | 05 Civ. 2189 | Hon. Colleen McMahon | 1 |
| Andrew McIntosh, individually and on behalf of all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Eastern District of New York | 05 Civ. 0889 | Hon. Leonard D. Wexler | 2 |

| Complete Case Name | District Where Pending | Civil Action No. | Judge Assigned | Exhibit |
|---|---|---|---|---|
| Barry Linzer, on behalf of himself and all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Eastern District of New York | 05 Civ. 0957 | Hon. Denis R. Hurley | 3 |
| Bruce Kantor, on behalf of himself and all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Eastern District of New York | 05 Civ. 0967 | Hon. Leonard D. Wexler | 4 |
| George F. Walker, individually and on behalf of all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Eastern District of New York | 05 Civ. 1003 | Hon. Joanna Seybert | 5 |
| Philip G. Collins, on behalf of himself and all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Eastern District of New York | 05 Civ. 1277 | Hon. Leonard D. Wexler | 6 |
| Servaas Holthuizen, individually and on behalf of all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Eastern District of New York | 05 Civ. 1337 | Hon. Leonard D. Wexler | 7 |
| Roy P. Kershaw, individually and on behalf of all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Southern District of New York | 05 Civ. 2929 | Hon. Colleen McMahon | 8 |
| Gerald J. Vogt and Eleanor L. Vogt, on behalf of themselves and all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Eastern District of New York | 05 Civ. 1430 | Hon. Leonard D. Wexler | 9 |
| Timothy Joe Grove, on behalf of himself and all others similarly situated v. Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr. | Eastern District of New York | 05 Civ. 1552 | Hon. Leonard D. Wexler | 10 |

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE VEECO INSTRUMENTS INC. )<br>PRIVATE SECURITIES LITIGATION ) | MDL Docket No. _____ |

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 29th day of April, 2005, I caused true and correct copies of Defendants' Motion To Transfer and Consolidate For Pretrial Proceedings and Memorandum in Support thereof, and the Declaration of Robert F. Serio to be filed with the clerk of each district court in which an action is pending that will be affected by the Motion, and to be served by Federal Express on each of the following counsel:

| *Counsel for Actions Pending in E.D.N.Y.* | |
|---|---|
| Evan J. Smith, Esq.<br>Marc L. Ackerman, Esq.<br>**BRODSKY & SMITH, LLC**<br>240 Mineola Boulevard<br>Mineola, NY 11501<br>Tel: (516) 741-4977<br>Fax: (610) 667-9029<br>Email: Esmith@brodsky-Smith.com<br><br>*Counsel for Plaintiff Andrew McIntosh* | Marc A. Topaz, Esq.<br>Richard A. Maniskas, Esq.<br>**SCHIFFRIN & BARROWAY, LLP**<br>280 King of Prussia Rd.<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 617-7056<br><br>*Counsel for Plaintiff Andrew McIntosh* |
| Marc C. Gardy, Esq.<br>**ABBEY GARDY, LLP**<br>212 East 39th Street<br>New York, NY 10016<br>Tel: (212) 889-3700<br>Fax: (212) 684-5191<br>Email: Mgardy@abbeygardy.com<br><br>*Counsel for Plaintiff Barry Linzer* | Samuel H. Rudman, Esq.<br>David H. Rosenfeld, Esq.<br>Mario Alba, Jr., Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br>Fax: (631) 367-1173<br>Email: Drosenfeld@lerachlaw.com<br><br>*Counsel for Plaintiff Bruce Kantor* |
| Charles J. Piven, Esq.<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center Baltimore<br>Suite 2525<br>401 East Pratt Street<br>Baltimore, MD 21202<br>Tel: (410) 332-0030<br>Fax: (410) 685-1300<br><br>*Counsel for Plaintiff George Walker* | Steven G. Schulman<br>Peter E. Seidman<br>Sharon M. Lee<br>**MILBERG WEISS BERSHAD & SCHULMAN LLP**<br>One Pennsylvania Plaza – 49th Floor<br>New York, NY 10119<br>Tel: (212) 594-5300<br>Fax: (212) 868-1229<br><br>*Counsel for Plaintiff George Walker* |

