Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE ASSIGNMENT

Civil action_____ 05 ___ CV__ 1337 ___ was assigned to Judge

_____ Wexler _____ and Magistrate Judge___ Boyle _____ as related to

__ 05 cv 889 _____ on _____ March 11 ____, 2005

A copy of the complaint is attached

A copy of this Notice will be docketed

cc: Chambers of Assigned Judge and Magistrate Judge
   Case File