Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE ASSIGNMENT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 2 3 2005 ★
LONG ISLAND OFFICE

Civil action __05 cv 1430__ was assigned to Judge __WEXLER__ and Magistrate Judge __BOYLE__ as related to __05 cv 889__ on __3/18__, 2005.

~~A~~ copy of the complaint is attached

A copy of this Notice will be docketed

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File