UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GERALD J. VOGT AND ELEANOR L. VOGT,
On Behalf of Themselves and All Others Similarly
Situated,

     Plaintiffs,

v.

VEECO INSTRUMENTS, INC., EDWARD H.
BRAUN, and JOHN F. REIN, JR.,

     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 05-CV-01430

Judge Leonard D. Wexler

**STIPULATION AND**
**PROPOSED ORDER**

WHEREAS, Plaintiffs filed their Original Class Action Complaint alleging that Defendants committed violations of the Securities Exchange Act of 1934;

WHEREAS, other similar putative class actions alleging violations of the Securities Exchange Act of 1934 were filed against Defendants as follows:

1. *L.I.S.T., Inc. v. Veeco Instruments, Inc. et al.*, Case No. 05-CV-02189 (filed Feb. 15, 2005)

2. *McIntosh v. Veeco Instruments, Inc. et al.*, Case No. 05-CV-00889 (filed Feb. 16, 2005)

3. *Kantor v. Veeco Instruments, Inc. et al.*, Case No. 05-CV-00967 (filed Feb. 18, 2005)

4. *Linzer v. Veeco Instruments, Inc. et al.*, Case No. 05-CV-00957 (filed Feb. 18, 2005)

5. *Walker v. Veeco Instruments, Inc. et al.*, Case No. 05-CV-01003 (filed Feb. 23, 2005)

6. *Collins v. Veeco Instruments, Inc. et al.*, Case No. 05-CV-01277 (filed Mar. 9, 2005)

7. *Holthuizen v. Veeco Instruments, Inc. et al.*, Case No. 05-CV-01337 (filed Mar. 11, 2005)

8. *Kershaw v. Veeco Instruments, Inc. et al.*, Case No. 05-CV-02929 (filed Mar. 16, 2005)

9. *Grove v. Veeco Instruments, Inc. et al.*, Case No. 05-CV-01552 (filed Mar. 24, 2005);

WHEREAS, the *L.I.S.T., Inc.* and *Kershaw* actions were filed in the United States District Court for the Southern District of New York, and the remaining actions listed above were filed in the United States District Court for the Eastern District of New York;

WHEREAS, Plaintiffs and Defendants expect that motions to consolidate these actions shall be filed, that motions for appointment of lead plaintiff and to approve selection of counsel to represent the putative class shall be filed, and that, thereafter, a consolidated amended complaint shall be filed; and

WHEREAS, in the interests of judicial economy and efficiency, Plaintiffs and Defendants wish to extend Defendants' original deadline to answer, move, or otherwise respond to the complaint in this action until after a consolidated amended complaint is filed.

THEREFORE, Plaintiffs and Defendants hereby agree and stipulate to the following:

1. Defendants shall have no obligation to move, answer, or otherwise respond to Plaintiffs' Original Class Action Complaint.

2. Defendants shall be deemed to have accepted service of Plaintiffs' Original Class Action Complaint.

3. Plaintiffs shall have sixty (60) days from the date of appointment of lead plaintiff to file a consolidated amended complaint.

4. The date by which Defendants must move, answer, or otherwise respond to Plaintiffs' amended consolidated complaint shall be extended until and through forty-five (45) days after the date on which such amended consolidated complaint is filed with the Court.

Dated: New York, New York
April 13, 2005

| | |
|---|---|
| STULL, STULL & BRODY | GIBSON, DUNN & CRUTCHER LLP |
| By: *Jules Brody* | By: *Robert F. Serio* |
| Jules Brody (JB-9151) | Robert F. Serio (RS-2479) |
| Aaron Brody (AB-5850) | |
| Tzivia Brody (TB-7268) | 200 Park Avenue, 47th Floor |
| | New York, New York 10166 |
| 6 East 45th Street | (212) 351-4000 |
| New York, New York 10017 | |
| (212) 687-7230 | *Counsel for Defendants* |
| | |
| WEISS & LURIE | |
| | |
| Joseph H. Weiss (JW-4534) | |
| | |
| 551 Fifth Avenue | |
| New York, New York 10176 | |
| (212) 682-3025 | |
| | |
| *Counsel for Plaintiffs* | |

**SO ORDERED:**

_____
The Honorable Leonard D. Wexler
United States District Court Judge

80324937_2.DOC

3