CLOSED

## U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:05-cv-01430-LDW
## Internal Use Only

Vogt et al v. Veeco Instruments, Inc. et al
Assigned to: Senior-Judge Leonard D. Wexler
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 03/18/2005
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Gerald J. Vogt**     represented by     **Aaron L. Brody**
Stull Stull & Brody
6 East 45th Street
Suite 500
New York, NY 10017
212-687-7230
Fax: 212-490-2022
Email: ssbny@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Harry Weiss**
Weiss & Lurie
551 Fifth Avenue
Suite 1600
New York, NY 10176
(212)682-3025
Fax: (212)682-3010
Email: jweiss@wynyc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**Jules Brody**
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230
Fax: 212-490-2022
Email: ssbny@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tzivia Brody**
Stull, Stull & Brody

https://ecf.nyed.circ2.dcn/cgi-bin/DktRpt.pl?130295680009028-L_923_0-1     10/11/2005



6 E. 45th Street
New York, NY 10017
212-687-7230
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Eleanor L. Vogt**
*on behalf themselves and all others similarly situated*

represented by **Aaron L. Brody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Harry Weiss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jules Brody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tzivia Brody**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Veeco Instruments, Inc.**

### Defendant

**Edward Braun**

### Defendant

**John Rein, Jr.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2005 | 1 | COMPLAINT against Veeco Instruments, Inc., Edward Braun, John Rein, Jr filing fee $ 250, receipt number 307346, filed by Gerald J. Vogt, Eleanor L. Vogt. (Attachments: # 1 Civil Cover Sheet)(Romano, Daniel) (Entered: 03/23/2005) |
| 03/18/2005 |  | Summons Issued as to Veeco Instruments, Inc., Edward Braun, John Rein, Jr. (Romano, Daniel) (Entered: 03/24/2005) |
| 03/22/2005 | 2 | DEMAND for Trial by Jury by Gerald J. Vogt, Eleanor L. Vogt. |



| | | |
|---|---|---|
| | | (Romano, Daniel) Additional attachment(s) added on 3/23/2005 (Romano, Daniel). (Entered: 03/23/2005) |
| 03/23/2005 | ●3 | Notice of Related Case Assignment sent to chambers with copy of complaint attached. (Romano, Daniel) (Entered: 03/23/2005) |
| 03/28/2005 | ● | Case Ineligible for Arbitration(Bollbach, Jean) (Entered: 03/28/2005) |
| 04/14/2005 | ●4 | STIPULATION re 1 Complaint *to be amended within sixty (60) days of the appointment of lead plaintiff. Defendants must answer, move or otherwise respond to the consolidated amended complaint forty-five (45) days after the filing of the consolidatd amended complaint with the court. Service of Plaintiff's Original Class Action Complaint accepted* by Veeco Instruments, Inc., Edward Braun, John Rein, Jr. (Serio, Robert) (Entered: 04/14/2005) |
| 04/29/2005 | ●5 | NOTICE by Veeco Instruments, Inc., Edward Braun, John Rein, Jr *have filed with the Judicial Panel on Multidistrict Litigation ("MDL Panel") a Motion to Transfer and Consolidate Actions ("Motion") pursuant to 28 U.S.C. sect. 1407* (Attachments: # 1 Exhibit A - Notice of Motion# 2 Exhibit B - Memorandum of Law# 3 Exhibit C - Declaration)(Serio, Robert) (Entered: 04/29/2005) |
| 05/11/2005 | ●6 | Letter from Wm. Terrell Hodges, Chairman, JPMDL, to Involved Judges dated 5/4/05 re: presently before the Panel pursuant to 28:1407 is a motion to transfer which includes at least one action before you re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel become effective. (Mahon, Cinthia) (Entered: 05/16/2005) |
| 06/06/2005 | ●7 | NOTICE by Veeco Instruments, Inc., Edward Braun, John Rein, Jr *of Filing with MDL Panel of Reply Memorandum in Support of the Motion to Transfer and Consolidate Actions* (Serio, Robert) (Entered: 06/06/2005) |
| 06/17/2005 | ●8 | Letter from Michael J. Beck, Clerk, JPMDL, dated 6/14/05 re: Notice of Hearing Session on 7/28/05 at the Alfred A. Arraj U.S. Courthouse in Denver, Colorado 80202 at 9:30 a.m. re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation.(Mahon, Cinthia) (Entered: 06/23/2005) |
| 08/25/2005 | ●10 | Letter from Dorothy Guranich, Deputy Clerk, SDNY, to Clerk, EDNY, dated 8/23/05 re: enclosing a cert. copy of the transfer order of the JPMDL transferring this action to the SDNY and assigning it to Judge McMahon for coordinated or consolidated pretrial proceedings pursuant to 28:1407. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation SDNY Case # 05cv7452. (Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 | ●11 | TRANSFER ORDER (cert. copy) pursuant to 28:1407 this action is transferred to the SDNY, with the consent of that court, and assigned to |

| | | |
|---|---|---|
| | | the Hon. Colleen McMahon. Issued by the JPMDL on 8/22/05. Re: MDL-1695 In re Veeco Instruments Inc. Securities Litigation. (Mahon, Cinthia) (Entered: 10/07/2005) |
| 08/25/2005 | | ***Civil Case Terminated. (Mahon, Cinthia) (Entered: 10/11/2005) |
| 08/26/2005 | 9 | Letter from Clerk, JPMDL, to J. Michael McMahon, Clerk, SDNY, dated 8/22/05 re: enclosing a cert. copy of a transfer order filed today by the Panel in this matter. The Panel's governing statute 28:1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred. RE: MDL-1695 In re Veeco Instruments Inc. Securities Litigation (Mahon, Cinthia) (Entered: 09/14/2005) |
| 09/22/2005 | | Judge E. Thomas Boyle no longer assigned to case. (Lundy, Lisa) (Entered: 09/22/2005) |

A TRUE COPY
ATTEST
DATED Oct. 11, 2005
ROBERT C. HEINEMANN
BY C.R. Mahon, CLERK
DEPUTY CLERK