UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.         :    Case No.: 7:05-md-1695 (CM)
SECURITIES LITIGATION                      :
------------------------------------------------------ x
------------------------------------------------------ x
THIS DOCUMENT RELATES TO              :
ALL ACTIONS                                        :
                                                              :
------------------------------------------------------ x

## NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION BY LEAD PLAINTIFF STEELWORKERS PENSION TRUST

**Please Take Notice** that upon Lead Plaintiff Steelworkers' Pension Trust's Memorandum of Law in Support of its Motion for Class Certification, filed concurrently herewith, Lead Plaintiff Steelworkers' Pension Trust ("Steelworkers"), by and through its undersigned counsel, will respectfully move this Court before the Honorable Colleen McMahon, United States District Judge, for the entry of an Order pursuant to Federal Rule of Civil Procedure 23, certifying that this action may be maintained and proceed as a class action in accordance with Rules 23(a) and 23(b)(3) and certifying Steelworkers as Class Representative. In support of this motion, Steelworkers relies upon its Memorandum of Law and further states as follows:

1.   The proposed class (the "Class") consists of:

   All persons who purchased the securities of Veeco Instruments, Inc. during the period from November 3, 2003 and February 10, 2005, inclusive, and were damaged thereby.[1]

---

[1] Excluded from the Class are the Defendants, members of the immediate families of the Individual Defendants, any parent, subsidiary, affiliate, officer or director of Defendant Veeco Instruments, Inc., any entity in which any excluded person has a controlling interest and the legal representatives, heirs, successors and assigns of any excluded person.

2. The requirements of Fed. R. Civ. P. Rules 23(a) and 23(b)(3) are satisfied.

3. The Class is so numerous that joinder of all members is impractical.

4. There are questions of law and fact common to the Class.

5. Steelworkers' claims are typical of the claims of the members of the Class.

6. Steelworkers will fairly and adequately protect the interests of the members of the Class.

7. Lead counsel, Berger & Montague, P.C. is qualified to represent the Class.

8. Common questions of law and/or fact predominate over any such questions that may affect members of the Class individually.

9. A class action is superior to all other available methods for the fair and efficient adjudication of this case.

Dated: November 7, 2005                Respectfully submitted,

**BERGER & MONTAGUE, P.C.**

By:      /s/ *Sherrie R. Savett*
Sherrie R. Savett (I.D. 17646)
Phyllis M. Parker
Douglas M. Risen
Jeffrey Osterwise
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875 - 3000
Fax: (215) 875 - 4604

*Lead Counsel for Lead Plaintiff/Proposed Class Representative Steelworkers Pension Trust*