# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.       :        Case No.: 7:05-md-1695 (CM)
SECURITIES LITIGATION               :
------------------------------------------------- x
------------------------------------------------- x
THIS DOCUMENT RELATES TO            :
ALL ACTIONS                         :
------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2005, a true and correct copy of the foregoing Consolidated Amended Class Action Complaint; Notice of Motion and Motion for Class Certification By Lead Plaintiff Steelworkers Pension Trust; Lead Plaintiff Steelworkers Pension Trust's Memorandum of Law in Support of Its Motion for Class Certification; and [Proposed] Order Certifying the Class to be served on upon all of the parties via electronic filing and Federal Express:

John A. Herfort, Esq.
Robert J. Serio, Esq.
J. Ross Wallin, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

By: _____/s/ *Sherrie R. Savett*_____
**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett (I.D. 17646)
Phyllis Parker
Douglas M. Risen
Jeffrey Osterwise
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4636 (fax)

*Lead Counsel for Lead Plaintiff/*
*Proposed Class Representative*
*Steelworkers Pension Trust*