**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
IN RE VEECO INSTRUMENTS INC.                :    MDL No. 7:05-MD-01695 (CM)
SECURITIES  LITIGATION                       :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
THIS DOCUMENT RELATES TO                    :
ALL ACTIONS                                 :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO FILE RESPONSE TO LEAD PLAINTIFF'S**
**CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Veeco

Instruments Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan respectfully request a

short extension of time to file their response to Lead Plaintiff's Consolidated Amended Class

Action Complaint (the "Consolidated Amended Complaint").

1.      On October 6, 2005, this Court held on Interim Pretrial Conference wherein it

notified all proposed lead plaintiffs and lead counsel that the Court would designate Lead

Plaintiff and Lead Counsel within one week's time, and that Lead Plaintiff and Lead Counsel

would then have ten (10) days after their designation to file a Consolidated Amended Complaint.

Defendants would then have twenty (20) days to file its answer or motion to dismiss.  The Court

entered an Order with that schedule on October 7, 2005.

2.      On October 12, 2005, the Court entered a Decision and Order selecting

Steelworkers Pension Trust as Lead Plaintiff and appointed Berger Montague as Lead Counsel

("Lead Counsel").  Based on the Court's October 7, 2005 Scheduling Order, the Consolidated

Amended Complaint was due on October 26, 2005, and Defendants' response was due on November 15, 2005.

       3.      Because of the Jewish Holidays taking place between October 7 and October 26, Lead Plaintiff requested a ten (10) day extension of time to Monday, November 7, 2005, to file the Consolidated Amended Complaint.

       4.      On October 17, 2005, this Court entered an Order extending the date by which Lead Plaintiff was required to file and serve its Consolidated Amended Complaint to November 7, 2005.  As a result of this Order, the date by which Defendants were required to file their response became November 28, 2005, the Monday immediately following the Thanksgiving Holiday weekend.

       5.      Because of the upcoming holiday weekend, during which time it will be difficult for Defendants and Defendants' counsel to communicate, Defendants respectfully request a four (4) day extension of time to Friday, December 2, 2005, to file their response to the Consolidated Amended Complaint.

       6.      Defendants' counsel has conferred with Lead Counsel, who indicates that Lead Plaintiff has no objection to this requested extension.

7.      For the Court's convenience, Defendants respectfully attach a Proposed Order granting this relief.

Dated:  November 23, 2005

Respectfully submitted,

_Robert F. Serio_ (cr)

Robert F. Serio (RS-2479)
John A. Herfort (JH-1460)
J. Ross Wallin (RW-3911)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Counsel for Defendants Veeco Instruments Inc.,
Edward H. Braun, and John F. Rein, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 23rd day of November, 2005, I caused true and correct copies of Defendants' Unopposed Motion for Extension of Time to File Response to Lead Plaintiff's Consolidated Amended Class Action Complaint and [Proposed] Order to be served by Federal Express on counsel for Lead Plaintiff at the following address:

Sherrie R. Savett, Esq.
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA  19103


_____
J. Ross Wallin


80347557_1.DOC