# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

rserio@gibsondunn.com

November 21, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Direct Dial
(212) 351-3917

Fax No.
(212) 351-5246

Client No.
T 94625-00001

**VIA FEDERAL EXPRESS**

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York  10601

      Re:    *In re Veeco Instruments Inc. Securities Litigation;*
              *MDL No. 7:05-MD-01695 (CM)*

Dear Judge McMahon:

      We are counsel to Veeco and other defendants in the action referred to above.  I write to request a modest extension of the briefing schedule relating to the Plaintiff's class certification motion.  Counsel for Plaintiff has informed us that Plaintiff does not oppose this request.

      During our conference before the Court on October 6, 2005, you directed defendants to submit any brief in opposition to class certification within the twenty-day period following Plaintiff's filing of its Consolidated Amended Complaint on November 7, 2005.  *See* 10/6/05 Hearing Tr. at 7-8.  We request that the Court allow us an additional three weeks in order to ascertain whether we should oppose Plaintiff's motion for class certification.  Under this proposed scheduled, by December 19, 2005, Defendants would either file an opposition to Plaintiff's motion for class certification, or stipulate to the certification of the class.

      In an attempt to complete discovery on the Court's original schedule, Defendants sent a request for production of documents to Plaintiff under cover letter dated November 1, 2005.  On November 16, 2005, Plaintiff produced twelve pages of documents in response to our document request.

LOS ANGELES   NEW YORK   WASHINGTON, D.C.   SAN FRANCISCO   PALO ALTO
LONDON   PARIS   MUNICH   BRUSSELS   ORANGE COUNTY   CENTURY CITY   DALLAS   DENVER

**GIBSON, DUNN & CRUTCHER LLP**

The Honorable Colleen McMahon
November 21, 2005
Page 2


      In addition to requesting production of documents, we requested that Plaintiff make a representative from the Steelworkers and its investment advisor available for deposition on November 21, 2005. On November 18, 2005, counsel for Plaintiff informed us that they do not represent Steelworkers' investment advisor and would not be able to make any witnesses available for deposition on November 21.

      In light of our efforts to date, as well as the upcoming Thanksgiving holiday, we believe that this request for an extension is reasonable. We expect to be able to resolve any outstanding issues relating to our document requests prior to December 19, 2005, as well as take a limited amount of deposition testimony.

      We are grateful for the Court's attention to this matter.

                         Respectfully,

                          Robert F. Serio

RFS/jrw
Encls.

cc:    Sherrie R. Savett, Esq. (by Federal Express)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

| | |
|---|---|
| IN RE VEECO INSTRUMENTS INC. SECURITIES LITIGATION | MDL No. 7:05-MD-01695 (CM) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

-------------------------------------------------x

## [PROPOSED] ORDER

**WHEREAS**, Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan has moved to extend the deadline to file an opposition to Plaintiff's motion for class certification from November 28, 2005, to December 19, 2005;

WHEREAS, Plaintiff has consented to Defendants' request for an extension;

IT IS HEREBY ORDERED that the date for Defendants to file any opposition to Plaintiff's motion for class certification shall be extended to December 19, 2005.

DATED: November ___, 2005
New York, New York

SO ORDERED

_____
Honorable Colleen McMahon
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                       :
IN RE VEECO INSTRUMENTS INC.           :   MDL No. 7:05-MD-01695 (CM)
SECURITIES LITIGATION                  :
                                       :
---------------------------------------:
                                       :
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
                                       x
---------------------------------------

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE
ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan request an short extension of time within which to complete class certification discovery, and if necessary, file an opposition to Plaintiff's motion for class certification.

On October 6, 2005, the Court held an Interim Pretrial Conference during which it directed the paries to complete class certification discovery within the twenty-day period following Plaintiff's filing of its Consolidated Amended Class Action Complaint. Plaintiff filed a Consolidated Amended Class Action Complaint on November 7, 2005, which means that Defendants' current deadline to complete class discovery and file any opposition to Plaintiff's motion for class certification is November 28, 2005.

In an attempt to complete discovery on the Court's original schedule, Defendants sent a request for production of documents to Plaintiff under cover letter dated November 1, 2005 – six days before the filing of the Consolidated Amended Complaint. On November 16, 2005, Plaintiff produced twelve pages of documents in response to Defendants' document request.

In addition to requesting production of documents, Defendants requested that Plaintiff make a representative from the Steelworkers Pension Trust ("Steelworkers") and its investment advisor available for deposition on November 21, 2005. On November 18, 2005, counsel for Plaintiff informed us that they do not represent Steelworkers' investment advisor and would not be able to make any witnesses available for deposition on November 21.

In light of our efforts to date, as well as the upcoming Thanksgiving holiday, Defendants respectfully request an extension to December 19, 2005 to complete class action discovery and file an opposition to Plaintiff's motion for class certification. Defendants expect to be able to resolve any outstanding issues relating to their document requests prior to December 19, 2005, as well as take a limited amount of deposition testimony. Counsel for Plaintiff has informed Defendants that they do not oppose this request for a brief extension.

DATED:   November 21, 2005

Respectfully submitted,

*(signature)*

Robert F. Serio (RS-2479)
John A. Herfort (JH-1460)
J. Ross Wallin (RW-3911)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Counsel for Defendants Veeco Instruments Inc., Edward H. Braun, and John F. Rein, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 21th day of November, 2005, I caused true and correct copies of Defendants' Unopposed Motion to Extend Briefing Schedule on Plaintiff's Motion for Class Certification and [Proposed] Order to be served by Federal Express on counsel for Lead Plaintiff at the following address:

Sherrie R. Savett, Esq.
Berger & Montague, P.C.
1622 Locust St.
Philadelpia, PA  19103

_____
J. Ross Wallin