UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.        :   No. 7:05-MD-01695-CM
SECURITIES LITIGATION               :
:
------------------------------------------------x
:
THIS DOCUMENT RELATES TO:           :
ALL ACTIONS                         :
:
:
------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that defendant Veeco Instruments Inc. has no parent corporations, and no publicly held corporations own 10% or more of Veeco Instruments Inc. stock.

Dated:  New York, New York
        December 2, 2005

                                        Respectfully submitted,

                                        By: _____
                                            John A. Herfort (JH-1460)
                                            Robert F. Serio (RS-2479)
                                            J. Ross Wallin (JW-3911)

                                        Gibson, Dunn & Crutcher LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        Phone: (212) 351-4000
                                        Fax: (212) 351-4035

                                        *Counsel for Defendants Veeco Instruments
                                        Inc., Edward H. Braun, John F. Rein, Jr., and
                                        John P. Kiernan*