1622 LOCUST STREET        PHILADELPHIA, PA 19103-6305     phone 215/875-3000     fax 215/875-4604     www.bergermontague.com

# Berger & Montague, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

PHYLLIS M. PARKER
WRITER'S DIRECT DIAL      (215) 875-4647
WRITER'S DIRECT FAX       (215) 875-4674
WRITER'S DIRECT E-MAIL    pparker@bm.net

December 5, 2005

**Via Federal Express**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

[Handwritten endorsement: "12/8/05 OK – but let's do it for 24 hours CMM"]

RECEIVED DEC - 6 2005 CHAMBERS OF COLLEEN McMAHON

MEMO ENDORSED

Re:   *In re: Veeco Instruments Inc., Securities Litigation*
      Case No: 7:05-md-01695 (CM)

Dear Judge McMahon:

We are counsel for Lead Plaintiff Steelworkers Pension Trust in the above class action. We are writing this letter after conferring with counsel for Defendants. The parties in this action respectfully request Your Honor's approval of the parties' stipulation to a brief extension of time to file certain briefs currently due in mid to late December. We request the extension of the briefing schedule in light of intervening discovery demands on Lead Plaintiff including depositions of Steelworkers and its money manager related to class certification and in light of the upcoming holidays during which time it will be difficult for the parties to communicate with their respective counsel.

Defendants filed their Motion to Dismiss Lead Plaintiff's Consolidated Amended Class Action Complaint on December 2, 2005, and Lead Plaintiff's opposition is currently due on December 16, 2005. During the same time, however, Defendants will be taking the depositions of Steelworkers and its money manager in connection with their opposition to Lead Plaintiff's motion for class certification which Defendants must file by December 19, 2005. Thus, Lead Plaintiff requests a one week extension of time from December 16, 2005 to December 23, 2005 to file our opposition brief. Likewise, because of the intervening holidays during which time it will be difficult to communicate with Defendants, Defendants' counsel request a short extension of time to January 10, 2006 to file their reply papers. Because of the similar difficulty in communicating with Lead

## Berger Montague, P.C.

Honorable Colleen McMahon
December 5, 2005
Page 2

Plaintiff during the holiday, Lead Plaintiff's counsel similarly requests a short extension of time to January 10, 2006 to file a reply to Defendants' opposition, if any, to Lead Plaintiff's motion for class certification.

      We are enclosing an appropriate stipulation signed by the parties. We greatly appreciate Your Honor's consideration of this matter.

Respectfully submitted,

Phyllis M. Parker

Enclosures

cc:   Robert F. Serio, Esq./Colin Young, Esq.

400787_00.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
In re VEECO INSTRUMENTS, INC.          :   MDL No.: 7:05-md-01695 (CM)
SECURITIES LITIGATION                  :
---------------------------------------------------x
---------------------------------------------------x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
                                       :
---------------------------------------------------x

## JOINT STIPULATION AND [PROPOSED] ORDER
## TO EXTEND BRIEFING SCHEDULE

Subject to approval by the Court, the parties in the above action hereby agree to a short extension of time for: (1) Lead Plaintiff to file its opposition to Defendants' Motion to Dismiss Lead Plaintiff's Consolidated Amended Class Action Complaint (the "Complaint"); (2) Defendants to file their reply thereto; and (3) Lead Plaintiff to file its reply to Defendants' opposition, if any, to Lead Plaintiff's motion for class certification.

1.      On October 7, 2005, the Court entered an Order establishing a briefing schedule in this action. The Court subsequently granted requested modifications to this schedule. Based on the Court's Orders, Defendants filed their Motion to Dismiss the Complaint on December 2, 2005. Currently, Lead Plaintiff is scheduled to file its opposition to the motion to dismiss fourteen (14) days later, December 16, 2005, and Defendants are scheduled to file their reply five (5) business days later, December 23, 2005. Based on the Court's Order, Defendants are filing their opposition, if any, to Lead Plaintiff's Motion for Class Certification on December 19, 2005. Currently, Lead Plaintiff is scheduled to file its reply thereto five (5) business days later, December 27, 2005.

**The parties hereby stipulate to the following:**

2.      Because of the intervening discovery demands on Lead Plaintiff related to class

certification, including the depositions of a representative of the Steelworkers and its money manager by Defendants, the date on which Lead Plaintiff will file its opposition to Defendants' Motion To Dismiss the Complaint is extended one week from December 16, 2005 to December 23, 2005.

3. Because of the upcoming holidays, during which time it will be difficult for Defendants and Defendants' counsel to communicate, the date on which Defendants will file their reply to Lead Plaintiff's opposition is extended to January 10, 2006.

4. Because of the upcoming holidays, during which time it will be difficult for Lead Plaintiff and Lead Plaintiff's counsel to communicate, the date on which Lead Plaintiff will file its reply to Defendants' opposition to Lead Plaintiff's Motion for Class Certification, if any, is extended to January 10, 2006.

AGREED TO BY:

BERGER & MONTAGUE, P.C.

Sherrie R. Savett, Esq.
Phyllis M. Parker, Esq.
Jeffrey L. Osterwise, Esq.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4674

*Lead Counsel for Lead Plaintiff Steelworkers Pension Trust*

Dated: December 5, 2005

GIBSON, DUNN & CRUTCHER, LLP

John A. Herfort, Esq
Robert F. Serio, Esq.
J. Ross Wallin, Esq.
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

*Counsel for Defendants Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan*

Dated: December 5, 2005

SO ORDERED THIS _____ OF _____, 2005.

THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

12-6-05

400785_05.wpd