UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.        :       MDL No.: 7:05-md-01695-CM
    SECURITIES LITIGATION          :
---------------------------------------------------- x
---------------------------------------------------- x       **[PROPOSED] ORDER ON ADMISSION**
THIS DOCUMENT RELATES TO:            :       **TO PRACTICE *PRO HAC VICE***
ALL ACTIONS                          :
----------------------------------------------------x

    The motion for admission to practice *Pro Hac Vice* in the above captioned matter is granted. The admitted attorney, Jeffrey L. Osterwise, is permitted to argue or try this particular case in whole or in part as counsel.

    Such attorney admitted to practice *Pro Hac Vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office within 10 business days.

    This Order confirms his appearance as counsel in this case, and this Order will be entered on the Court's docket. A notation of this admission *Pro Hac Vice* for the above listed case will be made on the roll of attorneys.

    The attorney admitted *Pro Hac Vice* must serve a copy of this Order on all other counsel in this case.

Dated: 5/9/06

                                                             United States District Judge

cc:   *Pro Hac Vice* Attorneys
      Court File

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____