UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x

In Re VEECO INSTRUMENTS, INC.,    :   05-MD-1695 (CM)
SECURITIES LITIGATION           :

————————————————————x

THIS DOCUMENT RELATES TO:     :

————————————————————x

AUGUST SCHUPP, III, derivatively on behalf of :   05-CV-10225 (CM)
VEECO INSTRUMENTS, INC.,         :
                                   :
             Plaintiff(s),      :
                                   :   **NOTICE OF MOTION**
      v.                           :
                                   :
EDWARD H. BRAUN, et al.,          :
                                   :
            Defendant(s),     :

————————————————————x

DAVID ALTMAN, derivatively on behalf of   :   05-CV-10226 (CM)
VEECO INSTRUMENTS, INC.,         :
                                   :
             Plaintiff(s),      :
                                   :
      v.                           :
                                   :
EDWARD H. BRAUN, et al.,          :
                                   :
            Defendant(s)      :

————————————————————x

PLEASE TAKE NOTICE that, upon the date and time designated by the Court, plaintiffs August Schupp, III, and David Altman (the "Plaintiffs") by their counsel and pursuant to Federal Rule of Civil Procedure 15 will hereby move the Court for an order granting Plaintiffs' Motion for Leave to Amend Their Consolidated Amended Verified Shareholder Derivative Complaint and to File a Second Consolidated Amended Verified Shareholder Derivative Complaint. This Motion is made on the grounds that the amendments are required by justice and are not futile. Plaintiffs have neither acted dilatorily nor in bad faith. Moreover, defendants will not suffer any undue prejudice by granting Plaintiffs' Motion.

This Motion is based upon this Notice, the accompanying Memorandum of Law, the Declaration of Robert I. Harwood and the exhibits annexed thereto, and the complete records and files in this action.

DATED: November 7, 2006

__s/_Robert I. Harwood_____
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
Jennifer K. Hirsh
**WECHSLER HARWOOD LLP**
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400

Robert B. Weiser (*Of Counsel*)
Brett D. Stecker (*Of Counsel*)
**THE WEISER LAW FIRM, P.C.**
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2616

Nadeem Faruqi (NF-1184)
Shane Rowley  (SR-0740)
Beth A. Keller (BK-9421)
**FARUQI & FARUQI**
320 East 39th Street
New York, NY 10016
Telephone:  (212) 983-9330

Brian D. Penny (*pro hac vice*) (BP-4301)
Mark S. Goldman (*pro hac vice*) (MG-4683)
Paul J. Scarlato (*pro hac vice*) (PS-3007)
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone:  (484) 342-0700

Leigh Lasky (LL-6919)
**LASKY & RIFKIND, LTD**
100 Park Avenue, 12th Floor
New York, New York  10017
Telephone:  (212) 907-0700

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Glenn C. Mariano, hereby certify that on November 7, 2006, I caused true and correct copies of Plaintiffs' Notice of Motion, Memorandum of Law in Support of Motion for Leave to Amend, and the Declaration of Robert I. Harwood and the exhibits annexed thereto, to be served upon the following counsel by electronic means, hand delivery, and overnight delivery:

John A. Herfort, Esq.
Robert J. Serio, Esq.
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Sherrie R. Savett, Esq.
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365

*Counsel for Securities Plaintiffs*

Glenn C. Mariano