UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.   :   MDL No.: 7:05-md-01695-CM
  SECURITIES LITIGATION          :
------------------------------------------------- x
------------------------------------------------- x
THIS DOCUMENT RELATES TO:        :   NOTICE OF MOTION TO ADMIT
  ALL ACTIONS                    :   COUNSEL *PRO HAC VICE*
-------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Phyllis M. Parker, Esquire dated November 17, 2006, the undersigned will move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, for an Order allowing Carole A. Broderick to appear as counsel on behalf of Lead Plaintiff Steelworkers Pension Trust and the Class certified in the above action *Pro Hac Vice* for all purposes in this proceeding.

DATED:  November 17, 2006

                                            Phyllis M. Parker
                                            (Admitted attorney *Pro Hac Vice* by
                                            Order of 11/16/05)
                                            **BERGER & MONTAGUE, P.C.**
                                            1622 Locust Street
                                            Philadelphia, PA 19103
                                            (215) 875-3000
                                            pparker@bm.net



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.            :    MDL No.: 7:05-md-01695-CM
      SECURITIES LITIGATION              :
------------------------------------------------------- x
------------------------------------------------------- x    [PROPOSED] ORDER ON ADMISSION
THIS DOCUMENT RELATES TO:                :    TO PRACTICE PRO HAC VICE
ALL ACTIONS                              :
-------------------------------------------------------x
```

     The motion for admission to practice *Pro Hac Vice* in the above captioned matter is granted. The admitted attorney, Carole A. Broderick, is permitted to argue or try this particular case in whole or in part as counsel.

     Such attorney admitted to practice *Pro Hac Vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office within 10 business days.

     This Order confirms his appearance as counsel in this case, and this Order will be entered on the Court's docket. A notation of this admission *Pro Hac Vice* for the above listed case will be made on the roll of attorneys.

     The attorney admitted *Pro Hac Vice* must serve a copy of this Order on all other counsel in this case.

Dated: November ____, 2006

 

                                                                                                                 _____
                                                                                                                   United States District Judge

cc:    *Pro Hac Vice* Attorneys
         Court File

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :    MDL No.: 7:05-md-01695-CM
    SECURITIES LITIGATION              :
---------------------------------------------------------- x
---------------------------------------------------------- x
THIS DOCUMENT RELATES TO:              :    **AFFIDAVIT OF PHYLLIS M.**
                                       :    **PARKER IN SUPPORT OF MOTION**
                                       :    **TO ADMIT COUNSEL *PRO HAC VICE***
ALL ACTIONS                            :
----------------------------------------------------------x

Commonwealth of Pennsylvania      )
                                  )    ss:
County of Philadelphia            )

    I, Phyllis M. Parker, an attorney admitted to practice before the Courts of the Commonwealth of Pennsylvania and admitted to practice *Pro Hac Vice* before the Court in this action, hereby affirms, under penalties of perjury, as follows:

    1.    I am a senior associate of Berger & Montague, P.C. which is the Lead Counsel for Lead Plaintiff Steelworkers Pension Trust and the Class in this Action. I am a member in good standing of the bar of the Commonwealth of Pennsylvania. Pursuant to this Court's Order of November 16, 2005, I have been admitted to practice *Pro Hac Vice* in this action. I submit this affidavit in support of the motion of Carole A. Broderick that she be permitted to appear as counsel on behalf of Lead Plaintiff Steelworkers Pension Trust and the Class *Pro Vac Vice* for all purposes in this action, including, but not limited to, conferences, pleadings, motion practice, arguments and trial.

    2.    I am informed and believe that Carole A. Broderick is a member in good standing of the bar of the Supreme Court of Pennsylvania. Carole A. Broderick is a partner of Berger & Montague, P.C. which has its offices at 1622 Locust Street, Philadelphia, PA 19103-6365.

    3.    A Certificate of Good Standing from the Supreme Court of Pennsylvania for Carole A. Broderick is annexed as Exhibit A.

    4.    It is my belief that the requirements of Local Civil Rule 1.3(c) of this Court are fully satisfied.

5. In its Order dated October 12, 2005 selecting Lead Plaintiff and Lead Counsel in this Action, the Court stated that it saw no need for and declined to appoint a local liaison counsel in this Action, because, *inter alia*, the attorneys from Berger & Montague who are appearing in this Action have been admitted *Pro Hac Vice* as temporary members of the Court and this is an electronic filing case. Accordingly, as a lawyer admitted to practice *Pro Hac Vice* in this action, I am respectfully submitting this affidavit in support of the motion without local counsel.

6  Accordingly, I respectfully request that the motion be granted and the Court sign the proposed order annexed as Exhibit B. The $25.00 fee will be paid upon presentation of the Order to the Clerk.

Phyllis M. Parker

Subscribed and sworn to before me
this 17th day of November, 2006.

Notary Public, Commonwealth of Pennsylvania
My commission expires:





## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Carole A. Broderick, Esq.*

**DATE OF ADMISSION**

*June 1, 1958*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 14, 2006

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.      :   MDL No.: 7:05-md-01695-CM
    SECURITIES LITIGATION          :
------------------------------------------------- x
------------------------------------------------- x   **AFFIDAVIT OF CAROLE A. BRODERICK**
THIS DOCUMENT RELATES TO:          :   **IN SUPPORT OF MOTION TO ADMIT**
ALL ACTIONS                        :   **COUNSEL *PRO HAC VICE***
-------------------------------------------------x

Commonwealth of Pennsylvania       )
                                   )   ss:
County of Philadelphia             )

Carole A. Broderick, being duly sworn, hereby deposes and says:

1. I am an associate with the law firm of Berger & Montague, P.C.

2. I submit this affidavit in support of the motion for my admission to practice *Pro Hac Vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case.

*[signature]*
Carole A. Broderick (PA # 12001)
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Cbroderick@bm.net

Subscribed and sworn to before me
this 17th day of November, 2006.

*[signature]*

Notary Public, Commonwealth of Pennsylvania
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARY ANN [illegible], Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 6, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, I caused a true and correct copy of Notice of Motion to Admit Counsel *Pro Hac Vice*; Affirmation of Phyllis M. Parker in Support of Motion to Admit Counsel *Pro Hac Vice*; and Affidavit of Carole A. Broderick in Support of Motion to Admit Counsel *Pro Hac Vice* to be served upon the following Counsel via:

**Electronic Filing:**

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

**First Class Mail Postage Pre-paid:**

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Jennifer K. Hirsh, Esq.
WECHSLER HARWOOD LLP
488 Madison Avenue
New York, NY 10022

*Counsel for Derivative Plaintiffs*

**First Class Mail Postage Pre-paid Cont'd:**

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
FARUQI & FARUQI LLP
320 East 39th Street
New York, NY 10016

Brian D. Penny, Esq.
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street
Conshohocken, PA 19428

*Counsel for Derivative Plaintiffs*

Eleanor Magnus