UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re VEECO INSTRUMENTS, INC. SECURITIES LITIGATION | : | 05-MD-1695 (CM) (GAY) |
| DAVID ALTMAN, derivatively on behalf of VEECO INSTRUMENTS, INC., | : | 05-CV-10225 (CM) (GAY) |
| Plaintiff(s), | : | |
| vs. | : | |
| EDWARD H. BRAUN, et al., | : | |
| Defendant(s), | : | |
| AUGUST SCHUPP, III, derivatively on behalf of VEECO INSTRUMENTS, INC., | : | 05-CV-10226 (CM) (GAY) |
| Plaintiff(s), | : | |
| vs. | : | |
| EDWARD H. BRAUN, et al., | : | |
| Defendant(s). | : | |

TO CLERK OF THE COURT AND COUNSEL OF RECORD:

**NOTICE OF CHANGE OF FIRM NAME**

**PLEASE TAKE NOTICE** that the firm of Wechsler Harwood LLP has changed its name to Harwood Feffer LLP. The telephone and telecopier numbers remain the same.

Dated: January 2, 2007							HARWOOD FEFFER LLP

								By:	/s/ Robert I. Harwood
									Robert I. Harwood (RH-3286)
									488 Madison Avenue
									New York, New York 10022
									Telephone: (212) 935-7400
									Telecopier: (212) 753-3630
									rharwood@hfesq.com

									Attorneys for Derivative Plaintiffs