UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

————————————————————————x
:
In re VEECO INSTRUMENTS, INC.            :   05-MD-1695 (CM) (GAY)
SECURITIES LITIGATION                    :
:
:
————————————————————————x
DAVID ALTMAN, derivatively on behalf of  :
VEECO INSTRUMENTS, INC.,                 :   05-CV-10225 (CM) (GAY)
:
         Plaintiff(s),                   :
:
    vs.                                  :
:
EDWARD H. BRAUN, et al.,                 :
:
         Defendant(s),                   :
:
————————————————————————x
AUGUST SCHUPP, III, derivatively on behalf of :
VEECO INSTRUMENTS, INC.,                 :   05-CV-10226 (CM) (GAY)
:
         Plaintiff(s),                   :
:
    vs.                                  :
:
EDWARD H. BRAUN, et al.,                 :
:
         Defendant(s).                   :
————————————————————————x

**NOTICE OF MOTION OF DERIVATIVE
PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Robert I. Harwood, dated January 3, 2007, the undersigned will move this Court, before the Honorable Colleen McMahon, United States Courthouse, New York, New York for an order extending the discovery deadline until April 30, 2007.

DATED:  January 3, 2007 HARWOOD FEFFER LLP

 /s/ Robert I. Harwood
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
488 Madison Avenue, 8th Fl.
New York, New York 10022
(212) 935-7400

FARUQI & FARUQI LLP
Shane T. Rowley
Jamie R. Mogil
320 East 39th Street
New York, New York
(212) 983-9330

GOLDMAN SCARLATO
  & KARON
Paul J. Scarlato
Brian P. Penny
Carly J. Rittenhouse
101 West Elm Street
Conshohocken, PA 19428
(484) 342-0700

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
Brett D. Stecker
121 North Wayne Avenue
Wayne, PA 19087
(610) 225-2677

*Counsel for Derivative Plaintiffs*