UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
:
In re VEECO INSTRUMENTS, INC.  : 05-MD-1695 (CM) (GAY)
SECURITIES LITIGATION  :
:
———————————————————————x
DAVID ALTMAN, derivatively on behalf of :
VEECO INSTRUMENTS, INC.,  : 05-CV-10225 (CM) (GAY)
:
        Plaintiff(s),  :
:
vs.  :
:
EDWARD H. BRAUN, et al.,  :
:
        Defendant(s),  :
:
———————————————————————x
AUGUST SCHUPP, III, derivatively on behalf of :
VEECO INSTRUMENTS, INC.,  : 05-CV-10226 (CM) (GAY)
:
        Plaintiff(s),  :
:
vs.  :
:
EDWARD H. BRAUN, et al.,  :
:
        Defendant(s).  :
———————————————————————x

**DECLARATION OF ROBERT I. HARWOOD IN SUPPORT OF
DERIVATIVE PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINE**

    I, Robert I. Harwood, hereby declare and say:

    1.    I am a member of the firm of Harwood Feffer LLP, formerly known as Wechsler Harwood LLP. I submit this declaration in support of derivative plaintiffs' motion to extend the discovery cut-off date until April 30, 2007.

    2.    Annexed hereto as Exhibit A is a true and correct copy of a letter dated July 27, 2006 from defendants to the Court.

3. Annexed hereto as Exhibit B is a true and correct copy of a letter dated October 26, 2006 from defendants to plaintiffs.

4. Annexed hereto as Exhibit C is a true and correct copy of a letter dated December 1, 2006 from defendants to plaintiffs.

5. Annexed hereto as Exhibit D is a true and correct copy of a letter dated December 12, 2006 from defendants to plaintiffs.

6. Annexed hereto as Exhibit E is a true and correct copy of derivative plaintiffs' Notice of Depositions directed to defendants.

7. Annexed hereto as Exhibit F is a true and correct copy of a letter dated December 12, 2006 from defendants to plaintiffs.

8. Annexed hereto as Exhibit G is a true and correct copy of a letter dated December 14, 2006 from plaintiffs to defendants.

9. Annexed hereto as Exhibit H is a true and correct copy of a letter dated December 27, 2006 from defendants to plaintiffs.

10. Annexed hereto as Exhibit I is a true and correct copy of a December 26, 2006 e-mail from defendants to plaintiffs.

Dated: January 3, 2007

        /s/ Robert I. Harwood  
        Robert I. Harwood