## CERTIFICATE OF SERVICE

I, Glenn Mariano, hereby certify that I am over the age of 18 years, am employed by the law firm of Harwood Feffer LLP and that on January 3, 2007, the foregoing **Memorandum of Law in Support of Derivative Plaintiffs' Motion to Extend Discovery Deadline, Notice of Motion, and the Declaration of Robert I. Harwood in Support of said motion** was served in accordance with the Federal Rules of Civil Procedure, and/or the Court's Local Rules, by First Class Mail, postage prepaid, and/or the Rules on Electronic Service, upon the following parties and participants:

>John A. Herfort, Esq.
>Robert J. Serio, Esq.
>J. Ross Wallin, Esq.
>Colin R. Young, Esq.
>**GIBSON, DUNN & CRUTCHER LLP**
>200 Park Avenue
>New York, NY 10166
>
>*Counsel for Defendants*

_____
Glenn C. Mariano