UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.           :       MDL No.: 7:05-md-01695-CM
  SECURITIES LITIGATION                 :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO:               :       NOTICE OF MOTION TO ADMIT
 ALL ACTIONS                            :       COUNSEL *PRO HAC VICE*
-------------------------------------------------------x

    **PLEASE TAKE NOTICE** that upon the annexed affidavit of Phyllis M. Parker, Esquire dated December 28, 2006, the undersigned will move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, for an Order allowing Shoshana Savett to appear as counsel on behalf of Lead Plaintiff Steelworkers Pension Trust and the Class certified in the above action *Pro Hac Vice* for all purposes in this proceeding.

DATED:   January 3, 2007

                                        Phyllis M. Parker
                                        (Admitted attorney *Pro Hac Vice* by
                                        Order of 11/16/05)
                                        **BERGER & MONTAGUE, P.C.**
                                        1622 Locust Street
                                        Philadelphia, PA 19103
                                        (215) 875-3000
                                        pparker@bm.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

412165.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.            :     MDL No.: 7:05-md-01695-CM
   SECURITIES LITIGATION                 :
---------------------------------------------------- x
---------------------------------------------------- x
                                         :     [PROPOSED] ORDER ON ADMISSION
THIS DOCUMENT RELATES TO:                :     TO PRACTICE *PRO HAC VICE*
ALL ACTIONS                              :
----------------------------------------------------x

     The motion for admission to practice *Pro Hac Vice* in the above captioned matter is granted. The admitted attorney, Shoshana Savett, is permitted to argue or try this particular case in whole or in part as counsel.

     Such attorney admitted to practice *Pro Hac Vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office within 10 business days.

     This Order confirms her appearance as counsel in this case, and this Order will be entered on the Court's docket. A notation of this admission *Pro Hac Vice* for the above listed case will be made on the roll of attorneys.

     The attorney admitted *Pro Hac Vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____

                                                                                           _____
                                                                                           United States District Judge

cc:    *Pro Hac Vice* Attorneys
        Court File

412165_00.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.  : MDL No.: 7:05-md-01695-CM
SECURITIES LITIGATION :
---------------------------------------------------- x
---------------------------------------------------- x
THIS DOCUMENT RELATES TO:   :   **AFFIDAVIT OF PHYLLIS M.**
:   **PARKER IN SUPPORT OF MOTION**
:   **TO ADMIT COUNSEL *PRO HAC VICE***
ALL ACTIONS    :
----------------------------------------------------x

Commonwealth of Pennsylvania  )
                              )  ss:
County of Philadelphia        )

    I, Phyllis M. Parker, an attorney admitted to practice before the Courts of the Commonwealth of Pennsylvania and admitted to practice *Pro Hac Vice* before the Court in this action, hereby affirms, under penalties of perjury, as follows:

    1.    I am a senior associate of Berger & Montague, P.C. which is the Lead Counsel for Lead Plaintiff Steelworkers Pension Trust and the Class in this Action. I am a member in good standing of the bar of the Commonwealth of Pennsylvania. Pursuant to this Court's Order of November 16, 2005, I have been admitted to practice *Pro Hac Vice* in this action. I submit this affidavit in support of the motion of Shoshana Savett that she be permitted to appear as counsel on behalf of Lead Plaintiff Steelworkers Pension Trust and the Class *Pro Vac Vice* for all purposes in this action, including, but not limited to, conferences, pleadings, motion practice, arguments and trial.

    2.    I am informed and believe that Shoshana Savett is a member in good standing of the bar of the U.S. District Court for the Eastern District of Pennsylvania. Shoshana Savett is an associate of Berger & Montague, P.C. which has its offices at 1622 Locust Street, Philadelphia, PA 19103-6365.

    3.    A Certificate of Good Standing from the U.S. District Court for the Eastern District of Pennsylvania for Shoshana Savett is annexed as Exhibit A.

412165_01.wpd

4. It is my belief that the requirements of Local Civil Rule 1.3(c) of this Court are fully satisfied.

5. In its Order dated October 12, 2005 selecting Lead Plaintiff and Lead Counsel in this Action, the Court stated that it saw no need for and declined to appoint a local liaison counsel in this Action, because, *inter alia*, the attorneys from Berger & Montague who are appearing in this Action have been admitted *Pro Hac Vice* as temporary members of the Court and this is an electronic filing case. Accordingly, as a lawyer admitted to practice *Pro Hac Vice* in this action, I am respectfully submitting this affidavit in support of the motion without local counsel.

6 Accordingly, I respectfully request that the motion be granted and the Court sign the proposed order annexed as Exhibit B. The $25.00 fee will be paid upon presentation of the Order to the Clerk.

Phyllis M. Parker

Subscribed and sworn to before me
this __3__ day of __January__, 2007.

Notary Public, Commonwealth of Pennsylvania
My commission expires:

NOTARIAL SEAL
SUSAN D. PROTAS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 31, 2008

412165_01.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.       :    MDL No.: 7:05-md-01695-CM
     SECURITIES LITIGATION           :
---------------------------------------------------- x
---------------------------------------------------- x   **AFFIDAVIT OF Shoshana Savett**
THIS DOCUMENT RELATES TO:            :    **IN SUPPORT OF MOTION TO ADMIT**
ALL ACTIONS                          :    **COUNSEL *PRO HAC VICE***
----------------------------------------------------x

Commonwealth of Pennsylvania    )
                                )   ss:
County of Philadelphia          )

Shoshana Savett, being duly sworn, hereby deposes and says:

1. I am an associate with the law firm of Berger & Montague, P.C.

2. I submit this affidavit in support of the motion for my admission to practice *Pro Hac Vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the U.S. District Court for the Eastern District of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case.

_____
Shoshana Savett (PA #91601)
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
stsavett@bm.net

Subscribed and sworn to before me
this ___ day of January_____, 2007.

_____
Notary Public, Commonwealth of Pennsylvania
My commission expires:

412165_00.wpd

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Shoshana Savett, Bar # 91601, was duly admitted to practice in said Court on May 13, 2004, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                           Clerk of Court

on December 20, 2006.                        BY _____
                                             Aida Ayala,     Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I caused a true and correct copy of Notice of Motion to Admit Counsel *Pro Hac Vice*; Affirmation of Phyllis M. Parker in Support of Motion to Admit Counsel *Pro Hac Vice*; and Affidavit of Shoshana T. Savett in Support of Motion to Admit Counsel *Pro Hac Vice* to be served upon the following Counsel via electronic filing:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Jennifer K. Hirsh, Esq.
**WECHSLER HARWOOD LLP**
488 Madison Avenue
New York, NY 10022

*Counsel for Derivative Plaintiffs*

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
**FARUQI & FARUQI LLP**
320 East 39th Street
New York, NY 10016

Brian D. Penny, Esq.
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Conshohocken, PA 19428

*Counsel for Derivative Plaintiffs*

_____
Phyllis M. Parker