1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com



# Berger&Montague,P.C.
ATTORNEYS AT LAW

CAROLE A. BRODERICK

WRITER'S DIRECT DIAL 215/875-3015
WRITER'S DIRECT FAX 215/875-5715
WRITER'S DIRECT E-MAIL cbroderick@bm.net

February 20, 2007

Via Facsimile 914-390-4152
212-805-6326

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

RECEIVED FEB 20 2007 CHAMBERS OF COLLEEN McMAHON

Re: *In re: Veeco Instruments Inc., Securities Litigation*
Case No. 7:05-md-01695 (CM) (GAY)

RECEIVED FEB 20 CHAMBERS OF GEORGE A. YANTHIS U.S.M.J.

Dear Judge McMahon:

We represent the Lead Plaintiff in the above-captioned securities class action. We write to request permission to take the deposition of Edward Braun, the Chief Executive Officer of Defendant Veeco Instruments, Inc. and one of the Individual Defendants in this action, after February 28th, rather than after the conference with the Court on Friday, February 23rd, on the following grounds:

If the deposition is taken in White Plains, instead of at One Penn Plaza where it was scheduled to be held, Ms. Broderick, the lawyer who will take the deposition of Mr. Braun, will be forced to terminate the deposition at 3:30 p.m., in order to get home to the suburbs of Philadelphia to relieve her husband's care giver. Her husband is gravely ill, cannot care for himself, and is facing life-threatening surgery with high mortality risk. As a result, if the deposition is taken in White Plains, Lead Plaintiff would be deprived of a full day of deposition of the person who is both an Individual Defendant and the Chief Executive Officer of the Defendant Company.

We asked that Defendants consent to this request, which they refused to give on the ground that they thought someone else should take the deposition. As Defendants know, of the other persons assigned to the case, Ms. Savett is on vacation, Ms. Parker is an Orthodox Jew who would have to terminate the deposition even earlier than Ms. Broderick, and Mr. Osterwise has been practicing law for less than two years and has never taken a deposition.

*[Handwritten note:]* This issue has been referred to undersigned by Judge McMahon. Application denied. The schedule set by Judge McMahon for 2/23/07 will be adhered to. SO ORDERED. /s/ George A. Yanthis, USMJ, 2/20/07

## Berger&Montague,P.C.
ATTORNEYS AT LAW

Honorable Colleen McMahon
February 20, 2007
Page -2-

    If this request is not granted, Lead Plaintiff will be severely disadvantaged. Conversely, Defendants will not suffer any meaningful prejudice if the request is granted. Also, if the request is granted, the conference could be held at the time at which it was originally scheduled.

Respectfully submitted

Carole A. Broderick/jb

Carole A. Broderick

cc: Robert J. Serio, Esq. (via e-mail)
     Robert I. Harwood, Esq. (via e-mail)