UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.  :
SECURITIES LITIGATION          :  05 MD 1695 (CM)(GAY)
:
-------------------------------------------------------x
:
THIS DOCUMENT RELATES TO:     :
ALL ACTIONS                    :
:
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify, under penalty of perjury, that on the 21st day of February, 2007, I caused a true and correct copy of the Memorandum of Law in Opposition to Lead Plaintiff's Motion to Vacate and Reverse the Discovery Order of Magistrate Judge George A. Yanthis Dated January 24, 2007; and the Declaration of J. Ross Wallin in Support of Defendants' Opposition to Lead Plaintiff's Motion to Vacate and Reverse the Discovery Order of Magistrate Judge George A. Yanthis Dated January 24, 2007 to be served on the following counsel for plaintiffs by electronic means:

| | |
|---|---|
| Sherrie R. Savett, Esq.<br>Phyllis M. Parker, Esq.<br>Jeffrey L. Osterwise, Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br><br>*Attorneys for Lead Plaintiff* | Robert I. Harwood, Esq.<br>Samuel K. Rosen, Esq.<br>Joshua D. Glatter, Esq.<br>Harwood Feffer LLP<br>488 Madison Avenue<br>New York, New York 10022<br><br>*Attorneys for Derivative Plaintiffs* |
| Brian D. Penny, Esq.<br>Mark S. Goldman, Esq.<br>Paul J. Scarlato, Esq.<br>Goldman Scarlato & Karon, P.C.<br>101 West Elm Street, Suite 360<br>Conshohocken, Pennsylvania 19428<br><br>*Attorneys for Derivative Plaintiffs* | Nadeem Faruqi, Esq.<br>Shane Rowley, Esq.<br>Beth A. Keller, Esq.<br>Faruqi & Faruqi, LLP<br>320 East 39th Street<br>New York, New York  10016<br><br>*Attorneys for Derivative Plaintiffs* |

_____
J. Ross Wallin (JW-3911)