```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

L.I.S.T., Inc. et al.,

                       Plaintiff(s),                      05-md-1695 (CM) (GAY)

    -against-

Veeco Instruments, Inc., et al.,

                       Defendant(s).

------------------------------------------------------------- x

## ORDER RE SCHEDULING

McMAHON, District Judge.

    ORDERED as follows:

    1.    Plaintiffs are to designate all experts by March 23, 2007.

    2.    Defendants are to designate all experts by April 20, 2007.

    3.    All discovery is to be completed by May 11, 2007.

    4.    All final pre-trial papers required by Judge McMahon's rules (which, for the derivative case includes proposed findings of fact and conclusions of law) are due June 1, 2007, as are any in limine motions.

    5.    Responses to in limine motions are due June 8, 2007. No reply is permitted.

    6.    Parties are to follow Judge McMahon's practice rules. Those rules can be found on the Court's website www.nysd.uscourts.gov

_____
Hon. Colleen McMahon
United States District Judge