**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
IN RE VEECO INSTRUMENTS INC.      :   No. 7:05-MD-01695-CM
SECURITIES LITIGATION                :
---------------------------------------------------------------x
This Document Relates To:              :   **NOTICE OF CHANGE OF ADDRESS**
                                        :
      ALL ACTIONS                           :
---------------------------------------------------------------x
AUGUST SCHUPP, III, derivatively on behalf  :   No. 7:05-CV-10225-CM
of VEECO INSTRUMENTS, INC.,
                         Plaintiff,

      v.

EDWARD H. BRAUN, *et al.*,

                         Defendants
---------------------------------------------------------------x
DAVID ALTMAN, derivatively on behalf of   :   No. 7:05-CV-10226-CM
VEECO INSTRUMENTS, INC.,

                         Plaintiff,

      v.

EDWARD H. BRAUN, *et al.*,

                         Defendants.
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that effective February 19, 2007, FARUQI & FARUQI, LLP, has relocated its New York office to the following new address:

      Faruqi & Faruqi, LLP
      369 Lexington Avenue, 10th Floor
      New York, NY 10017-6531
      Telephone:  (212) 983-9330
      Facsimile:  (212) 983-9331

      Please note that our telephone and fax numbers remain the same.

| | |
|---|---|
| DATED: March 30, 2007 | FARUQI & FARUQI, LLP |
| | |
| | _s/Nadeem Faruqi_ |
| | Nadeem Faruqi (NF-1184) |
| | Shane T. Rowley (SR-0740) |
| | Beth A. Keller (BK-9421) |
| | 369 Lexington Avenue, 10th Floor |
| | New York, NY 10017-6531 |
| | Telephone: (212) 983-9330 |
| | Facsimile: (212) 983-9331 |
| | |
| | *Counsel for Derivative Plaintiffs* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of March, 2007, a true and correct copy of the foregoing Notice of Change of Address was placed in the U.S. Mails, with postage prepaid thereon and properly addressed to:

**COUNSEL FOR PLAINTIFF(S):**

| | |
|---|---|
| Robert I. Harwood | Sherrie R. Savett |
| Jeffrey M. Norton | Phyllis M. Parker |
| Jennifer K. Hirsh | Jeffrey L. Osterwise |
| HARWOOD FEFFER LLP | BERGER & MONTAGUE, P.C. |
| 488 Madison Avenue | 1622 Locust Street |
| New York, NY 10022 | Philadelphia, PA 19103 |
| | |
| Mark S. Goldman | Robert B. Weiser |
| Paul J. Scarlato | THE WEISER LAE FIRM, P.C. |
| Brian D. Penny | 121 N. Wayne Avenue |
| GOLDMAN SCARLATO & KARON, P.C. | Suite 100 |
| 101 West Elm Street | Wayne, PA 19087 |
| Conshohocken, PA 19428 | |

**COUNSEL FOR DEFENDANT(S):**

John A. Herfort
Robert J. Serio
J. Ross Wallin
Colin R. Young
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

                                                       s/Aleksey V. Barinov