1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
ATTORNEYS AT LAW

CAROLE A. BRODERICK
WRITER'S DIRECT DIAL | 215/875-3015
WRITER'S DIRECT FAX | 215/875-5715
WRITER'S DIRECT E-MAIL | cbroderick@bm.net

May 1, 2007

**Via Facsimile (914) 390-4095**

Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
Room 118
White Plains, New York 10601-4150

RECEIVED
MAY - 1 2007
CHAMBERS OF
GEORGE A. YANTHIS
U.S.M.J.

Re: *In re Veeco Securities Litigation*

Dear Judge Yanthis:

Lead Plaintiff respectfully submits this letter to advise the Court that Defendants misrepresented certain critical facts to the Court in the teleconference held today when they said that although they informed Plaintiff on April 10, 2007 that they intended to conduct a word search of electronic documents, Plaintiff did not object to that procedure until April 24, 2007. In fact, in an e-mail dated April 13, 2007, enclosed herewith, I told Defendants' counsel that:

> "Your statement to Jeff that you intend to do a word search of the electronic documents rather than a document by document review is unacceptable. There is every reason to believe that such a search may miss important documents, as it did the last time, and a document by document search of emails for a handful of people for a few months is not unduly burdensome. We believe that the electronic documents should be produced no later than April 25. Please let me know whether you agree to do a document by document search and will produce the document by April 25 by Monday [April 16, 2007]."

In addition, as indicated in that email, we requested that Defendants produce all documents by April 25th.

Defendants' counsel did not respond to that email until Thursday, April 19, 2007, almost one week later, although we had requested their response by Monday, April 16th. At that time, Defendants stated that, despite Plaintiff's objections, they would only produce documents using unspecified search-terms, and refused to provide any estimate of when production would be complete. To date, we have not received electronic documents from the files of the Individual

*Handwritten annotation:* The Court has considered this application and defendant's application dated May 2, 2007. Application denied. The Court adheres to its rulings on May 1, 2007.

SO ORDERED:
*/s/ Gene A. Yanthis* 5/4/07
Hon. George A. Yanthis
United States Magistrate Judge.