UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re VEECO INSTRUMENTS, INC. : MDL No.: 7:05-md-01695 (CM)
SECURITIES LITIGATION :
---------------------------------------x
---------------------------------------x
THIS DOCUMENT RELATES TO :
ALL ACTIONS :
---------------------------------------x

## JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT TAKING OF DEPOSITION OF STEVEN C. AMATO ON MAY 17, 2007

Subject to approval by the Court, the parties in the above action hereby agree that Lead Plaintiff in the above action shall be permitted to take the deposition of Steven C. Amato, a non-party in this action, on May 17, 2007.

On March 26, 2007, the Court entered a revised Scheduling Order, ordering that all discovery is to be completed by May 11, 2007.

Lead Plaintiff noticed the deposition of Steven C. Amato, the Ernst & Young Audit Partner on the Veeco account during the Class Period, for May 8, 2007. The deposition is within the ten-deposition limit of the Federal rules. However, counsel for Ernst & Young informed Plaintiff that Mr. Amato was unavailable on May 8, 2007 and that the earliest Mr. Amato could be deposed was May 17, 2007. This is four business days after the May 11, 2007 discovery cut-off.

Defendants have consented to Plaintiff's request to schedule the deposition of Mr. Amato on May 17.

AGREED TO BY:

BERGER & MONTAGUE, P.C.

_____
Sherrie R. Savett, Esq.
Carole A. Broderick
Phyllis M. Parker, Esq.
Jeffrey L. Osterwise, Esq.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4674

*Lead Counsel for Lead Plaintiff Steelworkers Pension Trust and the Class*

Dated: April 30, 2007

IT IS SO ORDERED:

Date: 5/9, 2007

GIBSON, DUNN & CRUTCHER, LLP

_____
Robert F. Serio, Esq.
John A. Herfort, Esq
J. Ross Wallin, Esq.
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

*Counsel for Defendants Veeco Instruments, Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan*

Dated: 5/2, 2007

_____
Honorable Colleen McMahon
United States District Court Judge

1622 LOCUST STREET PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
ATTORNEYS AT LAW

**PHYLLIS M. PARKER**

WRITER'S DIRECT DIAL (215) 875-4647
WRITER'S DIRECT FAX (215) 875-4674
WRITER'S DIRECT E-MAIL pparker@bm.net


RECEIVED
MAY -3 2007
CHAMBERS OF
COLLEEN McMAHON

May 3, 2006

**Via Facsimile (914) 390-4152**
**(212) 805-6326**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

Re:   *In re: Veeco Instruments Inc., Securities Litigation*
      Case No: 7:05-md-01695 (CM)

Dear Judge McMahon:

We represent Lead Plaintiff Steelworkers Pension Trust and the Class in the above action and we are writing this letter after conferring with counsel for Defendants. The parties respectfully request Your Honor's approval of the enclosed Joint Stipulation and [Proposed] Order to Permit Lead Plaintiff's Taking the Deposition of non-party deponent Steven C. Amato on May 17, 2007.

We greatly appreciate Your Honor's consideration in this matter.

Respectfully submitted,

Phyllis M. Parker

Enclosure

cc:   Robert F. Serio, Esq./J. Ross Wallin, Esq./Colin Young, Esq.
      Robert Harwood, Esq.