## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                  :
-------------------------------------------------- x
-------------------------------------------------- x
THIS DOCUMENT RELATES TO               :
ALL ACTIONS                            :
-------------------------------------------------- x
```

### LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY
### OF AN ORDER APPROVING NOTICE OF PENDENCY
### OF CLASS ACTION AND NOTICE PROCEDURES

PLEASE TAKE NOTICE that, upon the papers to be filed with the Court, Lead Plaintiff,

by its counsel Berger & Montague, P.C., will move the Court, before the Honorable Colleen

McMahon, United States District Judge, at a date and time determined by the Court, for entry of

an Order approving a notice of pendency of class action and approving and directing procedures

for providing the Class with notice of pendency of class action.

PLEASE TAKE FURTHER NOTICE that, Lead Plaintiff will rely upon the supporting

Memorandum of Law, the Declaration of Phyllis M. Parker and accompanying Exhibits filed

herewith.

A proposed form of Order is submitted herewith.

Dated: May 14, 2007

BERGER & MONTAGE, P.C.

Sherrie R. Savett, Esq.
Carole A. Broderick
Phyllis M. Parker, Esq.
Jeffrey L. Osterwise, Esq.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4674

***Lead Counsel for Lead Plaintiff Steelworkers
Pension Trust and the Class***

2