1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
ATTORNEYS AT LAW

CAROLE A. BRODERICK

WRITER'S DIRECT DIAL    215/875-3016
WRITER'S DIRECT FAX    215/875-5715
WRITER'S DIRECT E-MAIL    cbroderick@bm.net

May 14, 2007

RECEIVED
MAY 15 2007
CHAMBERS OF
COLLEEN McMAHON

**Via Facsimile: (212) 805-6326**
**(914) 390-4152**

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl street
Room 640
New York, NY 10007

5/15/2007

*I am signing this order today in that I do not need for any response from defendants.*

*Cm*

**Re:    *In re Veeco Instruments Inc. Securities Litigation***
**Case No. 7:05-md-01695**

Dear Judge McMahon:

We are enclosing a courtesy copy of Lead Plaintiff's motion, filed with the Court,  for the entry of an order (1) directing the mailing of notice of pendency of the class action to class members; (2) directing the publication of notice of pendency in The Wall Street Journal; (3) providing for the other customary notice and opt-out procedures; and (4) requiring Defendants to cause the transfer agent of Defendant Veeco Instruments Inc. to provide promptly the Company's transfer records for the appropriate period to Lead Plaintiff's designated Notice Administrator.  We have also enclosed samples of notices that have been ordered in other cases to demonstrate that the forms of the enclosed notices are standard forms in securities actions.

Respectfully yours,

Carole A. Broderick

CAB:lb
Enclosures

cc:    John A. Herfort, Esq. (via e-mail);  Robert J. Serio, Esq. (via e-mail)
       J. Ross Wallin, Esq. (via e-mail);  Colin R. Young, Esq. (via e-mail)

415977

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____