# GIBSON, DUNN & CRUTCHER LLP

## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

KWatlin@gibsondunn.com

May 11, 2007

Direct Dial
(212) 351-5395
Fax No.
(212) 351-6223

Client No.
T 94625-00001

VIA FACSIMILE

The Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 118
White Plains, New York 10601-4150

Re:   In re Veeco Instruments Inc. Sec. Litig., 05 MD 1695 (CM)(GAY)

Dear Magistrate Judge Yanthis:

I am counsel to Defendants in the above-referenced action. I write in response to the letter of Arthur Stock, dated May 11, 2007, which is misleading in several material respects.

First, my May 10, 2007 letter accurately describes my exchanges with Mr. Stock with respect to the scheduling of expert depositions. Mr. Stock's statement that Defendants waited until May 3, 2007 to confirm that they wished to depose Dr. Feinstein is false. I made it clear during my April 23, 2007 phone conversation with Mr. Stock that Defendants wanted to depose Dr. Feinstein. Mr. Stock apparently contends that he offered May 4, 2007 as a date for Dr. Feinstein's deposition, even though he had no idea whether Defendants in fact wanted to depose Dr. Feinstein. Of course we did and Mr. Stock knew we did and had known so since at least April 23, 2007. His statement thus makes no sense. As Mr. Stock is well aware, at no point in time between April 23, 2007 and May 3, 2007 did I ever suggest to Mr. Stock, either orally or in writing, that Defendants were even considering the possibility of proceeding without deposing Dr. Feinstein.

Second, Mr. Stock contends that May 4, 2007 was the only date he offered for Dr. Feinstein's deposition. Defendants were not able to depose Dr. Feinstein in Boston on that date. Lead Plaintiff's position that Defendants waived their right to depose Dr. Feinstein because they were unable to depose him on the single day that Mr. Stock offered is patently unreasonable.

LOS ANGELES   NEW YORK   WASHINGTON, D.C.   SAN FRANCISCO   PALO ALTO
LONDON   PARIS   MUNICH   BRUSSELS   ORANGE COUNTY   CENTURY CITY   DALLAS   DENVER

# GIBSON, DUNN & CRUTCHER LLP

Honorable George A. Yanthis
May 11, 2007
Page 2

Defendants have moved the proposed deposition dates of witnesses (e.g., Mr. Reifert) in order to accommodate Lead Plaintiff's counsel. Discovery is a two-way street and scheduling depositions requires at least a minimum of cooperation by both sides, which Lead Plaintiff refuses to demonstrate.

Under the circumstances, it was incumbent upon Lead Plaintiff to offer other dates for Dr. Feinstein's deposition. Mr. Stock refused to do so. Had Mr. Stock proposed other dates for Dr. Feinstein, expert discovery on damages likely would have been completed by now.

Third, Mr. Stock's statement that Defendants "delayed six weeks after receipt of Dr. Feinstein's report" is highly misleading. The expert report of Defendants' damages expert, Vinita Juneja, was not due until April 20, 2007. As Mr. Stock surely knows, it is customary to conduct expert depositions after both sides have exchanged expert reports.

Defendants request that the Court direct Lead Plaintiff to make Dr. Feinstein available for a deposition as soon as possible, preferably within the next ten days.

Respectfully submitted,

Ross Wallin

Ross Wallin

JRW/jch
Enclosure(s)

cc:   The Honorable Colleen McMahon (via facsimile)
      Arthur Stock, Esq. (via e-mail)
      Carole A. Broderick, Esq. (via e-mail)
      Phyllis M. Parker, Esq. (via e-mail)
      Shane T. Rowley, Esq. (via e-mail)
      Paul J. Scarlato, Esq. (via e-mail)

# GIBSON, DUNN & CRUTCHER LLP

A Registered Limited Liability Partnership
Including Professional Corporations
200 Park Avenue, 47th Floor
New York, New York 10166-0193

TELEPHONE: (212) 351-4000
FACSIMILE: (212) 351-4035

## FACSIMILE TRANSMISSION INFORMATION

May 11, 2007

TO:                 See distribution list immediately below

FROM: _Colin Young_ _____ Room: _NY-4972_   Direct Dial: _(212) 351-2351_

Our File Number: T 94625-00001   Fax: _(212) 351-6327_   Email: _cyoung@gibsondunn.com_

TOTAL NUMBER OF PAGES, INCLUDING COVER LETTER: _____ 3

If you do not receive all the pages transmitted, please contact the facsimile operator immediately at telephone number
(212) 351-4050.

Fax Operator: _____

The written message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If
the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, such recipient is
prohibited from reading or using this message in any way. If you have received this message by mistake, please call us immediately
and destroy the facsimile message.

SPECIAL INSTRUCTIONS/MESSAGE:

## In re Veeco Instruments Inc. Sec. Litig., 05 MD 1695 (CM)(GAY)

Please see the attached letter submitted by Defendants in this action.

### DISTRIBUTION LIST

| Name | Company | Business Phone | Business Fax |
|------|---------|----------------|--------------|
| Hon. George A. Yanthis | United States Courthouse | | 914-390-4095 |
| Carole Broderick, Esq. | Berger & Montague, P.C. | | 215-875-4604 |
| Robert Harwood, Esq. | Harwood Feffer LLP | | 212-753-3630 |
| Shane Rowley, Esq. | Faruqi & Faruqi, LLP | | 212-983-9331 |
| Paul Scarlato, Esq. | Goldman Scarlato & Karon, P.C. | | 484-342-0701 |