# GIBSON, DUNN & CRUTCHER LLP

## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

rwallin@gibsondunn.com

May 11, 2007

Direct Dial                                                                                              Client No.
(212) 351-5395                                                                                          T 94625-00001
Fax No.
(212) 351-6223

<u>VIA FACSIMILE</u>

Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 118
White Plains, New York 10601-4150

Re:   *In re Veeco Instruments Inc. Sec. Litig.*, 05 MD 1695 (CM)(GAY)

Dear Magistrate Judge Yanthis:

We represent Defendants in the above-referenced action. Defendants respectfully submit this letter to inform Your Honor that we received responses to Defendants' Requests for Admissions from Lead Plaintiff and Derivative Plaintiffs on May 10, 2007 and May 11, 2007, respectively. We are now in the process of reviewing these responses but we think it is probable that we will have some issues to raise. Following this review, Defendants intend to meet and confer early next week with counsel for Lead Plaintiff and Derivative Plaintiffs to discuss the sufficiency of these responses. In the event that these efforts are unsuccessful, Defendants will submit a more detailed letter to the Court. Defendants are bringing this issue to the Court's attention prior to meeting and conferring only because we are mindful that fact discovery closes today, May 11, 2007.

Respectfully submitted,

Ross Wallin

JRW/jch

# GIBSON, DUNN & CRUTCHER LLP

Honorable George A. Yanthis
May 11, 2007
Page 2


cc: Carole A. Broderick, Esq. (via e-mail)
Phyllis M. Parker, Esq. (via e-mail)
Robert I. Harwood, Esq. (via e-mail)
Shane T. Rowley, Esq. (via e-mail)
Paul J. Scarlato, Esq. (via e-mail)