# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

rsello@gibsondunn.com

May 18, 2007

Direct Dial
(212) 351-3917

Fax No.
(212) 351-5246

Client No.
T 94625-00001

VIA FACSIMILE

The Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Room 118
White Plains, New York 10601-4150

Re: *In re Veeco Instruments Inc. Sec. Litig.*, 05 MD 1695 (CM)(GAY)

Dear Magistrate Judge Yanthis:

I am counsel to Defendants in the above-referenced action. I write in response to the May 17, 2007 letter of Arthur Stock, counsel for Plaintiffs, in which he requests Your Honor's permission to conduct depositions of Defendants' expert on damages and loss causation, Vinita M. Juneja, and Defendants' expert on accounting issues, Gary J. Levin, "between June 4, 2007 and June 15, 2007." Defendants are willing to make both Ms. Juneja and Mr. Levin available to Plaintiffs for deposition on dates which are mutually convenient during the period proposed by Mr. Stock.

Additionally, I note that Mr. Stock stated in his May 17, 2007 letter that "Plaintiffs' accounting expert [Mr. Berliner] will be supplementing his report." Mr. Stock's partner, Carole Broderick, indicated to my colleague, Ross Wallin, at yesterday's deposition of Steven C. Amato that Plaintiffs intended to submit this report to us on May 29, 2007 — one day before Mr. Berliner's deposition. The "supplemental" report proposed by Plaintiffs would appear to be in the nature of a "reply" to Mr. Levin's May 9, 2007 rebuttal report, something which was not contemplated by Judge McMahon's prior scheduling orders. Nonetheless, if Plaintiffs feel such supplementation is necessary, we would respectfully request that Your Honor require any such report to be delivered to us no less than five days prior to Mr. Berliner's May 30, 2007 deposition. (Alternatively, if Plaintiffs are unable to deliver the report to us until May 29, 2007,

LOS ANGELES   NEW YORK   WASHINGTON, D.C.   SAN FRANCISCO   PALO ALTO
LONDON   PARIS   MUNICH   BRUSSELS   ORANGE COUNTY   CENTURY CITY   DALLAS



Faxed 5/22/07

The Court has considered this application and Lead Plaintiff's response of May 21, 2007. Under the circumstances, deposition of Berliner will proceed as scheduled on May 30, 2007.

SO ORDERED. George A. Yanthis, USMJ  5/22/07