# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com
rserio@gibsondunn.com



RECEIVED
MAY 29 2007
CHAMBERS OF
COLLEEN McMAHON

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

May 25, 2007

Direct Dial
(212) 351-3917

Fax No.
(212) 351-5246

Client No.
T 94625-00001

VIA FACSIMILE

Honorable Colleen McMahon, United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re:  *Huneke v. Braun*, No. 7:05-CV-10224-CM, *Schupp v. Braun*, No. 7:05-CV-10225-CM, and *Altman v. Braun*, No. 7:05-CV-10226-CM (coordinated for pretrial proceedings with *In re Veeco Instruments Inc. Sec. Litig.*, No. 7:05-MD-01695-CM-GAY)

Dear Judge McMahon:

I am counsel for the defendants in the above-referenced, consolidated derivative actions (the "Derivative Action"), which has been coordinated for pretrial proceedings with the consolidated securities litigation captioned *In re Veeco Instruments Inc. Sec. Litig.*, No. 7:05-MD-01695-CM-GAY (the "Securities Action"). I am enclosing a stipulation and proposed order by all parties to the Derivative Action as to which we respectfully request Your Honor's endorsement. The stipulation and proposed order provides that the trial of the Derivative Action will occur after the trial of the Securities Action, in light of the significantly different claims, defenses, and questions of fact and law in the two actions, and the fact that the actions share only one common defendant.

Thank you for your consideration of the parties' proposed order.

Respectfully,

Robert F. Serio

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

---

Handwritten memo endorsement (5/29/2007):

I had planned to transfer these actions back to the EDNY (Lifeson) when discovery was concluded. I have no jurisdiction yet. I am aware of to try, absent the parties' consent, and given the fact I have unexpectedly inherited 3/4 of Judge Corey's docket, I am certainly not reaching out for two trials.

# GIBSON, DUNN & CRUTCHER LLP

Honorable Colleen McMahon
May 25, 2007
Page 2

RFS/dph
Enclosure(s)

cc: Robert I. Harwood, Esq.
    Nadeem Faruqi, Esq.
    Brian D. Penny, Esq.
    Sherrie R. Savett, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE VEECO INSTRUMENTS INC.<br>SECURITIES LITIGATION | No. 7:05-MD-01695-CM-GAY |

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

------------------------------------------------------------x

| | |
|---|---|
| EDWARD J. HUNEKE, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>EDWARD H. BRAUN, et al.,<br><br>        Defendants. | No. 7:05-CV-10224-CM |

------------------------------------------------------------x

| | |
|---|---|
| AUGUST SCHUPP, III, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>EDWARD H. BRAUN, et al.,<br><br>        Defendants. | No. 7:05-CV-10225-CM |

------------------------------------------------------------x

| | |
|---|---|
| DAVID ALTMAN, derivatively on behalf<br>of VEECO INSTRUMENTS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>EDWARD H. BRAUN, et al.,<br><br>        Defendants. | No. 7:05-CV-10226-CM |

------------------------------------------------------------x

## JOINT STIPULATION AND [PROPOSED] ORDER TO STAY THE TRIAL OF THE DERIVATIVE ACTION

WHEREAS, the above referenced derivative actions, Huneke v. Braun, No. 7:05-CV-10224-CM (originally No. 1:05-CV-01384-LDW-ETB), Schupp v. Braun, No. 7:05-CV-10225-CM (originally No. 1:05-CV-01624-LDW-ETB) and Altman v. Braun, No. 7:05-CV-10226-CM

(originally No. 1-05-CV-01986-LDW-ETB), were consolidated into a single action (No. 1-05-CV-01384-LDW-ETB) in the Eastern District of New York on July 29, 2005 (the "Derivative Action"), and Plaintiffs' Consolidated Amended Verified Shareholder Derivative Complaint (the "CAC") was filed in the Eastern District of New York on September 26, 2005;

WHEREAS, the Judicial Panel on Multidistrict Litigation transferred the Derivative Action from the Eastern District of New York to this Court on or about November 30, 2005, pursuant to 28 U.S.C. § 1407(a), for "coordinated or consolidated pretrial proceedings" with In re Veeco Instruments Inc. Sec. Litig., No. 7:05-MD-01695-CM-GAY (the "Securities Action");

WHEREAS, in a telephone conference held on April 27, 2006, this Court ordered that, following its ruling on the Derivative Defendants' motion to dismiss the CAC, the Derivative Action would proceed on the same discovery schedule as the Securities Action;

WHEREAS, this Court has set a trial date for the Securities Action of July 9, 2007;

WHEREAS, the Derivative Action and the Securities Action involve significantly different claims, defenses, and questions of fact and law, and only one overlapping defendant; and

WHEREAS, all of the parties to the Derivative Action are in agreement that the trial of the Derivative Action should not be held until after the trial of the Securities Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel on behalf of all parties to the Derivative Action that, subject to the approval of this Court, the trial of the Derivative Action will occur after the trial of the Securities Action is completed, at a date to be determined by this Court, and the pretrial order and motions *in limine* in connection with the Derivative Action shall be due thirty (30) days following the conclusion of the trial of the Securities Action.

Dated: New York, NY
May 16, 2007

**HARWOOD FEFFER LLP**

*Robert Harwood (by PJS)*
Robert I. Harwood, Esq
Samuel K. Rosen, Esq.
Joshua D. Glatter, Esq

488 Madison Avenue
New York, New York 10022

*Attorneys for Derivative Plaintiffs*

**FARUQI & FARUQI, LLP**

*Shane Rowley (by PJS)*
Nadeem Faruqi, Esq
Shane Rowley, Esq
Beth A. Keller, Esq

320 East 39th Street
New York, New York 10016

*Attorneys for Derivative Plaintiffs*

**GOLDMAN, SCARLATO & KARON, P.C.**

*Brian D. Penny, Esq*
Mark S. Goldman, Esq
Paul J. Scarlato, Esq

101 West Elm Street, Suite 360
Conshohocken, Pennsylvania 19428

*Attorneys for Derivative Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**

*Robert F. Serio*
Robert F. Serio, Esq
John A. Herfort, Esq
J. Ross Wallin, Esq

200 Park Avenue, 47th Floor
New York, New York 10166

*Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated: _____, 2007

_____
Honorable Colleen McMahon
United States District Court Judge

3