# GIBSON, DUNN & CRUTCHER LLP

## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

rserio@gibsondunn.com

May 25, 2007



RECEIVED
MAY 29 2007
CHAMBERS OF
COLLEEN McMAHON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Direct Dial
(212) 351-3917

Client No.
T 94625-00001

Fax No.
(212) 351-5246

BY FACSIMILE

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

*5/29/07*
*Motion due*
*6/22 — reponse due 6/25.*
*Colleen McM*
*USDJ*

**MEMO ENDORSE**

Re:    *In re Veeco Instruments Inc. Sec. Litig*, No. 7:05-MD-01695 (CM)(GAY)

Dear Judge McMahon:

I am counsel for Defendants in the above-referenced action. Counsel for Lead Plaintiff recently informed Defendants and Magistrate Judge Yanthis that its accounting expert, Robert Berliner, intended to submit a supplemental expert report no earlier than June 8, 2007. In response, Magistrate Judge Yanthis issued an Order earlier this afternoon (attached hereto) directing both sides to complete the deposition of accounting experts by June 19, 2007.

Under the current scheduling order, all motions in limine are due on June 1. Since a purpose of an expert deposition, of course, is to evaluate the potential for a motion in limine relating to the expert, Defendants respectfully request that the deadline for any motion in limine relating to Mr. Berliner be extended to one week after Mr. Berliner's deposition is taken.

Respectfully submitted,

Robert F. Serio

Enclosure(s)

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

# GIBSON, DUNN & CRUTCHER LLP

Honorable Colleen McMahon
May 25, 2007
Page 2


cc:    Hon. George A. Yanthis (via facsimile)
       Arthur Stock, Esq. (via e-mail)
       Carole A. Broderick, Esq. (via e-mail)
       Phyllis M. Parker, Esq. (via e-mail)
       Shane T. Rowley, Esq. (via e-mail)
       Paul J. Scarlato, Esq. (via e-mail)



# GIBSON, DUNN & CRUTCHER LLP

## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com
cbroderick@gibsondunn.com

May 22, 2007

Direct Dial
(212) 351-5306

Fax No.
(212) 351-6323

Client No.
94625-00001

**SO ORDERED** */25/07*

*Hon. George A. Yanthis*
*United States Magistrate Judge*

VIA FACSIMILE

Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
Room 118
White Plains, New York 10601-4150

Re:    *In re Veeco Instruments Inc. Sec. Litig.*, 05 MD 1695 (CM) (GAY)

Dear Magistrate Judge Yanthis:

I am counsel to Defendants in the above-referenced action. I write to request reconsideration of Your Honor's ruling that the deposition of Lead Plaintiff's accounting expert, Robert Berliner, should go forward on May 30, 2007. Defendants were preparing a response to the May 21, 2007 letter of Carole Broderick, counsel for Lead Plaintiff, on this issue when we received Your Honor's ruling. For the reasons stated, Ms. Broderick's proposal to proceed with Mr. Berliner's deposition eight days before he provides a "supplementation" of his earlier report to give his opinion on facts that he has recently learned is contrary to the Federal Rules and prior orders of this Court requiring expert depositions to come after, not before, reports are served.

The background facts are as follows.

I spoke to Ms. Broderick on May 17, 2007 concerning the procedures of scheduling Mr. Berliner's deposition on May 30, 2007. Ms. Broderick informed me for the first time during this conversation that Mr. Berliner intended to submit a supplemental expert report on May 29, 2007. Ms. Broderick did not propose, and did not now states in her letter, "to deliver to Defendants on May 29, if possible, . . . notice of the subjects that would be addressed in a supplemental report, rather than the supplemental report itself." I informed Ms. Broderick that Defendants likely

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

Defendants' request for reconsideration of the June 30, 2007 deposition of Plaintiff's accounting expert is granted. The time for Lead Plaintiff's supplemental accounting expert report and the expert's deposition must occur such that the supplemental report must be served prior to the expert's deposition. The current June 30, 2007 dates remain.