# GIBSON, DUNN & CRUTCHER LLP

## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

meno@gibsondunn.com

May 31, 2007



RECEIVED
MAY 3 1 2007
CHAMBERS OF
COLLEEN McMAHON

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____**

**MEMO ENDORSED**

Direct Dial
(212) 351-3917

Fax No.
(212) 351-5246

Client No.
T 94625-00001

VIA FACSIMILE

Honorable Colleen McMahon, United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

6/1/07 No, you should submit an order of transfer to me & spm. Send you back. CM McM

Re: *Huneke v. Braun*, No. 7:05-CV-10224-CM, *Schupp v. Braun*, No. 7:05-CV-10225-CM, and *Altman v. Braun*, No. 7:05-CV-10226-CM (coordinated for pretrial proceedings with *In re Veeco Instruments Inc. Sec. Litig.*, No. 7:05-MD-01695-CM-GAY)

Dear Judge McMahon:

I am counsel for Defendants in the above-referenced actions, *Huneke v. Braun*, No. 7:05-CV-10224-CM, *Schupp v. Braun*, No. 7:05-CV-10225-CM, and *Altman v. Braun*, No. 7:05-CV-10226-CM (consolidated as the "Derivative Action"). The parties to the Derivative Action have reviewed Your Honor's directions to the parties, endorsed upon my May 25, 2007 letter to the Court regarding the stipulation of the parties to stay the Derivative Action, in which Your Honor indicated that it did not intend to try the Derivative Action, but would instead transfer it back to the Eastern District of New York pursuant to 28 U.S.C. § 1407 and *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

In light of the fact that the Derivative Action will be tried in the Eastern District, all parties to the Derivative Action understand Your Honor's directions to require that the pretrial order, motions *in limine*, and other related pretrial papers be submitted to the original transferor judge in the Eastern District, in conformity with that judge's individual practices. We would

LOS ANGELES   NEW YORK   WASHINGTON, D.C.   SAN FRANCISCO   PALO ALTO
LONDON   PARIS   MUNICH   BRUSSELS   ORANGE COUNTY   CENTURY CITY   DALLAS   DENVER

# GIBSON, DUNN & CRUTCHER LLP

Honorable Colleen McMahon
May 31, 2007
Page 2

respectfully request that Your Honor please advise us if the Court wishes us to proceed in a different manner.

Respectfully,

Robert F. Serio

RFS/dph

cc: Robert I. Harwood, Esq.
    Shane Rowley, Esq.
    Paul Scarlato, Esq.
    Carole Broderick, Esq.