```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE VEECO INSTRUMENTS INC.　　　　　　　　　　　No. 05 MD 1695 (CM)(GAY)
SECURITIES LITIGATION

------------------------------------x

THIS DOCUMENT RELATES TO:
SECURITIES LITIGATION

------------------------------------x

## JOINT STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the Lead Plaintiff and for Defendants in In re Veeco Instruments Inc. Sec. Litig., No. 05 MD 1695 (CM) (GAY) (the "Securities Action") that the time for filing the Pre-Trial Order, proposed jury instructions, motions *in limine* and any other pretrial papers required by Judge McMahon's rules to be filed in the Securities Action shall be and hereby is extended until June 6, 2007.

Dated: May 31, 2007
　　　　New York, NY

BERGER & MONTAGUE, P.C.　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

_____ /JJO　　　　　　　_____ /JPH
Carole Broderick, Esq.　　　　　　　　　　　Robert F. Serio, Esq.
Arthur Stock, Esq.　　　　　　　　　　　　　John A. Herfort, Esq.

1622 Locust Street　　　　　　　　　　　　　200 Park Avenue, 47th Floor
Philadelphia, PA 19103　　　　　　　　　　　New York, New York 10166

*Attorneys for Lead Plaintiff*　　　　　　　*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: 1 June , 2007

_____
Honorable Colleen McMahon
United States District Court Judge