UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
IN RE VEECO INSTRUMENTS INC.                  :    No. 7:05-MD-01695-CM-GAY
SECURITIES LITIGATION                         :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
THIS DOCUMENT RELATES TO:                     :
ALL ACTIONS                                   :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION AND MOTION *IN LIMINE* TO PRECLUDE LEAD PLAINTIFF'S DAMAGES EXPERT FROM OFFERING ERRONEOUS CALCULATIONS AS TO POTENTIAL DAMAGES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

        PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and papers

in support thereof, and all prior papers and proceedings had herein, Defendants in this action will

move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by

the Court, for an order to Prelude Lead Plaintiff's Damages Expert from Offering Erroneous

Calculations As To Potential Damages, and to further request, to the extent Lead Plaintiff's

Damages Expert does discuss requirements of the PSLRA, that the Court insist that Lead

Plaintiff's Damages Expert characterize those requirements as an upper limit on available

damages.

Dated:   New York, New York
        June 6, 2007

GIBSON, DUNN & CRUTCHER LLP

By:     _Ross Wallin_

    John A. Herfort (JH-1460)
    Robert F. Serio (RS-2479)
    J. Ross Wallin (JW-3911)

200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants*