1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger&Montague, P.C.
ATTORNEYS AT LAW

CAROLE A. BRODERICK

WRITER'S DIRECT DIAL | 215/875-3015
WRITER'S DIRECT FAX  | 215/875-5715
WRITER'S DIRECT E-MAIL | cbroderick@bm.net

June 8, 2007

**Via Facsimile (914) 390-4095**

Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
Room 118
White Plains, New York 10601-4150

Re: *In re Veeco Securities Litigation*

Dear Magistrate Judge Yanthis:

We are counsel for Lead Plaintiff in the captioned action. This letter responds to Mr. Wallin's June 7th letter concerning the date on which the supplemental report of Lead Plaintiff's accounting expert will be completed.

As Mr. Wallin's letter states, Defendants did not begin to produce documents that they were required to produce pursuant to the Court's March 30, 2007 Order until one month after entry of that Order and did not complete production until five weeks after that Order was entered. Thereafter, it was necessary for Plaintiff's counsel to review and analyze more than 50,000 pages of documents to determine which of them should be provided to Plaintiff's accounting expert, which was an extremely time consuming process. Moreover, Plaintiff's accounting expert was on vacation in May, and, as Mr. Wallin is well aware, was not available to review the newly and belatedly produced documents until the end of May. Thus, contrary to the false impression Mr. Wallin tries to create, far from having had four to five weeks to consider the new documents, Plaintiff's accounting expert has had only slightly more than one week.

Further, because Plaintiff was unable to conduct deposition discovery about the newly produced documents, Plaintiff's accounting expert has been forced to seek information to answer questions about these documents from among the morass of previously produced documents. Clearly, he must be permitted to have adequate time to do so. In addition, Mr. Wallin misrepresents our "prior representations," which were that the expert report would <u>not be available before June 8th</u>.

# Berger & Montague, P.C.
ATTORNEYS AT LAW

Honorable George A. Yanthis
June 8, 2007
Page -2-

Similarly, the length of time Plaintiff has had the documents has no bearing on the length of time necessary for Plaintiff's expert to prepare his supplemental report. <u>Lead Plaintiff is not preparing its expert report.</u> In addition, the length of time Plaintiff's expert has had the documents measures only part of his work, because, as stated above, answers to questions raised by the new documents must be answered from previously produced documents.

Veeco's restatement encompassed thirty matters. It is extremely difficult to piece together the facts relating to these matters because many documents have been withheld on grounds of privilege and others were not produced because Defendants choice of search terms for the document search was, as Lead Plaintiff believed, far too narrow, because the documents were not in the files of the persons whose files were produced, or for other reasons.

Plaintiff's accounting expert cannot complete his supplemental report until June 12th. It is unreasonable of Mr. Wallin to ask the Court to compel him to do so.

Respectfully yours,

Carole Broderick

Carole A. Broderick

CAB:lb
cc: J. Ross Wallin, Esq
    Robert Serio, Esq
    John A. Herfort, Esq
    Colin R. Young, Esq
    David Holgado, Esq

# LAW OFFICES
# BERGER & MONTAGUE, P.C.

1622 Locust Street
Philadelphia, PA 19103-6365
Telephone No.: (215) 875-3000

## TELECOPIER COVER PAGE

DATE:  June 8, 2007

TO:  <u>NAMES OF RECIPIENT(S)</u>

Honorable George A. Yanthis

<u>TELECOPIER NO(S)</u>:

914-390-4095

FROM:  Carole Broderick

SENDER'S
TELEPHONE NO.: 215-875-3015

CASE NAME:  Veeco Securities Litigation

FILE NO.:

## OUR TELECOPIER NUMBER: (215) 875-4636

Number of Pages: 3 (Including This Cover Page)

MESSAGE:

If you do not receive all the pages indicated above, call sender's direct number.

<u>W A R N I N G</u> !!!

The information contained in this facsimile is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address by mail. Thank you.