# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

rserio@gibsondunn.com





June 6, 2007

Direct Dial
(212) 351-3917
Fax No.
(212) 351-5246

**MEMO ENDORSED**

Client No.
T 94625-00001

VIA FACSIMILE

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

*6/7/07
So why didn't you
so provide in your
stipulation?

OK*

Re:  *In re Veeco Instruments Inc. Securities Litigation,*
     Case No. 7:05-MDL-1695 (CM)(GAY)

Dear Judge McMahon:

I represent Defendants in the above-referenced matter, and write jointly with counsel for Plaintiffs in regard to the parties' Joint Stipulation dated May 31, 2007, endorsed by the Court on June 1, 2007, in which the deadline for filing the Pre-Trial Order, proposed jury instructions, motions *in limine*, and any other pretrial papers required by Your Honor's rules to be filed in the Securities Action on June 1, 2007, was extended until June 6, 2007.

Prior to this order, motions *in limine* were to be due June 1, 2007, and responses to any such motions were to be due on June 8, 2007. The parties respectfully request Your Honor's confirmation that, in light of the extension for filing motions *in limine* until June 6, 2007, all responses to such motions will be due one week later, on June 13, 2007.

Respectfully submitted by;

Dated: June 6, 2007
       New York, NY

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

# GIBSON, DUNN & CRUTCHER LLP

Honorable Colleen McMahon
June 6, 2007
Page 2

| BERGER & MONTAGUE, P.C. | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| *(signed)* Carole Broderick / jlo | *(signed)* Robert F. Serio |
| Carole Broderick, Esq. | Robert F. Serio, Esq. |
| Arthur Stock, Esq. | John A. Herfort, Esq |
| 1622 Locust Street | 200 Park Avenue, 47th Floor |
| Philadelphia, PA 19103 | New York, New York 10166 |
| *Attorneys for Lead Plaintiff* | *Attorneys for Defendants* |

cc: Carole A. Broderick, Esq.