UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————x

IN RE: VEECO INSTRUMENTS, INC.　　　　　　05-MD-01695 (CM)(GAY)
SECURITIES LITIGATION
—————————————————————x

THIS DOCUMENT RELATES TO ALL ACTIONS　　CALENDAR NOTICE
—————————————————————x

Please take notice that the above captioned matter has been scheduled for:

\_\_\_ Pre-trial Conference         \_\_\_ Status Conference         \_\_\_ Oral argument
\_\_\_ Settlement conference       \_\_\_ Plea Hearing               (Bankruptcy Appeal)
\_\_\_ Rule (16) conference        _✓_ Final pre-trial conference
\_\_\_ Telephone Conference       \_\_\_ Jury Selection and Trial
\_\_\_ Non-Jury Trial              \_\_\_ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Thursday, June 28, 2007 at 3:00 p.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

　　　Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (914) 390-4152.

Dated: June 13, 2007
　　　 White Plains, New York

　　　　　　　　　　　　　　　　　　　　　So Ordered

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Colleen McMahon, U.S.D.J