UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.   :   MDL No.: 7:05-md-01695-CM
   SECURITIES LITIGATION        :
------------------------------------------------ x
------------------------------------------------ x
THIS DOCUMENT RELATES TO:       :   NOTICE OF MOTION TO ADMIT
 ALL ACTIONS                    :   COUNSEL *PRO HAC VICE*
------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Phyllis M. Parker, Esquire dated June 15, 2007, the undersigned will move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, for an Order allowing Arthur Stock to appear as counsel on behalf of Lead Plaintiff Steelworkers Pension Trust and the Class certified in the above action *Pro Hac Vice* for all purposes in this proceeding.

DATED: June ___, 2007

_____
Phyllis M. Parker
(Admitted attorney *Pro Hac Vice* by
Order of 11/16/05)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19109
(215) 875-3000
pparker@bm.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.           :        MDL No.: 7:05-md-01695-CM
    SECURITIES LITIGATION                     :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO:              :        **AFFIDAVIT OF PHYLLIS M.**
                                                           :        **PARKER IN SUPPORT OF MOTION**
                                                           :        **TO ADMIT COUNSEL *PRO HAC VICE***
ALL ACTIONS                                             :
-------------------------------------------------------x

Commonwealth of Pennsylvania          )
                                                     )   ss:
County of Philadelphia                          )

       I, Phyllis M. Parker, an attorney admitted to practice before the Courts of the Commonwealth of Pennsylvania and admitted to practice *Pro Hac Vice* before the Court in this action, hereby affirms, under penalties of perjury, as follows:

       1.      I am a senior associate of Berger & Montague, P.C. which is the Lead Counsel for Lead Plaintiff Steelworkers Pension Trust and the Class in this Action. I am a member in good standing of the bar of the Commonwealth of Pennsylvania. Pursuant to this Court's Order of November 16, 2005, I have been admitted to practice *Pro Hac Vice* in this action. I submit this affidavit in support of the motion of Arthur Stock that he be permitted to appear as counsel on behalf of Lead Plaintiff Steelworkers Pension Trust and the Class *Pro Vac Vice* for all purposes in this action, including, but not limited to, conferences, pleadings, motion practice, arguments and trial.

       2.      I am informed and believe that Arthur Stock is a member in good standing of the bar of the Commonwealth of Pennsylvania. Arthur Stock is a shareholder of Berger & Montague, P.C. which has its offices at 1622 Locust Street, Philadelphia, PA 19103-6365.

       3.      A Certificate of Good Standing from the Commonwealth of Pennsylvania for Arthur Stock is annexed as Exhibit A.

       4.      It is my belief that the requirements of Local Civil Rule 1.3(c) of this Court are fully satisfied.

5. In its Order dated October 12, 2005 selecting Lead Plaintiff and Lead Counsel in this Action, the Court stated that it saw no need for and declined to appoint a local liaison counsel in this Action, because, *inter alia*, the attorneys from Berger & Montague who are appearing in this Action have been admitted *Pro Hac Vice* as temporary members of the Court and this is an electronic filing case. Accordingly, as a lawyer admitted to practice *Pro Hac Vice* in this action, I am respectfully submitting this affidavit in support of the motion without local counsel.

6. Accordingly, I respectfully request that the motion be granted and the Court sign the proposed order annexed as Exhibit B. The $25.00 fee will be paid upon presentation of the Order to the Clerk.

_____
Phyllis M. Parker

Subscribed and sworn to before me
this 15 day of June, 2007.

_____
Notary Public, Commonwealth of Pennsylvania
My commission expires:

> COMMONWEALTH OF PENNSYLVANIA
> NOTARIAL SEAL
> SUSAN D. PROTAS, Notary Public
> City of Philadelphia, Phila. County
> My Commission Expires December 31, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.           :    MDL No.: 7:05-md-01695-CM
    SECURITIES LITIGATION                     :
------------------------------------------------------- x
------------------------------------------------------- x   **AFFIDAVIT OF ARTHUR STOCK**
THIS DOCUMENT RELATES TO:              :    **IN SUPPORT OF MOTION TO ADMIT**
ALL ACTIONS                                         :    **COUNSEL *PRO HAC VICE***
------------------------------------------------------- x

Commonwealth of Pennsylvania        )
                                                           )    ss:
County of Philadelphia                        )

Arthur Stock, being duly sworn, hereby deposes and says:

1. I am a shareholder with the law firm of Berger & Montague, P.C.

2. I submit this affidavit in support of the motion for my admission to practice *Pro Hac Vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case.

_____
Arthur Stock (PA # 64336)
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19109
(215) 875-3000
Astock@bm.net

Subscribed and sworn to before me
this 15 day of June, 2007.

_____
Notary Public, Commonwealth of Pennsylvania
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUSAN D. PROTAS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 31, 2008

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Arthur M. Stock, Bar # 64336, was duly admitted to practice in said Court on September 16, 1994, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

on June 14, 2007.

MICHAEL E. KUNZ
Clerk of Court

BY _____
Aida Ayala, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.       :      MDL No.: 7:05-md-01695-CM
    SECURITIES LITIGATION           :
------------------------------------------------ x
------------------------------------------------ x      **[PROPOSED] ORDER ON ADMISSION**
THIS DOCUMENT RELATES TO:           :      **TO PRACTICE *PRO HAC VICE***
ALL ACTIONS                         :
------------------------------------------------ x

    The motion for admission to practice *Pro Hac Vice* in the above captioned matter is granted. The admitted attorney, Arthur Stock, is permitted to argue or try this particular case in whole or in part as counsel.

    Such attorney admitted to practice *Pro Hac Vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office within 10 business days.

    This Order confirms his appearance as counsel in this case, and this Order will be entered on the Court's docket. A notation of this admission *Pro Hac Vice* for the above listed case will be made on the roll of attorneys.

    The attorney admitted *Pro Hac Vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____

                                                                      _____
                                                                        United States District Judge

cc:    *Pro Hac Vice* Attorneys
        Court File

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I caused a true and correct copy of Notice of Motion to Admit Counsel *Pro Hac Vice*; Affirmation of Phyllis M. Parker in Support of Motion to Admit Counsel *Pro Hac Vice*; and Affidavit of Arthur Stock in Support of Motion to Admit Counsel *Pro Hac Vice* to be served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Jennifer K. Hirsh, Esq.
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, NY 10022

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
**FARUQI & FARUQI LLP**
369 Lexington Ave., 10th Floor
New York, NY 10017

*Counsel for Derivative Plaintiffs*

Paul J. Scarlato, Esq.
Brian D. Penny, Esq.
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Conshohocken, PA 19428

Robert B. Weiser, Esq.
**THE WEISER LAW FIRM, P.C.**
121 North Wayne Ave.
Wayne, PA 19087

*Counsel for Derivative Plaintiffs*


_____
Phyllis M. Parker

416684.wpd