USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

IN RE: VEECO INSTRUMENTS, INC.                  05-MD-01695 (CM)(GAY)
SECURITIES LITIGATION
_____x    AMENDED
                                                CALENDAR NOTICE
THIS DOCUMENT RELATES TO ALL ACTIONS
_____x

Please take notice that the above captioned matter has been scheduled for:

\_\_\_ Pre-trial Conference          \_\_\_ Status Conference         \_\_\_ Oral argument
\_\_\_ Settlement conference         \_\_\_ Plea Hearing                  (Bankruptcy Appeal)
\_\_\_ Rule (16) conference          ✓  Final pre-trial conference
\_\_\_ Telephone Conference         \_\_\_ Jury Selection and Trial
\_\_\_ Non-Jury Trial                \_\_\_ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Thursday, June 28, 2007 at 3:00 p.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: June 20, 2007
       New York, New York


So Ordered

_____
Colleen McMahon, U.S.D.J