# Exhibit C

JUNE 22 2007

c/o Heffler, Radetich & Saitta L.L.P.

HAROLD P. HOUSER
P.O. BOX 5145                    Home: 501 N. CAMDEN DR.
FORT WAYNE, IN 46895                   FORT WAYNE,IN 46825

I HAROLD P. HOUSER, requests exclusion from the
class in re Veeco Insruments, Inc.Securities
Litigation, 7:05-MD-01695 (CM)(GAY),

x     Shares:Veeco Instruments-
      buy date   sold date   sales price   cost   gain or(_)
      06-o7-04   o4-27-06     2230.73      2603.00  (372.27)
            THANK YOU       _Harold P. Houser_  *june 22,2007*
      P S phone# (260) 4713383      JUNE 22 2007



CERTIFIED MAIL™

7006 0100 0001 7909 2525

NOTICE of PENDENCY

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

In re'Veeco Instruments, Inc. Securities Litigation
c/o Heffler, Radetich & Saitta L.L.P.
P.O. BOX 59027
Philadelphia PA 19102-9027

1st NOTICE
2nd NOTICE
RETURNED

UNITED STATES
POSTAL SERVICE

RECEIVED
JUN 2 5 2007

U.S. POSTAGE
PAID
FORT WAYNE, IN
46805
JUN 22 07
$5.21
00076859-96

CX α

Dixie E. Snider, Jr.
Frances F. Snider
1516 Regency Walk Drive
Decatur, Georgia 30033-1740
June 25, 2007

*In re Veeco Instruments, Inc. Securities Litigation* – Notice of Pendency
c/o Heffler, Radetich & Saitta L.L.P.
P.O. Box 59027
Philadelphia, PA 19102-9027

Dear Sir or Madam:

We are responding to the mailing we received.  We request exclusion from the Class in *In re Veeco Instruments, Inc. Securities Litigation*, 7:05- MD-01695 (CM)(GAY).

As directed, we are reporting that we purchased 100 shares of Veeco Instruments on December 10, 2004.

Thank you for your assistance with this matter.

Sincerely,

Dixie E. Snider, Jr.

Frances F. Snider

USA FIRST-CLASS FOREVER

ATLANTA GA 303

26 JUN 2007 PM 1 T

The Sniders
1516 Regency Walk Drive
Decatur, GA 30033-1740

In re Veeco Instuments Inc. Securities
Litigation - Notice of Pendency
c/o Heffler, Radetich & Saitta L.L.P.
P.O. Box 59027
Philadelphia, PA 19102-9027

19102+9027