UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

L.I.S.T., Inc., et al,

        Plaintiff(s),

    -against-

Veeco Instruments, Inc., et al.

        Defendant(s).
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07
```

05 md 1695 (CM) (GAY)

AMENDED
CALENDAR NOTICE

Please take notice that the above captioned matter has been re-scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | ✓ Hearing |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Wednesday, November 7, 2007 at 9:00 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 24, 2007
       New York, New York

                                          So Ordered

                                          */s/ Colleen McMahon*
                                          Colleen McMahon, U.S.D.J