# EXHIBIT C

EX 1

Veeco Instruments Inc. Securities Litigation
Heffler, Redetich & Saitta LLP
         Sir:
                  I WANT TO BE EXCLUDED FROM THE SETTLEMENT
IN Re Veeco Instruments Inc. Securities Litigation, Case No.:
7:05-md-016 (CM) (GAY).
              HAROLD P. HOUSER
              501 N. CAMDEN DR.
              FORT WAYNE, IN. 46825
              Phone: 260-471 3383

description       buy         sold        receive        cost
Veeco Instr.   06-07-04    04-27-06      2230.73       2603.00
         THANK YOU.
                                     *Harold P. Houser* 09-20-07.

Veeco Instruments Inc. Securities Litigation
Heffler, Radetich & Saitta LLP
P.O. Box 59027
Philadelphia, PA 19102-9027

Harold Houser
501 N. Camden Dr.
Fort Wayne, IN 46825-5408

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

Apply Priority Mail Postage Here

U.S. POSTAGE PAID
FORT WAYNE, IN
46805
SEP 21 '07
AMOUNT
$5.25
0002342G-01

19102

0000

United States Postal Service®
**DELIVERY CONFIRMATION**™

0306 1070 0004 1690 6719