**EXHIBIT 2**

**IN RE VEECO INSTRUMENTS INC. SECURITIES LITIGATION**

**FIRM:  BERGER & MONTAGUE, P.C.**

**EXPENSE ANALYSIS FROM INCEPTION THROUGH OCTOBER 15, 2007**

| <u>Category</u> | <u>Amount</u> |
|---|---|
| Consultant/Expert Fees | $ 543,712.46 |
| Photocopying | $   29,979.50 |
| Commercial Copying | $   30,780.75 |
| Postage; Overnight Delivery Services; Messenger Service | $     3,443.55 |
| Lexis/Weslaw Computer Research | $   69,410.07 |
| Service Fees | $     4,319.25 |
| Court Fees | $        769.28 |
| Witness Fees | $        620.00 |
| Mediator Fees | $   19,686.00 |
| Transportation/Lodging/Meals | $   17,309.86 |
| Deposition Transcripts | $   32,599.22 |
| Telephone; Facsimile | $        885.53 |
| Notice of Pendency Costs (June 2007)* | $   20,813.82 |
| **TOTAL**\*\* | **$ 774,329.29** |

\*The Notice of Pendency Costs total $38,673.79.  Since $20,813.82 represents a portion of this expense, the balance in the amount of $17,859.97 will be drawn from the Notice and Administration Fund.

\*\*Includes $6,359.57 of expenses incurred by Milberg Weiss LLP in connection with its services as liaison counsel from April 2005 through October 2005.

**EXHIBIT 2**