1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

## Berger&Montague, P.C.
ATTORNEYS AT LAW

# MEMO ENDORSED

CAROLE A. BRODERICK

WRITER'S DIRECT DIAL | 215/875-3015
WRITER'S DIRECT FAX | 215/875-5715
WRITER'S DIRECT E-MAIL | cbroderick@bm.net

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

October 26, 2007

Via Facsimile (212) 805-6326

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
Room 640
New York, NY 10007

Re: *In re Veeco Instruments Inc. Securities Litigation*
Case No. 7:05-md-01695

[Judge's handwritten endorsement: "Fine" / Colleen McMahon 10/29/07]

Dear Judge McMahon:

We received the Court's Amended Calendar Notice dated October 24, 2007, notifying counsel that the Final Settlement Fairness Hearing in the *Veeco* action is re-scheduled to Wednesday, November 7, 2007 at 9:00 a.m. (from November 2). We respectfully request that the hearing be scheduled to begin at 10:00 a.m.

As discussed in the papers that we filed with the Court today, there have been no objections to the Settlement, and only one class member has excluded himself. Therefore, the only issue before the Court will be those raised by the materials submitted by Plaintiff.

We appreciate the Court's consideration.

Respectfully submitted,

Carole Broderick

Carole A. Broderick

cc: Robert Serio, Esq./John Herfort, Esq./J. Ross Wallin, Esq. (via e-mail)

malta432625-002.wpd