UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

IN RE VEECO INSTRUMENTS INC.
SECURITIES LITIGATION

No. 7:05-MD-01695-CM-GAY

------------------------------------------x

THIS DOCUMENT RELATES TO:

------------------------------------------x

EDWARD J. HUNEKE, derivatively on behalf
of VEECO INSTRUMENTS, INC.,

   Plaintiff,

 v.

EDWARD H. BRAUN, et al.,

   Defendants.

No. 7:05-CV-10224-CM

------------------------------------------x

AUGUST SCHUPP, III, derivatively on behalf
of VEECO INSTRUMENTS, INC.,

   Plaintiff,

 v.

EDWARD H. BRAUN, et al.,

   Defendants.

No. 7:05-CV-10225-CM

------------------------------------------x

DAVID ALTMAN, derivatively on behalf
of VEECO INSTRUMENTS, INC.,

   Plaintiff,

 v.

EDWARD H. BRAUN, et al.,

   Defendants.

No. 7:05-CV-10226-CM

------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Colin Young, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 26th day of March 2008, I caused a true and correct copy of the Declaration of J. Ross Wallin Affirming Compliance with Notice Provisions in the Order Preliminarily Approving Derivative Action Settlement to be served electronically (via E-mail) upon counsel of record in this action listed below:

Robert I. Harwood, Esq.
Harwood Feffer LLP
488 Madison Avenue
New York, New York 10022

*Attorneys for Derivative Plaintiffs*

_____
Colin Young

2