| | |
|---|---|
| Sherrie R. Savett<br>Phyllis M. Parker<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br><br>*Counsel for Plaintiff George Walker* | Catherine A. Torell, Esq.<br>**COHEN, MILSTEIN, HAUSFELD<br>& TOLL, P.L.L.C.**<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022-6017<br>Tel.: (212) 838-7797<br>Fax: (212) 838-7745<br>Email: Ctorell@cmht.com<br><br>*Counsel for Plaintiff Phillip G. Collins* |
| Steven J. Toll, Esq.<br>Daniel S. Sommers, Esq.<br>Julie Goldsmith Reiser, Esq.<br>**COHEN, MILSTEIN, HAUSFELD<br>& TOLL, P.L.L.C.**<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005-3964<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: Stoll@cmht.com<br><br>*Counsel for Plaintiff Phillip G. Collins* | Fred T. Isquith, Esq.<br>Christopher S. Hinton, Esq.<br>**WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP**<br>270 Madison Avenue, 11th Floor<br>New York, NY 10016<br>Tel: (212) 545-4600<br>Fax: (212) 545-4653<br>Email: Isquith@whafh.com<br><br>*Counsel for Plaintiff Servaas Holthuizen* |
| Brian M. Felgoise, Esq.<br>**LAW OFFICES OF BRIAN M.<br>FELGOISE, P.C.**<br>261 Old York Road – Suite 423<br>Jenkintown, PA 19046<br>Tel: (215) 886-1900<br>Fax: (215) 886-1909<br>Email: FelgoiseLaw@aol.com<br><br>*Counsel for Plaintiff Servaas Holthuizen* | Marc Henzel, Esq.<br>**LAW OFFICES OF MARC HENZEL**<br>273 Montgomery Avenue, Suite 202<br>Bala Cynwd, PA 19004<br>Tel: (610) 660-8000<br>Fax: (610) 660-8080<br>Email: mhenzell82@aol.com<br><br>*Counsel for Plaintiff Servaas Holthuizen* |

| | |
|---|---|
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Tzvia Brody, Esq.<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022<br>Email: Ssbny@aol.com<br><br>*Counsel for Plaintiffs Gerald J. Vogt and Eleanor L. Vogt* | Joseph H. Weiss, Esq.<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY 10176<br>Tel: (212) 682-3025<br>Fax: (212) 682-3010<br><br>*Counsel for Plaintiffs Gerald J. Vogt and Eleanor L. Vogt* |
| Curtis V. Trinko, Esq.<br>**LAW OFFICES OF<br>CURTIS V. TRINKO, LLP**<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br>Tel: (212) 490-9550<br>Fax: (212) 986-0158<br>Email: Ctrinko@trinko.com<br><br>*Counsel for Plaintiff Timothy Joe Grove* | Alfred G. Yates, Esq.<br>**LAW OFFICES OF<br>ALFRED G. YATES, JR.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel: (412) 391-5164<br>Fax: (412) 471-1033<br>Email: Yateslaw@aol.com<br><br>*Counsel for Plaintiff Timothy Joe Grove* |

| *Counsel for Actions Pending in S.D.N.Y.* | |
|---|---|
| Jonathan M. Plasse, Esq.<br>Christopher J. Keller, Esq.<br>Shelly Thompson, Esq.<br>**GOODKIND LABATON RUDOFF<br>& SUCHAROW LLP**<br>100 Park Avenue<br>New York, NY 10017-5563<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>Email: jplasse@glrslaw.com<br><br>*Counsel for Plaintiff L.I.S.T., Inc. -<br>No. 05-cv-2189 (S.D.N.Y.)* | Eric J. Belfi, Esq.<br>**MURRAY, FRANK & SAILOR LLP**<br>275 Madison Avenue, 8th Floor<br>New York, NY 10016<br>Tel: (212) 682-1818<br>Fax: (212) 682-1892<br>Email: ebelfi@murrayfrank.com<br><br>*Counsel for Plaintiff Roy P. Kershaw -<br>No. 05-cv-2929 (S.D.N.Y.)* |

Dated: New York, New York
      April 29, 2005

                                              J. Ross Wallin

80326173_7.DOC

5